**ORIGINAL**

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4890
Facsimile: (808) 523-4583
e-mail: Dmayeshiro@honolulu.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Defendant
 CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; REGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, REGINAE C. LAUGHLIN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>    Defendants. | Civil No. CV04 00428 DAE-LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Defendant City and County of Honolulu's Second Supplemental Response to Plaintiffs' First Request for Production of Documents to Defendant City and County of Honolulu Dated December 21, 2004 [Bate Stamp 00165 - 06309] |

**SCANNED**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Defendant City and County of Honolulu's Second Supplemental Response to Plaintiffs' First Request for Production of Documents to Defendant City and County of Honolulu Dated December 21, 2004 was mailed, U.S. Mail, postage prepaid to the following individual at his address listed below on January 17, 2006:

IAN L. MATTOCH, ESQ.
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii   96813

Attorney for Plaintiffs

DATED:  Honolulu, Hawaii, January 17, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By _____
DEREK T. MAYESHIRO
Deputy Corporation Counsel
Attorney for Defendant
CITY AND COUNTY OF HONOLULU