ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
MOANA YOST, 7738
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890/523-4065
Facsimile:  (808) 523-4583
e-mail:  Dmayeshiro@honolulu.gov
         Myost@honolulu.gov

Attorneys for Defendant
 CITY AND COUNTY OF HONOLULU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 1 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>[Re:  Notice of Taking Deposition Upon Written Interrogatories; Interrogatories (Re:  Custodian of Records, Thomas A. Loudat, Ph.D.)] |

|  | ) |
| Defendant. | ) |
|  | ) |
| and | ) |
|  | ) |
| CITY AND COUNTY OF | ) |
| HONOLULU, | ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| vs | ) |
|  | ) |
| UNIVERSITY OF HAWAII, a body | ) |
| corporate; JOHN DOES 1-10, JANE | ) |
| DOES 1-10, DOE | ) |
| CORPORATIONS and DOE | ) |
| ENTITIES, | ) |
|  | ) |
| Third-Party Defendants. | ) |
|  | ) |

I:/Powell/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Notice of Taking Deposition Upon Written Interrogatories; Interrogatories (Re: Custodian of Records, Thomas A. Loudat, Ph.D.) was duly served by United States mail, postage prepaid to the following individuals at their address listed below on

FEB - 1 2006                        :

2

IAN L. MATTOCH, ESQ.
EMILY KAWASHIMA WATERS, ESQ.
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, _____FEB - 1 2006_____.

                    CARRIE K.S. OKINAGA
                    Corporation Counsel


              By_____
                    DEREK T. MAYESHIRO
                    MOANA YOST
                    Deputies Corporation Counsel
                    Attorney for Defendant
                    CITY AND COUNTY OF HONOLULU