LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| DANIEL P. KIRLEY | 6205-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 3 2006

at __11__ o'clock and __29__ min. __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendant. | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br>  (Re: (1) Plaintiff Mary K. Powell, Individually and As Personal Representative of The Estate of Erik A. Powell's Response to Defendant City and County of Honolulu's First Request for Production of Documents and (2) Plaintiff Raginae C. Laughlin, Individually and As Personal Representative of The Estate of James D. Laughlin's Response to Defendant City and County of Honolulu's First Request for Production of Documents)<br><br>TRIAL: August 29, 2006 |



## CERTIFICATE OF SERVICE

I hereby certify that the original of (1) Plaintiff Mary K. Powell, Individually and As Personal Representative of The Estate of Erik A. Powell's Response to Defendant City and County of Honolulu's First Request for Production of Documents and (2) Plaintiff Raginae C. Laughlin, Individually and As Personal Representative of The Estate of James D. Laughlin's Response to Defendant City and County of Honolulu's First Request for Production of Documents were duly served via hand delivery to the following parties addressed as follows on March 1, 2006.

>DAVID Z. ARAKAWA, ESQ.
>Corporation Counsel
>DEREK T. MAYESHIRO, ESQ.
>Deputy Corporation Counsel
>City and County of Honolulu
>530 South King Street, Room 110
>Honolulu, Hawaii 96813
>
>Attorneys for Defendant
>CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i, _____MAR 0 3 2006_____

>IAN L. MATTOCH
>DANIEL P. KIRLEY
>EMILY KAWASHIMA WATERS
>Attorneys for Plaintiffs