ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 07 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH              898-0
DANIEL P. KIRLEY            6205-0
EMILY KAWASHIMA WATERS      6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

LODGED

MAR 06 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant. | CIVIL NO. CV04-00428 DAE-LEK<br><br>*EX PARTE* MOTION FOR APPOINTMENT OF NEXT FRIEND; DECLARATION OF EMILY KAWASHIMA WATERS; ORDER GRANTING APPOINTMENT OF NEXT FRIEND |

## EX PARTE MOTION FOR APPOINTMENT OF NEXT FRIEND

Come now Plaintiffs above-named, by and through their attorneys, The Law Offices of Ian L. Mattoch, and hereby move this Court of an Order appointing RAGINAE E. LAUGHLIN, as Next Friend for minor CHLOE LAUGHLIN, pursuant to **Rule 17(c) Federal Rules of Civil Procedure and H.R.S. § 551-2,** on the grounds that CHLOE LAUGHLIN is a minor, that it is necessary that an adult be named as Next Friend to represent said minor. Said minor has a claim for damages arising from a July 12, 2002 incident, that no Next Friend or Guardian has previously been appointed to represent the interests of said minors. That RAGINAE C. LAUGHLIN is willing to so act on behalf of CHLOE LAUGHLIN and that RAGINAE C. LAUGHLIN is the natural mother of CHLOE LAUGHLIN.

This motion is made pursuant to Rule **17(c) of the Federal Rules of Civil Procedure and the Hawaii Revised Statutes §551-2.**

DATED: Honolulu, Hawaii, _____3. 6. 06._____

_____
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs