IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>    Defendant. | CIVIL NO. CV04-00428 DAE-LEK<br><br>DECLARATION OF EMILY KAWASHIMA WATERS |

DECLARATION OF EMILY KAWASHIMA WATERS
---

  1. I am an attorney licensed to practice law before all of the courts in the State of Hawaii and I am one of Plaintiffs' attorneys herein.

  2. That CHLOE LAUGHLIN is a minor who resides in Indianapolis, State of Indiana.

3. That said minor has a claim for damages in <u>The Estate of Erik A. Powell, et al., v. City and County of</u> Honolulu; Civil No. CV04-00428, LEK, USDC, District of Hawaii.

4. That no Next Friend or Guardian has been previously appointed and that RAGINAE C. LAUGHLIN, if appointed, will undertake and faithfully discharge the duties of Next Friend.

5. That RAGINAE C. LAUGHLIN is the natural mother of CHLOE LAUGHLIN.

I, EMILY KAWASHIMA WATERS, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai'i, _____3.6.06_____.

_____
EMILY KAWASHIMA WATERS