IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant. | CIVIL NO. CV04-00428 DAE-LEK<br><br>ORDER GRANTING APPOINTMENT OF NEXT FRIEND |

<u>ORDER GRANTING APPOINTMENT OF NEXT FRIEND</u>

Upon reading the *Ex Parte* Petition of Appointment of Next Friend and good cause appearing therefore,

IT IS HEREBY ORDERED that RAGINAE C. LAUGHLIN and is hereby appointed Next Friend of CHLOE LAUGHLIN, a minor in the above-entitled action, for the purpose of filing and prosecuting suit against the

Defendants above-named, for alleged causes of action.

DATED: Honolulu, Hawaii ___3/7/06___

_____
Judge in the Above-Entitled Court