LAW OFFICES OF IAN L. MATTOCH

ORIGINAL

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| DANIEL P. KIRLEY | 6205-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 0 2006

at 2 o'clock and ___ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU, <br><br> Defendant. | CIVIL NO. CV04-00428 LEK <br><br> CERTIFICATE OF SERVICE <br> (Re: Plaintiffs' Second Request for Production of Documents to Defendant City and County of Honolulu; Exhibit "1") |

CERTIFICATE OF SERVICE

I hereby certify that the original and a copy of Plaintiffs' Second

Request for Production of Documents to Defendant City and County of Honolulu;

Exhibit "1" were duly served via hand delivery to the following parties addressed

as follows on _____MAR 1 0 2006_____ .

> DAVID Z. ARAKAWA, ESQ.
> Corporation Counsel
> DEREK T. MAYESHIRO, ESQ.
> Deputy Corporation Counsel
> City and County of Honolulu
> 530 South King Street, Room 110
> Honolulu, Hawaii 96813
>
> Attorneys for Defendant
> CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, _____MAR 1 0 2006_____

IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs