ORIGINAL

**LAW OFFICES OF IAN L. MATTOCH**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at _____ o'clock and _____ min. ___M
11      18  am
SUE BEITIA, CLERK

IAN L. MATTOCH                    898-0
DANIEL P. KIRLEY                  6205-0
EMILY KAWASHIMA WATERS            6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION<br><br>[Deponents:<br>(1) Shawn Chun, WSO I<br>(2) Robert Dorr, WSO II<br>(3) Clarence Moses, WSO II] |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | TRIAL: August 29, 2006 |
| CITY AND COUNTY OF HONOLULU, | ) ) ) ) | |
| Defendant. | ) ) ) | |
| and | ) | |

|  |  |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) ) |

CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF
TAKING DEPOSITIONS UPON ORAL EXAMINATION

I hereby certify that a copy of PLAINTIFFS' NOTICE OF TAKING

DEPOSITIONS UPON ORAL EXAMINATION [(1) Shawn Chun, WSO I,

(2) Robert Dorr, WSO II, (3) Clarence Moses, WSO II] was duly served via hand

delivery to the following parties addressed as follows on ___MAR 1 4 2006___.

> DAVID Z. ARAKAWA, ESQ.
> Corporation Counsel
> DEREK T. MAYESHIRO, ESQ.
> Deputy Corporation Counsel
> City and County of Honolulu
> 530 South King Street, Room 110
> Honolulu, Hawaii 96813
>
> Attorneys for Defendant
> CITY AND COUNTY OF HONOLULU

2

DATED:  Honolulu, Hawai`i,  MAR 1 4 2006              .

IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs