## LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH        898-0
DANIEL P. KIRLEY      6205-0
EMILY KAWASHIMA WATERS  6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[Deponents: Shawn Chun, WSO I] |
| Plaintiffs, | TRIAL: August 29, 2006 |
| vs. | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant. | |
| and | |

CITY AND COUNTY OF                  )
HONOLULU,                           )
                                    )
                                    )
            Third-Party Plaintiff,  )
                                    )
      vs.                           )
                                    )
UNIVERSITY OF HAWAII, a body        )
corporate; JOHN DOES 1-10, JANE     )
DOES 1-10, DOE CORPORATIONS         )
and DOE ENTITIES,                   )
                                    )
            Third-Party             )
            Defendants.             )
_____ )


## CERTIFICATE OF SERVICE RE: PLAINTIFFS' AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of PLAINTIFFS' AMENDED NOTICE

OF TAKING DEPOSITION UPON ORAL EXAMINATION regarding Shawn

Chun, WSO I, was duly served via hand delivery to the following parties addressed

as follows on     MAR 2 1 2006     :

2

DAVID Z. ARAKAWA, ESQ.
Corporation Counsel
DEREK T. MAYESHIRO, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, _____ **MAR 2 1 2006** _____.

IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

3