**LAW OFFICES OF IAN L. MATTOCH**

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| DANIEL P. KIRLEY | 6205-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>                    Defendant. | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[Deponent:  Daniel Neves]<br><br><br><br><br><br>TRIAL:  August 29, 2006 |

and )
)
CITY AND COUNTY OF )
HONOLULU, )
)
        Third-Party Plaintiff, )
)
vs. )
)
UNIVERSITY OF HAWAII, a body )
corporate; JOHN DOES 1-10, JANE )
DOES 1-10, DOE CORPORATIONS )
and DOE ENTITIES, )
)
        Third-Party )
        Defendants. )
)

### CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [Daniel Neves] was duly served via hand delivery to the following parties addressed as follows on MAR 2 2 2006.

    CARRIE K.S. OKINAGA, ESQ.
    Corporation Counsel
    DEREK T. MAYESHIRO, ESQ.
    Deputy Corporation Counsel
    City and County of Honolulu
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    CITY AND COUNTY OF HONOLULU

2

DATED: Honolulu, Hawai`i, ___MAR 2 2 2006___.

_/s/ Emily Waters_
IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs