## LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                    898-0
DANIEL P. KIRLEY                  6205-0
EMILY KAWASHIMA WATERS            6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[Deponent:  Daniel Neves] |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | TRIAL:  August 29, 2006 |
| CITY AND COUNTY OF HONOLULU, | ) ) ) ) | |
| Defendant. | ) ) ) | |

```
and                                    )
                                       )
CITY AND COUNTY OF                     )
HONOLULU,                              )
                                       )
              Third-Party Plaintiff,   )
                                       )
     vs.                               )
                                       )
UNIVERSITY OF HAWAII, a body           )
corporate; JOHN DOES 1-10, JANE        )
DOES 1-10, DOE CORPORATIONS            )
and DOE ENTITIES,                      )
                                       )
              Third-Party              )
              Defendants.              )
_____       )
```

## CERTIFICATE OF SERVICE RE: PLAINTIFFS' FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of PLAINTIFFS' FIRST AMENDED

NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [Daniel

Neves] was duly served *via facsimile* to the following parties addressed as follows

on March 22, 2006.

CARRIE K.S. OKINAGA, ESQ.
Corporation Counsel
DEREK T. MAYESHIRO, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

2

DATED:  Honolulu, Hawai`i,    MAR 2 3 2006                    .

_____
IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs