AO88 (Rev. 1/94) Subpoena in a Civil Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 4 2006

at \_\_\_ o'clock and \_\_\_ min \_\_ M
SUE BEITIA, CLERK

## Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

THE ESTATE OF ERIK A. POWELL, THROUGH
PERSONAL REPRESENTATIVE MARY K. POWELL,
ET AL.,

V.

CITY AND COUNTY OF HONOLULU, ET AL.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] CV04-00428 LEK

TO: DANIEL NEVES
1676 Ala Moana Boulevard, #909
Honolulu, Hawaii 96815

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 737 Bishop Street, Suite 1835, Mauka Tower<br>Honolulu, Hawaii 96813 | March 24, 2006 at 2:00 P.M. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Emily Waters* (Attorney for Plaintiffs) | MAR 2 2 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
EMILY KAWASHIMA WATERS, ESQ.
737 Bishop Street, Suite 1835, Mauka Tower
Honolulu, Hawaii 96813    PH: (808) 523-2451

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

| | PROOF OF SERVICE | |
|---|---|---|
| DATE<br>March 23, 2006 | PLACE<br>Law offices of Ian Mattoch<br>737 Bishop St Suite 1835<br>Hono HI 96816 | |

| SERVED ON (PRINT NAME)<br>Daniel Neves   March 23, 2006   1320hrs. | MANNER OF SERVICE<br>Personally served |
|---|---|

| SERVED BY (PRINT NAME)<br>Michael Tosaki | TITLE<br>Investigator |
|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   March 23, 2006
                     DATE

SIGNATURE OF SERVER

1715 Paula Dr. Hono, HI 96816
ADDRESS OF SERVER