ORIGINAL

AO88 (Rev. 1/94) Subpoena in a Civil Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 2 2006
at 3 o'clock and 45 min P M
SUE BEITIA, CLERK

Issued by the
# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

THE ESTATE OF ERIK A. POWELL, THROUGH
PERSONAL REPRESENTATIVE MARK K. POWELL,
ET AL.,

V.

CITY AND COUNTY OF HONOLULU, ET AL.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] CV04-00428 LEK

TO: DANIEL NEVES
1676 Ala Moana Blvd., #909
Honolulu, Hawaii 96815

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 737 Bishop Street, #1835 Mauka Tower<br>Honolulu, Hawaii 96813    PH: (808) 523-2451 | April 3, 2006 at 1:30 P.M. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Emily Waters* (Attorney for Plaintiffs) | MAR 2 2 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
EMILY KAWASHIMA WATERS, ESQ.
737 Bishop Street, #1835 Mauka Tower
Honolulu, Hawaii 96813    PH: (808) 523-2451

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

|  | PROOF OF SERVICE | |
|---|---|---|
|  | DATE | PLACE |
| SERVED | 3-22-2006 | 1676 Ala Moana Blvd #909 Honolulu HI 96815 |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| Daniel Neves | | Upon His Person |
| SERVED BY (PRINT NAME) | | TITLE |
| Scott Suzuki-Jones | | Legal Investigator |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   3-22-2006
               DATE

[Signature]
SIGNATURE OF SERVER

737 Bishop St #1835
ADDRESS OF SERVER

Honolulu HI 96813