LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| DANIEL P. KIRLEY | 6205-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>           Defendant.<br><br>    and | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br>Re:<br><br>1) Plaintiffs' Second Request for Answers to Interrogatories Defendant City and County of Honolulu<br><br>2) Plaintiffs' Third Request for Production of Documents to Defendant City and County of Honolulu; Exhibit "1" |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that the original and a copy of (1) Plaintiffs' Second Request for Answers to Interrogatories to Defendant City and County of Honolulu and (2) Plaintiffs' Third Request for Production of Documents to Defendant City and County of Honolulu; Exhibit "1" were duly served via hand delivery to the following parties addressed as follows on APR - 4 2006 .

        CARRIE K.S. OKINAGA, ESQ.
        Corporation Counsel
        DEREK T. MAYESHIRO, ESQ.
        Deputy Corporation Counsel
        City and County of Honolulu
        530 South King Street, Room 110
        Honolulu, Hawaii  96813

        Attorneys for Defendant
        CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i, ____APR - 4 2006____

_____
IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

3