# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00428LEK |
| CASE NAME: | The Estate of Erik A. Powell, et al. Vs. City and County of Honolulu |
| ATTYS FOR PLA: | Emily Kawashima Waters |
| ATTYS FOR DEFT: | Derek T. Mayeshiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 4/3/2006 | TIME: | 9:00-9:03 |

COURT ACTION:   EP: Status Conference Re: Trial Date and Deadlines held. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on April 3, 2007 at 9:00 a.m. before LEK
2. Final Pretrial Conference on February 20, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by February 13, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by January 3, 2007
7. File Dispositive Motions by November 1, 2006
8a. File Motions in Limine by March 13, 2007
8b. File opposition memo to a Motion in Limine by March 20, 2007
11a. Plaintiff's Expert Witness Disclosures by October 2, 2006
11b. Defendant's Expert Witness Disclosures by November 1, 2006
12. Discovery deadline February 2, 2007
13. Settlement Conference set for November 6, 2006 at 1:30 p.m. before LEK
14. Settlement Conference statements by October 30, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by March 20, 2007
21. File Final witness list by March 13, 2007
24. Exchange Exhibit and Demonstrative aids by March 6, 2007

25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by March 13, 2007
26. File objections to the Exhibits by March 20, 2007
28a. File Deposition Excerpt Designations by March 13, 2007
28b. File Deposition Counter Designations and Objections by March 20, 2007
29. File Trial Brief by March 20, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00428LEK;
The Estate of Erik A. Powell, et al. Vs. City and County of Honolulu;
Rule 16 Scheduling Conference Minutes
4/3/2006