## LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| DANIEL P. KIRLEY | 6205-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>    Defendant. | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[Deponent: James Howe]<br><br>TRIAL: April 3, 2007 |

|  |  |
|---|---|
| and | ) |
|  | ) |
| CITY AND COUNTY OF | ) |
| HONOLULU, | ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) |
|  | ) |
| Third-Party Defendants. | ) |

CERTIFICATE OF SERVICE RE: PLAINTIFFS' FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of PLAINTIFFS' FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [James Howe] was duly served *via hand delivery* to the following parties addressed as follows on APR 1 7 2006.

  CARRIE K.S. OKINAGA, ESQ.
  Corporation Counsel
  DEREK T. MAYESHIRO, ESQ.
  Deputy Corporation Counsel
  City and County of Honolulu
  530 South King Street, Room 110
  Honolulu, Hawaii 96813

  Attorneys for Defendant
  CITY AND COUNTY OF HONOLULU

2

DATED: Honolulu, Hawai`i, APR 1 7 2006 .

*[signature: Emily Waters]*
IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs