LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                 898-0
DANIEL P. KIRLEY            6205-0
EMILY KAWASHIMA WATERS   6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>RE:  PLAINTIFFS'  THIRD REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT CITY AND COUNTY OF HONOLULU |
|           Plaintiffs, | ) ) ) | |
|     vs. | ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) ) | |
|         Defendant. | ) ) ) ) | |

                    and                          )
                                                 )
        CITY AND COUNTY OF                       )
        HONOLULU,                                )
                                                 )
                         Third-Party Plaintiff,  )
                                                 )
                    vs.                          )
                                                 )
        UNIVERSITY OF HAWAII, a body             )
        corporate; JOHN DOES 1-10, JANE          )
        DOES 1-10, DOE CORPORATIONS              )
        and DOE ENTITIES,                        )
                                                 )
                         Third-Party             )
                         Defendants.             )
        _____         )

## CERTIFICATE OF SERVICE

        I hereby certify that the *original and a copy* of:

        Plaintiffs' Third Request for Answers to
        Interrogatories to Defendant City and County of
        Honolulu

were duly served via hand delivery to the following parties addressed as

follows on _____APR 2 0 2006_____.

        CARRIE K.S. OKINAGA, ESQ.
        Corporation Counsel
        DEREK T. MAYESHIRO, ESQ.
        Deputy Corporation Counsel
        City and County of Honolulu
        530 South King Street, Room 110
        Honolulu, Hawaii 96813

        Attorneys for Defendant
        CITY AND COUNTY OF HONOLULU

-2-

DATED:  Honolulu, Hawai`i, _____APR 2 0 2006_____.


IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs