ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4890
Facsimile: (808) 523-4583
e-mail: Dmayeshiro@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; REGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, REGINAE C. LAUGHLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendants. | Civil No. CV04 00428 DAE-LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Defendant City and County of Honolulu's First Supplemental Response to Plaintiffs' Second Request for Production of Documents to Defendant City and County of Honolulu Dated March 10, 2006 [Bate Stamped 06497 – 07090]) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that one (1) copy of Defendant City and County of Honolulu's First Supplemental Response to Plaintiffs' Second Request for Production of Documents to Defendant City and County of Honolulu Dated March 10, 2006 [Bate Stamped 06497 – 07090]) was hand delivered to the following individuals at their address listed below on April 19, 2006:

IAN L. MATTOCH, ESQ.
EMILY KAWASHIMA WATERS, ESQ.
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii   96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, April 19, 2006.

> CARRIE K.S. OKINAGA
> Corporation Counsel
>
> By _____
> DEREK T. MAYESHIRO
> Deputy Corporation Counsel
> Attorney for Defendant
> CITY AND COUNTY OF HONOLULU