# LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                 898-0
DANIEL P. KIRLEY               6205-0
EMILY KAWASHIMA WATERS         6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU, <br><br> Defendant. | CIVIL NO. CV04-00428 LEK <br><br> CERTIFICATE OF SERVICE RE: PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION <br><br> [Deponent: James Howe] <br><br><br><br> TRIAL: April 3, 2007 |

|  |  |
|---|---|
| and | ) |
| | ) |
| | ) |
| CITY AND COUNTY OF | ) |
| HONOLULU, | ) |
| | ) |
|                 Third-Party Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body | ) |
| corporate; JOHN DOES 1-10, JANE | ) |
| DOES 1-10, DOE CORPORATIONS | ) |
| and DOE ENTITIES, | ) |
| | ) |
|                 Third-Party | ) |
|                 Defendants. | ) |
| _____ | ) |

### CERTIFICATE OF SERVICE RE: PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [James Howe] was duly served *via hand delivery* to the following parties addressed as follows on APR 2 1 2006.

>    CARRIE K.S. OKINAGA, ESQ.
>    Corporation Counsel
>    DEREK T. MAYESHIRO, ESQ.
>    Deputy Corporation Counsel
>    City and County of Honolulu
>    530 South King Street, Room 110
>    Honolulu, Hawaii  96813
>
>    Attorneys for Defendant
>    CITY AND COUNTY OF HONOLULU

2

DATED: Honolulu, Hawai`i, _APR 2 1 2006_.

_/s/ Emily Waters_
IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs