ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4890
Facsimile: (808) 523-4583
e-mail: Dmayeshiro@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 15 2006

at 12 o'clock and 45 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; REGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, REGINAE C. LAUGHLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendants. | Civil No. CV04 00428 DAE-LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Defendant City and County of Honolulu's Response to Plaintiffs' Second Request for Answers to Interrogatories to Defendant City and County of Honolulu Dated April 4, 2006; Exhibits "A-C") |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that one (1) copy of Defendant City and County of Honolulu's Response to Plaintiffs' Second Request for Answers to Interrogatories to Defendant City and County of Honolulu Dated April 4, 2006; Exhibits "A-C" was hand delivered to the following individuals at their address listed below on June 15, 2006:

> IAN L. MATTOCH, ESQ.
> EMILY KAWASHIMA WATERS, ESQ.
> Suite 1835, Pacific Guardian Center
> 737 Bishop Street
> Honolulu, Hawaii  96813
> Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, June 15, 2006.

> CARRIE K.S. OKINAGA
> Corporation Counsel
>
> By _____
> DEREK T. MAYESHIRO
> Deputy Corporation Counsel
> Attorney for Defendant
> CITY AND COUNTY OF HONOLULU