**ORIGINAL**

LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| DANIEL P. KIRLEY | 6205-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 15 2006

at 2 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>           Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>           Defendant.<br><br>and | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>RE:<br>1) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" (Deponent: Custodian of Records ACTORAS CONSULTING GROUP, INC.)<br><br>2) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" (Deponent: Custodian of Records C BRIDGE INTERNET SOLUTIONS) |

|  |  |
|---|---|
| CITY AND COUNTY OF HONOLULU,            ) <br>            ) <br>            ) <br>            ) <br>    Third-Party Plaintiff, ) <br>            ) <br>vs.         ) <br>            ) <br>UNIVERSITY OF HAWAII, a body ) <br>corporate; JOHN DOES 1-10, JANE ) <br>DOES 1-10, DOE CORPORATIONS ) <br>and DOE ENTITIES,     ) <br>            ) <br>    Third-Party    ) <br>    Defendants.    ) <br>            ) | 3) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" (Deponent: Custodian of Records EXCELON CORPORATION) <br><br>4) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" (Deponent: Custodian of Records WHITTMAN HART INC.) <br><br>TRIAL: April 3, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing documents:

1) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" (Deponent: Custodian of Records ACTORAS CONSULTING GROUP, INC.);

2) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" (Deponent: Custodian of Records C BRIDGE INTERNET SOLUTIONS);

3) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" (Deponent: Custodian of Records EXCELON CORPORATION); and

4) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" (Deponent: Custodian of Records WHITTMAN HART INC.)

were duly served via hand delivery to the following parties addressed as follows on SEP 1 5 2006.

CARRIE K.S. OKINAGA, ESQ.
Corporation Counsel
DEREK T. MAYESHIRO, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i, SEP 1 5 2006

_____
IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs