**LAW OFFICES OF IAN L. MATTOCH**

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| DANIEL P. KIRLEY | 6205-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant. | CIVIL NO. CV04-00428 LEK<br><br>FIRST STIPULATION TO EXTEND DEADLINE TO DISCLOSE ALL EXPERTS AND EXPERTS REPORTS; ORDER<br><br>**Trial**: April 3, 2007 |

|  |  |
|---|---|
| and | ) |
|  | ) |
| CITY AND COUNTY OF HONOLULU, | ) ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| UNIVERSITY OF HAWAI`I, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
|  | ) |
| Third-Party Defendants. | ) ) |
| _____ | ) |

FIRST STIPULATION TO EXTEND DEADLINE TO
DISCLOSE ALL EXPERTS AND EXPERTS REPORTS

IT IS HEREBY STIPULATED by and among counsel for all undersigned parties that pursuant to Rule 16 of the Federal Rules of Civil of Procedure, and Local Rules 10.4 and 16.3 of the Local Rules of Practice for the United States District Court for the District of Hawai`i:

(1) That the deadline for disclosure of Plaintiff's experts and expert reports shall be extended from October 2, 2006 to October 16, 2006; and

(2) That the deadline for disclosure of Defendant's experts and expert reports shall be extended from November 1, 2006 to November 15, 2006.

All appearing parties have signed this Stipulation. This

Stipulation may be executed in counterpart signature pages, each of which shall be an original, and all of which should be affixed to this Stipulation and shall constitute one and the same Stipulation.

DATED:  Honolulu, Hawai`i, September 28, 2006.

>            /s/ Emily Kawashima Waters
> IAN L. MATTOCH
> DANIEL P. KIRLEY
> EMILY KAWASHIMA WATERS
> Attorneys for Plaintiffs

>  /s/ Derek T.Mayeshiro
> CARRIE K.S. OKINAGA
> DEREK T. MAYESHIRO
> Attorneys for Defendant
> CITY COUNTY OF  HONOLULU

APPROVED AND SO ORDERED:



>  /S/ Leslie E. Kobayashi
> Leslie E. Kobayashi
> United States Magistrate Judge

=====================================================
The Estate of Erik A. Powell, Through Personal Representative Mary K. Powell, et al. v. City and County of Honolulu, Civil No. CV04-00428 LEK; FIRST STIPULATION TO EXTEND DEADLINE TO DISCLOSE ALL EXPERTS AND EXPERTS REPORTS; ORDER