## LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| DANIEL P. KIRLEY | 6205-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br>  Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU, <br><br>  Defendant. | CIVIL NO. CV04-00428 LEK <br><br> CERTIFICATE OF SERVICE RE: <br><br> RE: <br> PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION and REQUEST FOR PRODUCTION OF DOCUMENTS <br> [Deponent: RALPH GOTO] <br><br> 2) PLAINTIFFS' THIRD AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION and REQUEST FOR PRODUCTION OF DOCUMENTS <br> [Deponent: JAMES HOWE] <br><br> **Trial**: April 3, 2007 |

|  |  |
|---|---|
| and | ) |
|  | ) |
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
|  | ) |
| Third-Party Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of:

1) PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION and REQUEST FOR PRODUCTION OF DOCUMENTS
[Deponent: RALPH GOTO]

2) PLAINTIFFS' THIRD AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION and REQUEST FOR PRODUCTION OF DOCUMENTS
[Deponent: JAMES HOWE]

was duly served *via hand delivery* to the following parties addressed as follows on

OCT - 2 2006

CARRIE K.S. OKINAGA, ESQ.
Corporation Counsel
DEREK T. MAYESHIRO, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i,   OCT - 2 2006   .

IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs