**LAW OFFICES OF IAN L. MATTOCH**

IAN L. MATTOCH              898-0
DANIEL P. KIRLEY          6205-0
EMILY KAWASHIMA WATERS   6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>       Defendant.<br><br>and | CIVIL NO. CV04-00428 LEK<br><br>PLAINTIFFS' DISCLOSURES OF EXPERT WITNESSES; CERTIFICATE OF SERVICE<br><br>**TRIAL**: April 3, 2007 |

```
CITY AND COUNTY OF            )
HONOLULU,                     )
                              )
            Third-Party Plaintiff, )
                              )
   vs.                        )
                              )
UNIVERSITY OF HAWAII, a body  )
corporate; JOHN DOES 1-10, JANE )
DOES 1-10, DOE CORPORATIONS   )
and DOE ENTITIES,             )
                              )
            Third-Party       )
            Defendants.       )
```

## PLAINTIFFS' DISCLOSURES OF EXPERT WITNESSES

Plaintiffs above-named, by and through their attorneys, the Law Offices of Ian L. Mattoch, hereby give notice of the disclosure Plaintiffs' expert witnesses pursuant to Rule 26(a)(2), F.R.C.P.

1. Richard Gill, Ph.D.

2. Thomas A. Loudat, Ph.D.

3. Roger Lukas, Ph.D.

4. Thomas C. Ebro

DATED: Honolulu, Hawai'i, __OCT 1 6 2006__.

_/s/ Emily Waters_
IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, ) <br> THROUGH PERSONAL ) <br> REPRESENTATIVE MARY K. ) <br> POWELL; THE ESTATE OF JAMES ) <br> D. LAUGHLIN, THROUGH ) <br> PERSONAL REPRESENTATIVE ) <br> RAGINAE C. LAUGHLIN; MARY K. ) <br> POWELL, INDIVIDUALLY; ) <br> RAGINAE C. LAUGHLIN, ) <br> INDIVIDUALLY; CHLOE ) <br> LAUGHLIN, A MINOR, THROUGH ) <br> HER NEXT FRIEND, RAGINAE C. ) <br> LAUGHLIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU, ) <br> ) <br> Defendant. ) <br> ) <br> and ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNIVERSITY OF HAWAII, a body ) <br> corporate; JOHN DOES 1-10, JANE ) <br> ) | CIVIL NO. CV04-00428 LEK <br><br> CERTIFICATE OF SERVICE <br><br><br><br><br><br> TRIAL:  April 3, 2007 |

|  |  |
|---|---|
| DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) |
| Third-Party Defendants. | ) ) ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served via hand delivery to the following parties addressed as follows on **OCT 1 6 2006**.

CARRIE K.S. OKINAGA, ESQ.
Corporation Counsel
DEREK T. MAYESHIRO, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i, **OCT 1 6 2006**

*/s/ Emily Waters*

IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

2