

Case 1:04-cv-00428-LEK    Document 84    Filed 10/17/2006    Page 3 of 5



Case 1:04-cv-00428-LEK    Document 84    Filed 10/17/2006    Page 5 of 5

