






OCEAN SAFETY
Hanauma Bay Nature Preserve is one of the most popular recreational swimming, snorkeling, and diving and picnicking areas in Hawai'i. The bay is legally designated as a State Underwater Park and Conservation District.
Please heed all posted warnings. Your life could depend on it!
HERE ARE SOME BASIC OCEAN SAFETY TIPS that you can use at all shoreline areas:
• Swim in lifeguarded areas.
• Never swim alone.
• Don't dive into unknown water or into shallow breaking waves.
• Ask a lifeguard about beach and surf conditions before swimming.
• If you are unable to swim out of a strong current, signal for help.
• Rely on your swimming ability rather than a flotation device.
• Look for, read and obey all beach safety signs and symbols.
IF IN DOUBT, JUST STAY OUT!
Safety Checklist for Parents
• Supervise all young children while they are in, on, or near the water.
• Drownings and near-drownings occur in familiar surroundings during very short lapses in supervision. Many of these incidents at Hanauma Bay happen in shallow water close to shore.
• Do not have older siblings watch younger children in the water. They are not trained or mature enough to be given such a responsibility.
• Do not rely on flotation devices or swimming lessons to protect a child. Children are not waterproof.
• Take a CPR course. Know what to do in case of an emergency.
When there's an emergency notify a lifeguard immediately. They are found in the orange towers at the beach.
Please take very special care of children.
They should always be supervised at the beach and in the ocean by their parents or adult guardians. Lifeguards are not substitute babysitters -- their responsibility includes the entire beach.


OCEAN SAFETY
Hanauma Bay Nature Preserve is one of the most popular recreational swimming, snorkeling, and diving and picnicking areas in Hawai'i. The bay is legally designated as a State Underwater Park and Conservation District.
Please heed all posted warnings. Your life could depend on it!
HERE ARE SOME BASIC OCEAN SAFETY TIPS that you can use at all shoreline areas:
• Swim in lifeguarded areas.
• Never swim alone.
• Don't dive into unknown water or into shallow breaking waves.
• Ask a lifeguard about beach and surf conditions before swimming.
• If you are unable to swim out of a strong current, signal for help.
• Rely on your swimming ability rather than a flotation device.
• Look for, read and obey all beach safety signs and symbols.
IF IN DOUBT, JUST STAY OUT!
Safety Checklist for Parents
• Supervise all young children while they are in, on, or near the water.
• Drownings and near-drownings occur in familiar surroundings during very short lapses in supervision. Many of these incidents at Hanauma Bay happen in shallow water close to shore.
• Do not have older siblings watch younger children in the water. They are not trained or mature enough to be given such a responsibility.
• Do not rely on flotation devices or swimming lessons to protect a child. Children are not waterproof.
• Take a CPR course. Know what to do in case of an emergency.
When there's an emergency notify a lifeguard immediately. They are found in the orange towers at the beach.
Please take very special care of children.
They should always be supervised at the beach and in the ocean by their parents or adult guardians. Lifeguards are not substitute babysitters -- their responsibility includes the entire beach.