

1 SNORKFIN RENTAL
SNORKEL - MASK - FINS - LOCKERS
HOURS: 8AM - 4:30PM
CASH ONLY
DEPOSIT REQUIRED
CASH ONLY
Regular Snorkel Only
Regular Mask Only
Fins Only
Regular Set
Dry Snorkel Only
Dry Set
Optical Mask Only






