





WAVES ON LEDGE



