**LAW OFFICES OF IAN L. MATTOCH**

IAN L. MATTOCH                898-0
DANIEL P. KIRLEY            6205-0
EMILY KAWASHIMA WATERS   6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>            Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>            Defendant. | CIVIL NO. CV04-00428 LEK<br><br>STIPULATION TO EXTEND DEADLINE TO DISCLOSE PLAINTIFF'S EXPERT, BIOMECHANIC ENGINEER, LAURA LIPTAI, PhD. AND EXPERT'S REPORTS; ORDER<br><br><br>**Trial**: April 3, 2007 |

|  |  |
|---|---|
| and | ) |
|  | ) |
| CITY AND COUNTY OF HONOLULU, | ) ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| UNIVERSITY OF HAWAI`I, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
|  | ) |
| Third-Party Defendants. | ) ) |
| _____ | ) |

### STIPULATION TO EXTEND DEADLINE TO DISCLOSE PLAINTIFF'S EXPERT, BIOMECHANIC ENGINEER, LAURA LIPTAI, PhD. AND EXPERT'S REPORTS

IT IS HEREBY STIPULATED by and among counsel for all undersigned parties that pursuant to Rule 16 of the Federal Rules of Civil of Procedure, and Local Rules 10.4 and 16.3 of the Local Rules of Practice for the United States District Court for the District of Hawai`i:

(1) That the deadline for disclosure of Plaintiff's expert, biomechanical engineer, Laura Liptai, Ph.D. shall be extended from October 16, 2006 to October 23, 2006; and
(2) The disclosure will include Dr. Liptai's expert report, CV, fees and list of cases in which she has testified; and
(3) As disclosed to opposing counsel, the list of cases in which Dr. Liptai has testified will only include the last two years of her testimony due to the loss of all of her computer data prior to then.

All appearing parties have signed this Stipulation.  This Stipulation may be executed in counterpart signature pages, each of which shall be an original, and all of which should be affixed to this Stipulation and shall constitute one and the same Stipulation.

DATED:  Honolulu, Hawai`i, October 16, 2006.

/s/ Emily Kawashima Waters
IAN L. MATTOCH
DANIEL P. KIRLEY
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

/s/ Derek T. Mayeshiro
CARRIE K.S. OKINAGA
DEREK T. MAYESHIRO
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

APPROVED AND SO ORDERED:



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

==================================
The Estate of Erik A. Powell, Through Personal Representative Mary K. Powell, et al. v. City and County of Honolulu, Civil No. CV04-00428 LEK; STIPULATION TO EXTEND DEADLINE TO DISCLOSE PLAINTIFF'S EXPERT, BIOMECHANIC ENGINEER, LAURA LIPTAI, PhD. AND EXPERT'S REPORTS; ORDER