LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                    898-0
DANIEL P. KIRLEY                  6205-0
EMILY KAWASHIMA WATERS   6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>            Defendant. | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiffs' Disclosures of Expert Witnesses; Certificate of Service)<br><br>**Trial: April 3, 2007** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Disclosures of Expert Witnesses; Certificate of Service was duly served *via hand delivery* to the following parties addressed as follows on October 16, 2006.

    CARRIE K.S. OKINAGA, ESQ.
    Corporation Counsel
    DEREK T. MAYESHIRO, ESQ.
    Deputy Corporation Counsel
    City and County of Honolulu
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i, __OCT 17 2006__

                            */s/ Emily Waters*
                            IAN L. MATTOCH
                            DANIEL P. KIRLEY
                            EMILY KAWASHIMA WATERS
                            Attorneys for Plaintiffs