# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Hawaii

Case Number: CV04-00428LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 9 2006

at 2 o'clock and 15 min P. M
SUE BEITIA, CLERK

PLAINTIFF:
**The Estate of Erik A. Powell, Trough Personal Representative Mary K. Powell, et al.,**

vs.

DEFENDENT:
**City and County of Honolulu,**

Received by Eleanor's Nationwide Legal Support on the 25th day of September, 2006 at 8:58 am to be served on **Whittman Hart Inc. Records Custodian, 300 S. Wacker Drive. #2300, Chicago, IL 60606**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **3rd day of October, 2006** at **12:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Subpoena in a Civil Case; Plaintiff's Notice of Taking Deposition Upon Written Questions; Exhibits "1" - "2"** with the date and hour of service endorsed thereon by me, to: **David Pardon** as **CFO** for **Whittman Hart Inc.**, at the address of: **300 S. Wacker Drive, # 2300, Chicago, IL 60610**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 44,  Sex: M,  Race/Skin Color: White,  Height: 5'9",  Weight: 195,  Hair: Bald, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/12/09

**Robert C. Regalado - Process Server**
Agency Lic. # 117-001132

Subscribed and Sworn to before me on the 4th day of October, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Eleanor's Nationwide Legal Support**
**18044 Ventura Blvd.**
**Encino, CA  91316**
**(818) 774-9757**

Our Job Serial Number: 2006002679
Ref: 98720

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n