LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                 898-0
EMILY KAWASHIMA WATERS   6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>             Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>             Defendant. | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiffs' Disclosure of Expert Witness; Certificate of Service – Laura L. Liptai, Ph.D.)<br><br>**Trial: April 3, 2007** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Disclosure of Expert Witness; Certificate of Service – Laura L. Liptai, Ph.D. was duly served *via hand delivery* to the following parties addressed as follows on October 23, 2006.

>	CARRIE K.S. OKINAGA, ESQ.
>	Corporation Counsel
>	DEREK T. MAYESHIRO, ESQ.
>	Deputy Corporation Counsel
>	City and County of Honolulu
>	530 South King Street, Room 110
>	Honolulu, Hawaii 96813
>
>	Attorneys for Defendant
>	CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i, OCT 2 3 2006

_____
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs