ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

OCT 2 4 2006

at 3 o'clock and 30 min ____
SUE BEITIA, CLERK

THE ESTATE OF ERIK A. POWELL, THROUGH
PERSONAL REPRESENTATIVE MARY K. POWELL,
ET AL.

V.

CITY AND COUNTY OF HONOLULU,

**SUBPOENA IN A CIVIL CASE**

Case Number:¹ CV04-00428 LEK

TO: Custodian of Records
EXCELON CORPORATION
25 Mall Road
Burlington, MA  01803-4194

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all employment records, including but not limited to, health care coverage, applications, disciplinary actions, personnel records, discharges, payroll records, promotions, resignations and other personnel or employment records, pertaining to James Laughlin, DOB:  9/23/63, SSN:  _ _ _-_ _-6367.

| PLACE | DATE AND TIME |
|---|---|
| Atkinson-Baker Court Reporters, 330 North Brand Blvd., Suite 250, Glendale, CA 91203 (PH: 818-551-7300) | October 6, 2006, 9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Emily Waters   Attorney for Plaintiff | SEP 1 5 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
EMILY KAWASHIMA WATERS, ESQ.
737 Bishop Street, Suite 1835
Honolulu, HI  96813    PH:  (808) 523-2451

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  |  |  |  |
|---|---|---|---|
| 9-28-2006 DATE | | PLACE | 14 Oak Park Dr Bedford, MA |

SERVED

Andy Swindlehurst                    Corporate in hand
SERVED ON (PRINT NAME)                MANNER OF SERVICE

Mark C Gaisford                      Software contract superior
SERVED BY (PRINT NAME)                TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    9-28-2006
                    DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER                    Boston, MA