ORIGINAL

SA\~88  (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 4 2006

THE ESTATE OF ERIK A. POWELL, THROUGH
PERSONAL REPRESENTATIVE MARY K. POWELL,
ET AL.

V.

**SUBPOENA IN A CIVIL CASE**

at 3 o'clock and 30 min P M
SUE BEITIA, CLERK

CITY AND COUNTY OF HONOLULU,

Case Number:[1]  CV04-00428 LEK

TO: Custodian of Records
C BRIDGE INTERNET SOLUTIONS
219 Vassar Street
Cambridge, MA 02139

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date, and time specified below (list documents or objects):

Any and all employment records, including but not limited to, health care coverage, applications, disciplinary actions, personnel
records, discharges, payroll records, promotions, resignations and other personnel or employment records, pertaining to James
Laughlin, DOB:  9/23/63, SSN: _ _ _-_ _-6367.

| PLACE | DATE AND TIME |
|---|---|
| Atkinson-Baker Court Reporters, 330 North Brand Blvd., Suite 250, Glendale, CA 91203 (PH: 818-551-7300) | October 6, 2006, 9:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the
matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Emily Waters* Attn for Plaintiff | SEP 1 5 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
EMILY KAWASHIMA WATERS, ESQ.
737 Bishop Street, Suite 1835
Honolulu, HI  96813    PH:  (808) 523-2451

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88  (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

|  | DATE | 10-12-06 | PLACE | 14 Oak Park Dr Bedford, Ma 01730 |
|---|---|---|---|---|

SERVED  Cheryl Ward-Dearborn in hand corporate

SERVED ON (PRINT NAME)                    MANNER OF SERVICE

Mark C Gaisford          constable process server

SERVED BY (PRINT NAME)                    TITLE

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____10/12/06_____
                      DATE

_____
SIGNATURE OF SERVER

Boston, Ma
_____
ADDRESS OF SERVER