LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                       898-0
EMILY KAWASHIMA WATERS   6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br>        Plaintiffs, <br><br>vs. <br><br>CITY AND COUNTY OF HONOLULU, <br><br>        Defendant. <br><br>and | CIVIL NO. CV04-00428 LEK <br><br>CERTIFICATE OF SERVICE <br><br>RE: <br>1) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" <br><br>(Deponent: Custodian of Records BANNER LIFE INSURANCE COMPANY) <br><br><br>TRIAL: April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document:

1) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" (Deponent: Custodian of Records BANNER LIFE INSURANCE COMPANY)

was duly served via *hand delivery* to the following parties addressed as follows on ___OCT 3 0 2006___ .

    CARRIE K.S. OKINAGA, ESQ.
    Corporation Counsel
    DEREK T. MAYESHIRO, ESQ.
    Deputy Corporation Counsel
    City and County of Honolulu
    530 South King Street, Room 110
    Honolulu, Hawaii  96813

    Attorneys for Defendant
    CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i,  OCT 3 0 2006

*/s/ Emily Waters*

IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

3