# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00428LEK |
| CASE NAME: | The Estate of Erik A. Powell, through personal representative Mary K. Powell, et. al. Vs. City and County of Honolulu |
| ATTYS FOR PLA: | Ian L. Mattoch<br>Emily Kawashima Waters |
| ATTYS FOR DEFT: | Derek T. Mayeshiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 10/30/2006 | TIME: | 9:02-9:07 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Deadlines held.

Mediation to be scheduled.

Settlement Conference set for 1:30 11/6/06, LEK is Vacated.
Settlement Conference set for **9:30 2/7/07**, LEK.

Dispositive Motions deadline is continued to 12/18/06.

Submitted by: Warren N. Nakamura, Courtroom Manager