# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 04-00428LEK

CASE NAME: The Estate of Erik A. Powell, through personal representative Mary K. Powell, et. al. Vs. City and County of Honolulu

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 10/30/2006                    TIME:

COURT ACTION:  EO: Regarding the Settlement Conference set for 1:00 p.m. 11/7/06, LEK.

Decision maker for Defendant with settlement authority up to the amount in Plaintiffs' Settlement Demand as of 1/15/07 is Ordered to be physically present and to participate in the Settlement Conference on **2/7/07 at 9:30 a.m.** before Magistrate Judge Leslie E. Kobayashi.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager