LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                    898-0
EMILY KAWASHIMA WATERS    6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>                    Defendant. | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>RE: PLAINTIFF RAGINAE C. LAUGHLIN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES D. LAUGHLIN'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES |

```
              and                          )
                                           )
CITY AND COUNTY OF                         )
HONOLULU,                                  )
                                           )
                    Third-Party Plaintiff, )
                                           )
         vs.                               )
                                           )
UNIVERSITY OF HAWAII, a body               )
corporate; JOHN DOES 1-10, JANE            )
DOES 1-10, DOE CORPORATIONS                )
and DOE ENTITIES,                          )
                                           )
                    Third-Party            )
                    Defendants.            )
                                           )
```

## CERTIFICATE OF SERVICE

I hereby certify that the original and one copy of the above-mentioned documents were duly served via *hand delivery* to the following parties addressed as follows on ___NOV 2 2006___.

> CARRIE K.S. OKINAGA, ESQ.
> Corporation Counsel
> DEREK T. MAYESHIRO, ESQ.
> Deputy Corporation Counsel
> City and County of Honolulu
> 530 South King Street, Room 110
> Honolulu, Hawaii 96813
>
> Attorneys for Defendant
> CITY AND COUNTY OF HONOLULU

2

DATED: Honolulu, Hawai`i, NOV 2 2006

_____
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

DATED: Honolulu, Hawai`i, NOV 2 2006

_____
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs