CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:  (808) 523-4583
e-mail:  dmayeshiro@honolulu.gov

Attorneys for Defendant
  CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>          Defendant. | Civil No. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>[Re:  First Amended Notice of Taking Deposition Upon Written Interrogatories; Interrogatories (Re: Custodian of Records, Thomas A. Loudat, Ph.D.)] |

|  |  |
|---|---|
| and | ) |
|  | ) |
|  | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
|  | ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| vs | ) |
|  | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) ) |
|  | ) |
| Third-Party Defendants. | ) |

I:/Powell/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the First Amended Notice of Taking Deposition Upon Written Interrogatories; Interrogatories (Re: Custodian of Records, Thomas A. Loudat, Ph.D.) was duly served by the U.S. Mail, postage prepaid on the following individuals at their address listed below on November 16, 2006:

    IAN L. MATTOCH, ESQ.
    EMILY KAWASHIMA WATERS, ESQ.
    Suite 1835, Pacific Guardian Center
    737 Bishop Street
    Honolulu, Hawaii   96813
    Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, November 16, 2006.

                        CARRIE K.S. OKINAGA
                        Corporation Counsel


By /s/Derek T. Mayeshiro
    DEREK T. MAYESHIRO
    Deputy Corporation Counsel
    Attorney for Defendant
    CITY AND COUNTY OF HONOLULU