LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                898-0
EMILY KAWASHIMA WATERS        6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　　Defendant.<br><br>　and | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>RE:<br>1) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2"<br><br>(Deponent: Custodian of Records THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA)<br><br><br><br><br>TRIAL: April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document:

1) PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; EXHIBITS "1" – "2" (Deponent: Custodian of Records THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA)

was duly served via *hand delivery* to the following parties addressed as follows on NOV 2 0 2006.

        CARRIE K.S. OKINAGA, ESQ.
        Corporation Counsel
        DEREK T. MAYESHIRO, ESQ.
        Deputy Corporation Counsel
        City and County of Honolulu
        530 South King Street, Room 110
        Honolulu, Hawaii 96813

        Attorneys for Defendant
        CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i, __NOV 2 0 2006__

_/s/ Emily Waters_
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

3