AO 88 (Rev. 11/91) Subpoena in a CiviL

**ORIGINAL**

# United States District Court

_____DISTRICT OF HAWAII_____

THE ESTATE OF ERIC A. POWELL,
THROUGH PERSONAL REPRESENTATIVE
MARY K. POWELL; ET AL.,

V.

CITY AND COUNTY OF HONOLULU,

**SUBPOENA DUCES TECUM
IN A CIVIL CASE**

CASE NUMBER: **CV04 00428 LEK**

TO:  **Custodian of Records
Thomas A. Loudat, Ph.D.
46-281 Auna Street
Kaneohe, Hawaii  96744**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
**Any and all documents, records, correspondence, notes, electronic information and/or data, tables, calculations, reports, drafts of reports, invoices, and all other things that you reviewed and/or relied upon to form your opinions in this case and/or that are contained in your file for this case in your possession after February 22, 2006.**

| PLACE<br>**HONOLULU REPORTING SERVICES**<br>**1000 Bishop Street, Suite 401**<br>**Honolulu, Hawaii  96813     Ph:  524-6288** | DATE AND TIME<br>**November 27, 2006 at 10:00 a.m.** |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

  Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Defendant City and County of Honolulu | DATE<br><br>November 16, 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
  Derek T. Mayeshiro, Deputy Corporation Counsel
  530 S. King Street, Room 110   Honolulu, HI  96813     Ph:  523-4890

(See Rule 45. Federal Rules of Civil Procedure, Parts C & D on Reverse)

AO88  (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 11/17/06 | 46-291 Aqua St Kan. Hi Tc1qg |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Thomas A. Loudat PHD | Personal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Jerry Morikawa | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____11/17/06_____
                            DATE

_Jerry Morikawa_
SIGNATURE OF SERVER

95-1181 Makaikoa St. 14J
ADDRESS OF SERVER

Mililani, Hi. 96789