CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:  (808) 523-4583
e-mail:  Dmayeshiro@honolulu.gov

Attorneys for Defendant
  City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; REGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, REGINAE C. LAUGHLIN,<br><br>         Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>         Defendant. | Civil No. CV04 00428 DAE-LEK<br><br>CERTIFICATE OF SERVICE<br><br>[Re:  Notice of Taking Video-Conferenced Deposition Upon Oral Exam – Tom Ebro - 12/15/06 at 8:00 .a.m. (H.S.T.)] |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the **Notice of Taking Video-Conferenced Deposition Upon Oral Examination – Tom Ebro – December 15, 2006 at 8:00 am. (H.S.T.)** was hand delivered to the following individuals at their address listed below on December 6, 2006:

IAN L. MATTOCH, ESQ.
EMILY KAWASHIMA WATERS, ESQ.
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, December 6, 2006.

        CARRIE K.S. OKINAGA
        Corporation Counsel


       By /s/ Derek T. Mayeshiro
        DEREK T. MAYESHIRO
        Deputy Corporation Counsel
        Attorney for Defendant
        CITY AND COUNTY OF HONOLULU