CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawai`i  96813
Telephone:  (808) 523-4890
Facsimile:  (808) 523-4583
e-mail:  dmayeshiro@honolulu.gov

Attorneys for Defendant
  CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | Civil No. CV04 00428 LEK<br><br>STIPULATION TO EXTEND DEADLINE OF DEFENDANT CITY AND COUNTY OF HONOLULU'S EXPERTS' REPORTS, REBUTTAL TO PLAINTIFFS' EXPERTS' REPORTS AND DISPOSITIVE MOTIONS; ORDER<br><br>Trial:  April 3, 2007 |

Plaintiffs,

vs.

CITY AND COUNTY OF HONOLULU,

    Defendant.

and

CITY AND COUNTY OF HONOLULU,

    Third-Party Plaintiff,

vs

UNIVERSITY OF HAWAI`I, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES,

    Third-Party Defendants.

2

_____)
I:/Powell/

## STIPULATION TO EXTEND DEADLINE OF DEFENDANT CITY AND COUNTY OF HONOLULU'S EXPERTS' REPORTS, REBUTTAL TO PLAINTIFFS' EXPERTS' REPORTS AND DISPOSITIVE MOTIONS

IT IS HEREBY STIPULATED by and among counsel for all undersigned parties that pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rules 10.4 and 16.3 of the Local Rules of Practice for the United States District Court for the District of Hawai`i:

1)      That the deadline to submit Defendant City and County of Honolulu's experts' reports and rebuttal to Plaintiff's experts' report is continued from November 15, 2006 to December 6, 2006; and

2)      That the deadline for parties to file dispositive motions is continued from December 18, 2006 to December 29, 2006.

All appearing parties have signed this Stipulation.  This Stipulation may be executed in counterpart signature pages, each of which shall be an original, and all of which should be affixed to this Stipulation and shall constitute one and the same Stipulation.

DATED:  Honolulu, Hawai`i, December 6, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel


By/s/ Derek T. Mayeshiro
_____

3

DEREK T. MAYESHIRO
Deputy Corporation Counsel
Attorney for Defendant
CITY AND COUNTY OF HONOLULU

By/s/ Emily Kawashima Waters
    IAN L. MATTOCH
    EMILY KAWASHIMA WATERS
    Attorneys for Plaintiffs

APPROVED AND SO ORDERED:



  /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

---

The Estate of Erik A. Powell, Through Personal Representative Mary K. Powell, et al. v. City an d County of Honolulu; Civil No. CV04-0428 LEK; Stipulation to Extend Deadline of Defendant City and County of Honolulu's Experts' Reports, Rebuttal to Plaintiffs' Experts' Reports and Dispositive Motions; Order

4