**LAW OFFICES OF IAN L. MATTOCH**

IAN L. MATTOCH                 898-0
EMILY KAWASHIMA WATERS         6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant.<br><br>and | CIVIL NO. CV04-00428 LEK<br><br>ERRATA TO AMENDMENT TO PLAINTIFFS' EXPERT THOMAS EBRO'S PRELIMINARY REPORT DATED NOVEMBER 20, 2006; EXHIBIT "1"; CERTIFICATE OF SERVICE<br><br>**TRIAL:** April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) |

### ERRATA TO AMENDMENT TO PLAINTIFFS' EXPERT THOMAS EBRO'S PRELIMINARY REPORT DATED NOVEMBER 20, 2006

Plaintiffs above-named, by the through their attorneys, The Law Offices of Ian L. Mattoch, files this Errata to the Amendment to Plaintiffs' Expert Thomas Ebro's Preliminary Report Dated November 20, 2006, and respectfully request that the attached Exhibit "1" (face page for submission of CD and DVDs) be incorporated in the Amendment to Plaintiffs' Expert Thomas Ebro's Preliminary Report Dated November 20, 2006, to reflect that **2 CDs** of Plaintiffs' Expert Thomas Ebro's Color Photos to Expert Report and Amended Preliminary Expert Report and **1 DVD** of Plaintiffs' Expert Thomas Ebro's Inspection of Accident Scene, April 27, 2006 shall be provided instead of 3 sets as mistakenly indicated.

DATED: Honolulu, Hawai`i, _____DEC - 7 2006_____.

_/s/ Emily Waters_
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

2 CDs OF PLAINTIFFS' EXPERT THOMAS EBRO'S

COLOR PHOTOS TO EXPERT REPORT AND

AMENDED PRELIMINARY EXPERT REPORT

**SUBMITTED TO THE CLERK'S OFFICE**

**FOR FILING**



EXHIBIT "1"

1 DVD OF PLAINTIFFS' EXPERT THOMAS EBRO'S

INSPECTION OF ACCIDENT SCENE, APRIL 27, 2006

**SUBMITTED TO THE CLERK'S OFFICE**

**FOR FILING**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, ) <br> THROUGH PERSONAL ) <br> REPRESENTATIVE MARY K. ) <br> POWELL; THE ESTATE OF JAMES ) <br> D. LAUGHLIN, THROUGH ) <br> PERSONAL REPRESENTATIVE ) <br> RAGINAE C. LAUGHLIN; MARY K. ) <br> POWELL, INDIVIDUALLY; ) <br> RAGINAE C. LAUGHLIN, ) <br> INDIVIDUALLY; CHLOE ) <br> LAUGHLIN, A MINOR, THROUGH ) <br> HER NEXT FRIEND, RAGINAE C. ) <br> LAUGHLIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU, ) <br> ) <br> Defendant. ) <br> ) <br> and ) <br> ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) | CIVIL NO. CV04-00428 LEK <br><br> CERTIFICATE OF SERVICE <br><br><br> **TRIAL**:   April 3, 2007 |

| | |
|---|---|
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF and U.S. Mail:

DATE:

Derek T. Mayeshiro, Esq.    dmayeshiro@honolulu.gov    December 7, 2006

Attorney for Defendant CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i,    DEC - 7 2006    .

_____
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs