LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH 898-0
EMILY KAWASHIMA WATERS 6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU, <br><br> Defendant. <br><br> and | CIVIL NO. CV04-00428 LEK <br><br> CERTIFICATE OF SERVICE <br><br> RE: <br> 1) Plaintiff Mary K. Powell, Individually and as Personal Representative of The Estate of Erik A. Powell's Second Supplemental Response to Defendant City and County of Honolulu's First Request for Answers to Interrogatories; <br><br> 2) Plaintiff Mary K. Powell, Individually and as Personal Representative of The Estate of Erik A. Powell's Second Supplemental Response to Defendant City and County of Honolulu's First Request for Production of Documents |

```
CITY AND COUNTY OF              )
HONOLULU,                       )
                                )
                                )
         Third-Party Plaintiff, )
                                )
   vs.                          )
                                )
UNIVERSITY OF HAWAII, a body    )
corporate; JOHN DOES 1-10, JANE )
DOES 1-10, DOE CORPORATIONS     )
and DOE ENTITIES,               )
                                )
         Third-Party            )
         Defendants.            )
                                )
```

## CERTIFICATE OF SERVICE

I hereby certify that a copy of:

1) Plaintiff Mary K. Powell, Individually and as Personal Representative of The Estate of Erik A. Powell's Second Supplemental Response to Defendant City and County of Honolulu's First Request for Answers to Interrogatories (*Original + 1*);

2) Plaintiff Mary K. Powell, Individually and as Personal Representative of The Estate of Erik A. Powell's Second Supplemental Response to Defendant City and County of Honolulu's First Request for Production of Documents (*Original*).

were duly served via hand delivery to the following parties addressed as follows on    DEC 1 4 2006    .

CARRIE K.S. OKINAGA, ESQ.
Corporation Counsel
DEREK T. MAYESHIRO, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i, _____DEC 1 4 2006_____

_____
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs