LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH 898-0
EMILY KAWASHIMA WATERS 6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　Defendant. | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>RE:<br>1) Plaintiff Raginae C. Laughlin, Individually and as Personal Representative of The Estate of James D. Laughlin's Second Supplemental Response to Defendant City and County of Honolulu's First Request for Answers to Interrogatories;<br><br>2) Plaintiff Raginae C. Laughlin, Individually and as Personal Representative of The Estate of James D. Laughlin's Second Supplemental Response to Defendant City and County of Honolulu's First Request for Production of Documents |

|                                            |   |
|--------------------------------------------|---|
| and                                        | ) |
| CITY AND COUNTY OF HONOLULU,               | ) |
|           Third-Party Plaintiff,           | ) |
|     vs.                                    | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) |
|           Third-Party Defendants.          | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of:

1) Plaintiff Raginae C. Laughlin, Individually and as Personal Representative of The Estate of James D. Laughlin's Second Supplemental Response to Defendant City and County of Honolulu's First Request for Answers to Interrogatories (*Original + 1*);

2) Plaintiff Raginae C. Laughlin, Individually and as Personal Representative of The Estate of James D. Laughlin's Second Supplemental Response to Defendant City and County of Honolulu's First Request for Production of Documents (*Original*).

were duly served via *hand delivery* to the following parties addressed as follows on     DEC 1 4 2006    .

CARRIE K.S. OKINAGA, ESQ.
Corporation Counsel
DEREK T. MAYESHIRO, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i,  DEC 1 4 2006


_____
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs