LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                  898-0
EMILY KAWASHIMA WATERS   6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　　　Defendant.<br>_____ | CIVIL NO. CV04-00428 LEK<br><br>STIPULATION TO EXTEND DEADLINE OF PLAINTIFFS' EXPERT THOMAS LOUDAT, PH.D.'S REPLY TO DEFENDANT CITY AND COUNTY OF HONOLULU'S EXPERT'S REPORT and ORDER<br><br>TRIAL: April 3, 2007 |

STIPULATION TO EXTEND DEADLINE OF PLAINTIFFS'
EXPERT THOMAS LOUDAT, PH.D.'S REPLY TO DEFENDANT
<u>CITY AND COUNTY OF HONOLULU'S EXPERT'S REPORT</u>

IT IS HEREBY STIPULATED by and among counsel for all undersigned parties that pursuant to Rule 16 of the Federal Rules of Civil of Procedure, and Local Rules 10.4 and 16.3 of the Local Rules of Practice for the United States District Court for the District of Hawai`i:

(1) that the deadline to submit Plaintiffs' Expert Thomas Loudat, Ph.D.'s Reply to Defendant City and County of Honolulu's experts' reports is continued from January 5, 2007 to January 12, 2007.

All appearing parties have signed this Stipulation. This Stipulation may be executed in counterpart signature pages, each of which shall be an original, and all of which should be affixed to this Stipulation and shall constitute one and the same Stipulation.

DATED:  Honolulu, Hawai`i, _____.

<u>/s/ Emily Kawashima Waters</u>
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

<u>/s/ Derek T. Mayeshiro</u>
CARRIE K.S. OKINAGA
DEREK T. MAYESHIRO
Attorneys for Defendant
CITY AND COUNTY OF
 HONOLULU

APPROVED AND SO ORDERED:



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

========================================================
The Estate of Erik A. Powell, Through Personal Representative Mary K. Powell, et al. v. City and County of Honolulu, Civil No. CV04-00428 LEK; STIPULATION TO EXTEND DEADLINE OF PLAINTIFFS' EXPERT THOMAS LOUDAT, PH.D.'S REPLY TO DEFENDANT CITY AND COUNTY OF HONOLULU'S EXPERT'S REPORT and ORDER