

ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4890
Facsimile: (808) 523-4583
e-mail: dmayeshiro@honolulu.gov

Attorneys for Defendant
 CITY AND COUNTY OF HONOLULU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 29 2006

at 3 o'clock and 01 min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF | Civil No. CV04 00428 LEK<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br>Trial: April 3, 2007 |

```
HONOLULU,                          )
                                   )
           Defendant.              )
                                   )
and                                )
                                   )
CITY AND COUNTY OF                 )
HONOLULU,                          )
                                   )
           Third-Party Plaintiff,  )
                                   )
vs                                 )
                                   )
UNIVERSITY OF HAWAII, a body       )
corporate; JOHN DOES 1-10, JANE    )
DOES 1-10, DOE                     )
CORPORATIONS and DOE               )
ENTITIES,                          )
                                   )
           Third-Party Defendants. )
                                   )
```

### DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, City and County of Honolulu, by and though its attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Derek T. Mayeshiro, Deputy Corporation Counsel, moves this Honorable Court for an Order granting its partial summary judgment for all the claims alleged in Plaintiffs' Complaint filed July 16, 2004.

This Motion is made pursuant to Rules 7 and 56 of the *Federal Rules of Civil Procedure*, LR 7.1, *Local Rules of Practice for the United States*

*District Court for the District of Hawai'i*, and is based upon the accompanying memorandum in support of motion, the Declaration of Derek T. Mayeshiro and Exhibits "A-D, F,G" Declaration of Ralph Goto and Exhibit "E", the Declaration of Alan Hong, attached to Defendant City and County of Honolulu's Separate and Concise Statement of Facts in Support of Motion for Partial Summary Judgment, and the records and files herein.

DATED: Honolulu, Hawaii, December 29, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By: _____
DEREK T. MAYESHIRO
Deputy Corporation Counsel
Attorney for Defendant
CITY AND COUNTY OF HONOLULU