# SUBJECT INDEX

Pages

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

STATUTES AND RULES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

I.   INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II.  STATEMENT OF UNDISPUTED FACTS . . . . . . . . . . . . . . . . . . 4

III. RELIEF REQUESTED . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

IV.  APPLICABLE LEGAL STANDARD . . . . . . . . . . . . . . . . . . . . 6

V.   DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

   A.   There is No Evidence that the City Caused the Death
        of Decedent Erik Powell. . . . . . . . . . . . . . . . . . . . . . . . . . 8

   B.   The City's Warning Signs Are Presumed to be Legally
        Adequate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

   C.   The City Lifeguards Are Not Liable for the Accidental
        Deaths of Erik Powell and James Laughlin. . . . . . . . . . . . 17

   D.   No City Employee or Agent Acted Grossly Negligent
        by Directing the Decedents to Swim at Witches Brew . . . . . 21

   E.   Plaintiffs Are Barred from an Award of Punitive Damages. . 24

VI.  CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

## TABLE OF AUTHORITIES

Pages

Celotex Corp. v. Catrett, 477 U.S. 317, 322-23, 106 S. Ct. 2548, . . . . 7
2552-53, 91 L.Ed.2d 265 (1986)

Holland v. O'Bryant, 964 F.Supp. 4, 6 (D.D.C. 1997) . . . . . . . . . . . . . .7, 21

Iddings v. Mee-Lee, 82 Hawai'i 1, 23, 919 P.2d 263, 285 (1996) . . . . .18

Lansdell v. County of Kauai, 110 Haw. 189, 201, 130 P.3d 1054,
1066 (2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13, 14

Lauer vs. YMCA of Honolulu, 57 Haw. 390, 557 P.2d 1334 (1976) . . . 25

McKenna vs. Volkswagenwerk, 57 Haw. 460, 558 P.2d 1018 (1977) . . 10

Mitchell vs. Branch & Hardy, 45 Haw. 128, 363 P.2d 969 (1961) . . . . . 10

Silberkraus vs. The Seeley Company, 336 F.3d 864, 871
(9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . . . . . . 21

## STATUTES AND RULES

<u>Pages</u>

### FEDERAL RULES

**Federal Rules of Civil Procedure**

Rule 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Rule 56(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6, 7

Rule 56(e). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**Federal Rules of Evidence**

Rule 702. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

### HAWAII STATUTES

1996 Haw. Sess. L. Act 190, at 434-37 . . . . . . . . . . . . . . . . . . . . . . . 12

1996 Haw. Sess. L. Act 190, § 2(a), (b), and (f) at 435. . . . . . . . . . . 13

1999 Haw. Sess. L. Act 101, § 2 at 370 . . . . . . . . . . . . . . . . . . . . . . . 12

Act 170 of the 2002 Regular Session . . . . . . . . . . . . . . . . . . . . . . . . 17

2002 Haw. Sess. L. Act 170, § 2 at 610 . . . . . . . . . . . . . . . . . . . . . .12

2002 Haw. Sess. L. Act 170, § Section 1(b) . . . . . . . . . . . . . . . . . . 18