IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant.<br><br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Third-Party Plaintiff,<br><br>vs<br><br>UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE | Civil No. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE |

```
CORPORATIONS and DOE      )
ENTITIES,                 )
                          )
                          )
        Third-Party Defendants. )
                          )
_____  )
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was hand delivered to the following individuals at their address listed below on December 29, 2006:

IAN L. MATTOCH, ESQ.
EMILY KAWASHIMA WATERS, ESQ.
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii   96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, December 29, 2006.

                                        CARRIE K.S. OKINAGA
                                        Corporation Counsel


By _____
    DEREK T. MAYESHIRO
    Deputy Corporation Counsel
    Attorney for Defendant
    CITY AND COUNTY OF HONOLULU