**ORIGINAL**

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4890
Facsimile: (808) 523-4583
e-mail: dmayeshiro@honolulu.gov

Attorneys for Defendant
 CITY AND COUNTY OF HONOLULU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 9 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br>                    Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU, | Civil No. CV04 00428 LEK <br><br> DEFENDANT CITY AND COUNTY OF HONOLULU'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF DEREK T. MAYESHIRO; EXHIBITS "A-D, F, G"; DECLARATION OF RALPH GOTO; EXHIBIT "E"; DECLARATION OF ALAN HONG; CERTIFICATE OF SERVICE <br><br> Trial: April 3, 2007 |

|  |  |
|---|---|
| Defendant. | ) |
| and | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
| Third-Party Plaintiff, | ) |
| vs | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) |
| Third-Party Defendants. | ) |

DEFENDANT CITY AND COUNTY OF HONOLULU'S
SEPARATE AND CONCISE STATEMENT OF FACTS
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56.1 of the *Local Rules of Practice for the United States District Court for the District of Hawaii*, Defendant CITY AND COUNTY OF HONOLULU (hereinafter as "City") hereby respectfully submits its concise statement of facts in support of its Motion for Summary Judgment:

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. Hanauma Bay Nature Preserve is a beach park and Witches Brew is an area of ocean water adjacent to Hanauma Bay. | *See* Declaration of Ralph Goto at Par. 4 |

| | |
|---|---|
| 2. At the time this incident occurred, warning signs specifying strong current were posted at Hanauma Bay pursuant to Act 190. | *See* Declaration of Ralph Goto at Par. 5 |
| 3. At the time of the incident, the design and placement of the Act 190 signs at Hanauma Bay were approved by the chairperson of the board of land and natural resources. | *See* Declaration of Ralph Goto at Par. 6 |
| 4. At the time of the incident, the Act 190 signs at Hanauma Bay were not vandalized, removed, or illegible. | *See* Declaration of Ralph Goto at Par. 7 |
| 5. No one witnessed what happened to the decedents after they swam past the coral reef and before a lifeguard saw one of the decedents coming around Witches Brew Point. | *See* Exhibit "F", Pg. 93, Line 19 – Pg. 94, Line 10; Exhibit "G", Pg. 47, Lines 14-17; Declaration of Ralph Goto at Par. 11 |
| 6. Plaintiffs' experts believe that strong currents led the decedents to the Witches Brew area. | *See* Exhibit "G", Pg. 49, Lines 20-25 and Pg. 50, Lines 8-10. |
| 7. With respect to their claims of improper water rescue services, Plaintiffs have not plead gross negligence or wanton conduct. | *See* Exhibit "A" at Par. 15 |
| 8. Plaintiffs' water safety expert has no information that City lifeguards were grossly negligent for not seeing the decedents swim toward Witches Brew. | *See* Exhibit "G", Pg. 40, Lines 5-15 |
| 9. The alleged Hanauma Bay visitor center employee referenced in Count II of the Complaint is not a City employee or agent. | *See* Declaration of Alan Hong at Par 5. |
| 10. Even if the alleged visitor center employee was a City employee, she did not "direct the decedents to swim at the southern edge of the bay" as alleged in Par. 20 of the Complaint. | *See* Exhibit "F", Pg. 40, Lines 3-23 and Pg. 56, Line 22 – Pg. 57, Line 19. |

DATED: Honolulu, Hawaii, December 29, 2006.

        CARRIE K.S. OKINAGA
        Corporation Counsel

    By: /s/ Derek T. Mayeshiro
        DEREK T. MAYESHIRO
        Deputy Corporation Counsel
        Attorney for Defendant
        CITY AND COUNTY OF HONOLULU