IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; REGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, REGINAE C. LAUGHLIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04 00428 LEK<br><br>DECLARATION OF DEREK T. MAYESHIRO |
|        Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) ) | |
|        Defendant. | ) ) | |
| and | ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) ) | |
|        Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE | ) ) ) | |

CORPORATIONS and DOE          )
ENTITIES,                     )
                             )
        Third-Party Defendants. )
_____ )

## DECLARATION OF DEREK T. MAYESHIRO

I, DEREK T. MAYESHIRO, do hereby declare as follows:

1.      I am an attorney licensed to practice law in all of the courts of the State of Hawaii, the United States District Court for the District of Hawaii, and the United States Court of Appeals for the Ninth Circuit.  I am a member in good standing of all of the aforementioned courts.

2.      I am a deputy corporation counsel for the City and County of Honolulu (hereinafter referred to as the "City") and one of the attorneys representing Defendant City and County of Honolulu in this action.

3.      I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

4.      Attached hereto as Exhibit "A" is a certified copy of the Complaint filed in this matter.

5.      Attached as Exhibit "B" is true and correct copy of deposition excerpts of Clarence Moses.

2

6.    Attached as Exhibit "C" is true and correct copy of deposition excerpts of Daniel Neves.

7.    Attached as Exhibit "D" is true and correct copy of deposition excerpts of Billy Goodwin.

8.    Attached as Exhibit "F" is true and correct copy of deposition excerpts of Plaintiff Mary Powell.

9.    Attached as Exhibit "G" is true and correct copy of deposition excerpts of Thomas Ebro.

I, DEREK T. MAYESHIRO, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  Honolulu, Hawaii, December 29, 2006.

Derek T. Mayeshiro