Estate of Powell v. CCH
Case 1:04-cv-00428-LEK    Document 119-5    Multi-Page    Filed 12/29/2006    Page 1 of 2
Daniel Neves
March 24, 2006

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

THE ESTATE OF ERIK A. POWELL,        ) Civil No.
THROUGH PERSONAL REPRESENTATIVE      ) CV04-00428LEK
MARY K. POWELL; THE ESTATE OF        )
JAMES D. LAUGHLIN, THROUGH PERSONAL  )
REPRESENTATIVE RAGINAE C. LAUGHLIN;  )
MARY K. POWELL, INDIVIDUALLY;        )
RAGINAE C. LAUGHLIN, INDIVIDUALLY;   )
CHLOE LAUGHLIN, A MINOR, THROUGH     )
HER NEXT FRIEND, RAGINAE C.          )
LAUGHLIN,                            )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            )
                                     )
CITY AND COUNTY OF HONOLULU,         )
                                     )
            Defendant,               )
                                     )
      and                            )
                                     )
CITY AND COUNTY OF HONOLULU,         )
                                     )
            Third-Party Plaintiff,   )
                                     )
      vs.                            )
                                     )
UNIVERSITY OF HAWAII, a body         )
corporate; JOHN DOES 1-10, JANE      )
DOES 1-10; DOE CORPORATIONS and      )
DOE ENTITIES,                        )
                                     )
            Third-Party Defendants.  )
_____)

DEPOSITION OF DANIEL NEVES
Taken on behalf of Plaintiffs at the Law Offices
of Ian L. Mattoch, 737 Bishop Street, Suite 1835,
Honolulu Hawaii, commencing at 2:00 p.m. on March
24, 2006, pursuant to Notice.

Before:   WILLIAM T. BARTON, RPR, CSR NO. 391

**EXHIBIT C**

Page 58

1  Q. The victim was vomiting?
2  A. Yeah. Because I gave him CPR. I was
3 blowing air in his stomach. And he just ate right
4 before he went out. He had to have. Because it
5 was just -- grotesque. It was obstruction
6 everywhere. It was like I was changing the
7 position of his head. Kept on doing a mouth
8 sweep. It was just really nasty. It was nasty.
9      I -- I -- we kept on going, kept on
10 going. It seemed like forever before anybody got
11 down there to help us.
12  Q. You were doing the mouth-to-mouth or the
13 chest compressions or both?
14  A. We got him on the ledge. I was doing --
15 I was holding the head, and I was also doing
16 the -- airway. Pumping air into him.
17  Q. And so it seemed like forever until
18 somebody came.
19     Then who did come on to the scene?
20  A. Ron Bregman.
21  Q. And then what?
22  A. He was just like, Are you okay? I'm
23 just looking at him going, No, I'm not. No, I'm
24 okay. We're getting air in him.
25  Q. Who was doing CPR at that point?

Page 59

1  A. Me and Clarence Moses. He was doing
2 compressions, and I was doing the airway.
3     And I was getting air into him
4 sometimes, and sometimes I couldn't, because it
5 was so, so much vomit.
6     He was like we had to keep on flipping
7 him over and V-VAC'ing him out, doing finger
8 sweep.
9  Q. What is "V-VAC"?
10  A. A little suction thing we have that just
11 vacuums the vomit out of his airway.
12     And it's like the more air we pushed in
13 him and the more compressions he did, the more
14 vomit. He was just -- you know.
15  Q. Okay. So then Bregman got on to the
16 scene. And then what happened?
17  A. I'm not -- he asked if he -- he goes,
18 Let me do it, let me take over, because he knew I
19 was tired. I don't know how long I was doing it,
20 I don't know how long my epinephrine was going. I
21 was just exhausted at the time.
22     He took over, I guess. That I remember.
23 He took over. And -- and/or fire -- fire didn't
24 arrive yet.
25     No, I had to have been doing CPR,

Page 60

1 because Ron Bregman jumped in the back of Witches
2 Brew to look for a possible, another suspect,
3 because we kept on talking to each other, why
4 would he be alone.
5  Q. The lifeguards were talking to each
6 other?
7  A. Me, Clarence and Ron, we were talking
8 with each other while we were doing CPR, and we
9 were just like, Wait, this is not likely for him
10 to be by himself here. And sure enough, he jumped
11 in the back, but he didn't see anyone.
12  Q. Jumped in the back where?
13  A. Of Witches Brew, to where the second man
14 was, but we didn't see him.
15  Q. And the body was still on the ledge at
16 this point, the first victim?
17  A. Correct. While we were doing CPR. Then
18 the fire department came, and I left right when
19 the fire -- because I was just, you know -- and
20 I -- I walked back.
21  Q. Did the fire department take over at
22 that point?
23  A. Everything was just like this, so much.
24  Q. You mean so fast?
25  A. Yeah, it was just so fast. Most of the

Page 61

1 times, they just pushed, bullied their way in and
2 take over, anyway. I'm sure it was gross for me,
3 and I was like, you know what, I'm over this.
4 Take over.
5     And they just pushed away anyway, and I
6 walked off. And walked back around. Everybody
7 was clapping. Standing ovation for me. La, la,
8 la, whatever.
9  Q. You mean the people on the beach?
10  A. Yeah. And then all of a sudden, this
11 lady comes up and again, the same lady that
12 approached me.
13  Q. Was it the same?
14  A. Yes. And I explained to her what the
15 gentleman looked like that we just helped.
16  Q. What did she say to you?
17  A. I think she just was in disbelief of --
18 the description that I gave her, because she
19 didn't -- the description that I gave her did not
20 follow on either her husband or her brother, and I
21 didn't know -- I didn't know if they were
22 relatives at the time.
23  Q. You later learned that was Katie Powell
24 you were speaking with?
25  A. Correct. Whoever I wrote the name down