

**EXHIBIT E**







