IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; REGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, REGINAE C. LAUGHLIN,<br><br>       Plaintiffs,<br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>       Defendant.<br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>       Third-Party Plaintiff,<br>vs<br><br>UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES,<br><br>       Third-Party Defendants. | Civil No. CV04 00428 LEK<br><br>DECLARATION OF ALAN HONG |

## DECLARATION OF ALAN HONG

I, ALAN HONG, do declare and say the following:

1. I am employed by the City and County of Honolulu ("City") as the manager of the Hanauma Bay Nature Preserve.

2. I have been the manager of the Hanauma Bay Nature Preserve for 16 years.

3. I make the following representations based upon personal knowledge unless otherwise indicated.

4. I have reviewed the Complaint in this case.

5. The person referenced in Paragraphs 11 and 20 of the Complaint is not a City and County of Honolulu employee.

6. At the time of this incident, the University of Hawaii was under contract to provide for and staff volunteers at the Hanauma Bay visitor center.

7. I have reviewed and I am familiar with the terms of the contract as it was in effect in July 2002.

8. At the time of this incident, the University of Hawaii did provide for and staff volunteers for the Hanauma Bay visitor center.

9.   The person referenced in Paragraphs 11 and 20 of the Complaint is a University of Hawaii volunteer that staffed the Hanauma Bay visitor center pursuant to the City's contract with the University of Hawaii.

I declare under penalty of perjury that the above statements are true and accurate to the best of my knowledge and belief.

Dated: Honolulu, Hawaii, December 29, 2006.

*/s/ Alan Hong*
Alan Hong