**LAW OFFICES OF IAN L. MATTOCH**

IAN L. MATTOCH            898-0
DANIEL P. KIRLEY          6205-0
EMILY KAWASHIMA WATERS     6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 523-2451


Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00428 LEK<br><br>SECOND STIPULATION TO EXTEND DEADLINE TO DISCLOSE ALL PLAINTIFFS' EXPERTS' REBUTTAL REPORTS; ORDER<br><br><br><br>**TRIAL**:   April 3, 2007 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) ) | |
| Defendant. | ) ) ) | |

```
and                              )
                                 )
CITY AND COUNTY OF               )
HONOLULU,                        )
                                 )
              Third-Party Plaintiff, )
                                 )
     vs.                         )
                                 )
UNIVERSITY OF HAWAI`I, a body    )
corporate; JOHN DOES 1-10, JANE  )
DOES 1-10, DOE CORPORATIONS      )
and DOE ENTITIES,                )
                                 )
              Third-Party        )
              Defendants.        )
_____ )
```

## SECOND STIPULATION TO EXTEND DEADLINE TO DISCLOSE ALL PLAINTIFFS' EXPERTS' REBUTTAL REPORTS

IT IS HEREBY STIPULATED by and among counsel for all undersigned parties that pursuant to Rule 16 of the Federal Rules of Civil of Procedure, and Local Rules 10.4 and 16.3 of the Local Rules of Practice for the United States District Court for the District of Hawai`i:

(1)  that the deadline to submit all Plaintiffs' experts' rebuttal reports is continued from January 5, 2007 to January 12, 2007.

All appearing parties have signed this Stipulation.  This Stipulation may be executed in counterpart signature pages, each of which shall be an original, and all of which should be affixed to this Stipulation and shall constitute one and the same Stipulation.

DATED:  Honolulu, Hawai`i, January 5, 2007.


/s/ Emily Kawashima Waters
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs


/s/ Derek T. Mayeshiro
CARRIE K.S. OKINAGA
DEREK T. MAYESHIRO
Attorneys for Defendant
CITY AND COUNTY OF
HONOLULU




APPROVED AND SO ORDERED:



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge




========================================================
The Estate of Erik A. Powell, Through Personal Representative Mary K. Powell, et al. v.
City and County of Honolulu, Civil No. CV04-00428 LEK; SECOND STIPULATION
TO EXTEND DEADLINE TO DISCLOSE ALL PLAINTIFFS' EXPERTS' REBUTTAL
REPORTS; ORDER