REBUTTAL REPORT OF
PLAINTIFFS' EXPERT RICHARD GILL, PH.D.

EXHIBIT "1"