REBUTTAL REPORT OF
PLAINTIFFS' EXPERT THOMAS C. EBRO

EXHIBIT "2"