REBUTTAL REPORT OF
PLAINTIFFS' EXPERT THOMAS A. LOUDAT, PH.D.

EXHIBIT "3"