## LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                    898-0
EMILY KAWASHIMA WATERS      6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br>          Plaintiffs, <br><br>  vs. <br><br>CITY AND COUNTY OF HONOLULU, <br><br>          Defendant. | CIVIL NO. CV04-00428 LEK <br><br>CERTIFICATE OF SERVICE RE: SUBMISSION OF PLAINTIFFS' EXPERTS' REBUTTALS TO DEFENDANT'S EXPERT REPORTS; EXHIBITS "1" – "3" <br><br><br>**TRIAL**:   April 3, 2007 |

| | |
|---|---|
| and | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) ) |
| _____ | ) |

CERTIFICATE OF SERVICE RE:
PLAINTIFFS' SUBMISSION OF EXPERTS' REBUTTALS
TO DEFENDANT'S EXPERT REPORTS

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of PLAINTIFFS' SUBMISSION OF EXPERTS' REBUTTALS TO DEFENDANT'S EXPERT REPORTS; EXHIBITS "1" – "3" was served on the following at his last known address:

Served Electronically through CM/ECF and Hand Delivery:

DATE:

Derek T. Mayeshiro, Esq.     dmayeshiro@honolulu.gov     January 12, 2007

Attorney for Defendant CITY AND COUNTY OF HONOLULU

-3-

DATED:  Honolulu, Hawai`i, January 12, 2007.

          _/s/ Emily Kawashima Waters_____
          IAN L. MATTOCH
          EMILY KAWASHIMA WATERS
          Attorneys for Plaintiffs