## LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH 898-0
EMILY KAWASHIMA WATERS 6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br>        Plaintiffs, <br><br>  vs. <br><br>CITY AND COUNTY OF HONOLULU, <br><br>        Defendant. | CIVIL NO. CV04-00428 LEK <br><br> SUBMISSION OF PLAINTIFFS' EXPERT THOMAS C. EBRO'S SUPPLEMENTAL REBUTTAL TO DEFENDANT'S EXPERT REPORTS <br><br> **TRIAL**: April 3, 2007 |

|  |  |
|---|---|
| and | ) |
|  | ) |
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
|  | ) |
| Third-Party Defendants. | ) ) |
| _____ | ) |

## SUBMISSION OF PLAINTIFFS' EXPERT THOMAS C. EBRO'S SUPPLEMENTAL REBUTTAL TO DEFENDANT'S EXPERT REPORTS

Plaintiffs above-named, by and through their attorneys, the Law Offices of Ian L. Mattoch, hereby submit Plaintiffs' Expert Thomas C. Ebro's Supplemental Rebuttal to Defendant City and County of Honolulu's experts' reports.

DATED:  Honolulu, Hawai`i, January 16, 2007.

 _/s/ Emily Kawashima Waters_____
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs