```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF HAWAII
                            ---:---
```

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant,<br><br>  and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Third-Party Plaintiff,<br><br>  vs.<br><br>UNIVERSITY OF HAWAII, a body Corporate; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS and DOE ENTITIES,<br><br>        Third-Party Defendants. | Civil No.<br>CV04-00428 LEK<br><br>COPY |

**EXHIBIT "3"**

DEPOSITION OF RONALD BREGMAN

Taken on behalf of Plaintiffs at the Law Offices of Ian L. Mattoch, 737 Bishop Street, Suite 1835, Honolulu Hawaii, commencing at 1:00 p.m. on March 6, 2006, pursuant to Notice.

Before:  WILLIAM T. BARTON, RPR, CSR NO. 391
         Notary Public, State of Hawaii

CARNAZZO COURT REPORTING COMPANY, LTD.  (808) 532-0222

