1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>  Defendant,<br><br>  and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>  Third-Party Plaintiff,<br><br>  vs.<br><br>UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS and DOE ENTITIES,<br><br>  Third-Party Defendants. | Civil No. CV04-00428LEK |

DEPOSITION OF DANIEL NEVES
Taken on behalf of Plaintiffs at the Law Offices of Ian L. Mattoch, 737 Bishop Street, Suite 1835, Honolulu Hawaii, commencing at 2:00 p.m. on March 24, 2006, pursuant to Notice.

Before:   WILLIAM T. BARTON, RPR, CSR NO. 391

**EXHIBIT "10"**

**POWERS & ASSOCIATES (808)536-2001**

