# Transcript of the Testimony of
# RONALD BREGMAN

**Date:** March 6, 2006
**Case No.:** CV04-00428
**Case:** POWELL v. CITY & COUNTY OF HONOLULU

Carnazzo Court Reporting Company, Ltd.
Phone: (808)532-0222
Fax: (808)532-0234
Internet: www.carnazzo.com

EXHIBIT "11"

Page 69

1  point. I just remember having to swim this way
2  (indicating) a distance, and going out this way. The ski
3  actually went past me, and I could see them.
4     Q. Do you have enough of a recollection to put a red
5  mark where you saw the body?
6     A. Approximate?
7     Q. You can do like a circle in sort of the area.
8     A. Sure. I could do that (indicating).
9     Q. This is in the Witches Brew area?
10    A. Yes.
11    Q. When you saw the body in the water, what position
12 was in the body in?
13    A. By the time I got to the body, it was partially
14 on to the sled.
15    Q. The "sled," meaning the back of the jet ski?
16    A. The back of the jet ski. The sled hooks on the
17 back of the jet ski.
18    Q. You didn't see the body floating --
19    A. No. No, I didn't.
20    Q. Did you assist with getting the body on to the
21 sled?
22    A. Yes. Yes, I did.
23    Q. Backing up to the first rescue, was the jet ski
24 sent out, as well?
25    A. No.

Page 70

1     Q. So it was just the second one?
2     A. Yes.
3     Q. So once the body was put on to the jet ski, then
4  what do you recall?
5     A. We just brought the body into the beach. And as
6  soon as we reached the beach, there were other lifeguards
7  who started CPR.
8     Q. Do you remember who they were?
9     A. I just remember Shawn Chun. And I think Neves.
10 I'm not sure who else.
11    Q. And what were you doing at that point?
12    A. At that point, I was making sure that the second
13 ambulance was on the way. And that they had been notified.
14 And there was a -- I remember there was a big crowd, and I
15 was trying to assist with trying to keep people back, so
16 that we could try to resuscitate.
17       And I remember there was a lady, and she was
18 pretty distraught. And I know there was a park attendant
19 trying to help. But she was having a hard time.
20    Q. Have you come to learn that this is Katie Powell?
21    A. Yes. And then I remember she was -- at one
22 point, she got real despondent, almost like she was going
23 into shock. And so I remember asking, when the paramedics
24 came, I remember asking that they should look at her and
25 maybe she should go with them, because she might need

Page 71

1  medical attention also. And I don't remember too much more
2  than that.
3     Q. Did you speak with her about the events leading
4  to her husband and brother leaving to swim?
5     A. I never spoke to her. Never.
6     Q. You just observed her?
7     A. Yes.
8     Q. What procedures, or what did you do after the
9  paperwork and that type of --
10    A. After? I remember just going through the
11 checking equipment again and trying to do the paperwork for
12 the second case, complete it.
13       And there was media in the area. And a Fire
14 Department spokesman came down and wanted to know, because
15 they had responded also. And they were going to make some
16 media statements and wanted to get briefed.
17       The chief was there. And he listened to what I
18 said, the fire spokesman. It was Richard Soo at the time.
19 And he told me to go home, something like take the rest of
20 the day off.
21    Q. Richard Soo told you that?
22    A. No, no. The chief. Chief Howe.
23    Q. I would imagine drownings are traumatic for
24 lifeguards as well, right?
25    A. Pretty traumatic, yeah. Any time, it's

Page 72

1  traumatic.
2     Q. Do you recall the number of people who were at
3  Hanauma Bay that day? Whether it was a crowded day?
4     A. All I can remember is it being an average day.
5     Q. And "average" meaning about how many people, if
6  you know?
7        MR. MAYESHIRO: Calls for speculation.
8     A. When I was working there, an average day is 1,500
9  to 2,000 people.
10    Q. Do you know whether, since that time, July 2002,
11 there's been any change in the number of lifeguards who man
12 Hanauma Bay?
13    A. Yes. There has been a change.
14    Q. And what is that change?
15    A. There's six lifeguards stationed.
16    Q. And where are they stationed?
17    A. Three at 3 Alpha and three at 3 Bravo.
18    Q. Do you know when that changed?
19    A. I don't recall.
20    Q. Do you know whether -- is a jet ski still sort
21 of roaming?
22    A. Mobile, yes.
23    Q. Do you recall when you went, on either occasion,
24 the first body or the second body, whether there were other
25 swimmers in that area of Witches Brew?