Aug 13 04 12:09p  Hanauma Bay Nature Preser  808 395 046_  p.3

Date: Friday, July 19, 2002

12:00 Stayed to close W-brew gate after rescue workers brought patient out. While waiting for crew to bring patient out, I told a photographer that he was not permitted out on the ledge but could take his pictures on the beach.
12:05 While walking back from gate closing, observe visitor assisting another visitor who is upset and crying. Crying visitor is Katie Powell, from Chicago, Illinois. Her husband, Eric Powell and her brother Jim Loughlan (sp?) have been in ocean for 2 or more hours. I stay with Katie to calm her and get descriptions.
12:15 Leave Katie with "buddy visitor" at her blanket under tree and go to find out if identity of patient is known. See lifeguards using jet ski to go out for second patient. Patient brought to shore. Start crowd control. Katie Powell runs past and I "catch" her and hold her as she collapses on beach after seeing that second patient is her husband Eric. Visitor Jeannette Mann-Chavez, from San Antonio, Texas, helped me care for Katie Powell. I noticed she went from hysterical to quiet and had a blank stare. I thought she was going into shock and requested medical attention for her. Firefighter, Martha, Jeannette Mann-Chavez, and I walked with her to ambulance where she was seated in cab while rescue workers were loading Eric Powell into the ambulance.
02:00 Gathered in VC office to give information to HPD
02:40 Entered report in this Log
04:05 Asked Alan for permission to leave early
04:07 Pau Hana

Park Attendant: Jeff Kim
10:30am on duty, go down to beach for patrol.
11:40am see lifeguard truck moving towards W brew with lights flashing. I then see Clarence (lifeguard) signaling me that something is going on at W-brew ledge. I see a lifeguard (Daniel) running on the ledge and call Jack. I head out to W-brew (on foot) to assist. I get to the victim and lifeguards Daniel, Clarence and Ron working on him. I walked to the brew and do surveillance of the water (did not see anything except choppy water and waves breaking over the ledge). Assist rescue team (on ledge) with their equipment back to the beach while they carry the victim to the Toro waiting on the beach. Jack transports the victim to the ambulance.
12:15pm Ambulance leaves with victim. I announce (with bullhorn) to people on the beach if they know a Caucasian man in his mid 30's, heavy built. I see Betty talking to a woman that is crying. Woman says that her brother and husband were snorkeling in that area. I notify the lifeguards of a possible second victim out there. I take Clarence to the FAA road where he sees a body in the Brew. He calls for the jet ski and I call Jack on the radio. We head back down (with Toro) to the beach to transport paramedics to site of the second victim. Transport paramedics to the site then transport second victim to the ambulance waiting at the bottom turnaround area.
1:40pm ambulance leaves with 2nd body and victims wife.
2pm regroup in the VC office to assist HPD in writing report.
3pm collect 3 radios, clipboard and bull horn.
5pm collect the rest of the radios
7pm pau hana.

EXHIBIT "20"

00002