# CERTIFICATE OF DEATH

STATE OF HAWAII
DEPARTMENT OF HEALTH
OFFICE OF HEALTH STATUS MONITORING

STATE FILE NO. 151    05006

| Field | Value |
|---|---|
| 1. DECEASED — FIRST NAME | Erik |
| MIDDLE NAME | A |
| LAST NAME | Powell |
| 2. SEX | Male |
| 3. DATE OF DEATH (MONTH, DAY, YEAR) | July 19, 2002 |
| 4a. RACE | Caucasian   01 |
| 4b. IS PERSON OF SPANISH ORIGIN? | NO 5 X |
| 5a. AGE—LAST BIRTHDAY (Years) | 34 |
| 6. DATE OF BIRTH (MONTH, DAY, YEAR) | January 17, 1968 |
| 7a. COUNTY OF DEATH | Honolulu |
| 7a-1. ISLAND OF DEATH | Oahu |
| 7b. CITY, TOWN OR LOCATION OF DEATH | Honolulu |
| 7c. HOSPITAL OR OTHER INSTITUTION NAME | Queen's Medical Center |
| 7d. IF HOSP. OR INST. INDICATE DOA, ER/OPER, PM, INPATIENT | Inpatient |
| 8. STATE OF BIRTH | Indiana |
| 9. CITIZEN OF WHAT COUNTRY | U.S.A.   58 |
| 10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED | Married |
| 11. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) | Mary Katherine Laughlin |
| 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 13. SOCIAL SECURITY NUMBER | 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 |
| 14a. USUAL OCCUPATION | Film Editor   195 |
| 14b. KIND OF BUSINESS OR INDUSTRY | Film Industry   800 |
| 14c. EDUCATION | Coll 4 |
| 15a. RESIDENCE-STATE | Illinois |
| 15b. COUNTY | Cook |
| 15c. CITY, TOWN OR LOCATION | Chicago |
| 15d. INSIDE CITY LIMITS | Yes |
| 15e. NUMBER, STREET AND ZIP | 817 W. Lawrence Ave.   60640 |
| 16. FATHER — FIRST NAME | Richard |
| LAST NAME | Powell |
| 17. MOTHER — FIRST NAME | Betty |
| MAIDEN NAME | Pudlo |
| 18a. INFORMANT — NAME | Mary Katherine Powell |
| 18b. MAILING ADDRESS | 817 W. Lawrence Ave., Chicago, IL 60640 |
| 19a. BURIAL, CREMATION, REMOVAL | Removal |
| 19b. CEMETERY OR CREMATORY—NAME | Burns Kish Funeral Home |
| 19c. LOCATION CITY OR TOWN, STATE | Munster, Indiana |
| 19d. DATE | July 23, 2002 |
| 19e. PERMIT NUMBER | #3713 |
| 20a. FUNERAL HOME—NAME | Williams Funeral Home |
| 20b. FUNERAL DIRECTOR—SIGNATURE | William A. [signature] |

21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below.

22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to cause(s) and circumstances stated and described below.
(Signature and Title) ► Kanthi von Guenthner

| 22b. DATE SIGNED | July 22, 2002 |
| 22c. TIME OF DEATH | 1:47 p.M. |
| 22d. PRONOUNCED DEAD | July 19, 2002 |
| 22e. PRONOUNCED DEAD (TIME) | 1:47 p.M. |

23. NAME AND ADDRESS OF CERTIFIER: Kanthi von Guenthner, M.D., 835 Iwilei Road, Honolulu, Hawaii 96817

24a. REGISTRAR - SIGNATURE: [signature]
24b. DATE RECEIVED BY LOCAL REGISTRAR: JUL 23 2002
24c. DATE FILED BY STATE REGISTRAR: JUL 23 2002

**PART I. DEATH WAS CAUSED BY:**

25. CONDITIONS:
- IMMEDIATE CAUSE (a): Asphyxia
- DUE TO OR AS A CONSEQUENCE OF (b): Drowning

26a. AUTOPSY: Yes
26b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH? Yes

| 27a. ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED | Accident |
| 27b. DATE OF INJURY | July 19, 2002 |
| 27c. TIME OF INJURY | 1:10 p.m. |
| 27d. DESCRIBE HOW INJURY OCCURRED | The decedent was snorkeling and was later found unresponsive. |
| 27e. INJURY AT WORK? | No |
| 27f. PLACE OF INJURY | Ocean |
| 27g. LOCATION | Waters offshore from Hanauma Bay Nature Park, 7455 Kalanianaole Highway, Honolulu, Hawaii |

AUG 15 2002

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR

**EXHIBIT "21"**

STATE OF HAWAII
DEPARTMENT OF HEALTH
OFFICE OF HEALTH STATUS MONITORING

# CERTIFICATE OF DEATH

STATE FILE NO. **151**

| 1. DECEASED — FIRST NAME | MIDDLE NAME | LAST NAME | 2. SEX | 3. DATE OF DEATH (MONTH, DAY, YEAR) |
|---|---|---|---|---|
| James | David | Laughlin | Male | July 19, 2002 |

| 4a. RACE | 4b. IS PERSON OF SPANISH ORIGIN? | 5a. AGE—LAST BIRTHDAY (Years) | 5b/5c. UNDER 1 YR / 1 DAY | 6. DATE OF BIRTH | 7a. COUNTY OF DEATH |
|---|---|---|---|---|---|
| Caucasian | 01  NO.6 ☒ | 38 | | September 23, 1963 | Honolulu |

| 7a-1. ISLAND OF DEATH | 7b. CITY, TOWN OR LOCATION OF DEATH | 7c. HOSPITAL OR OTHER INSTITUTION NAME | 7d. IF HOSP. OR INST. |
|---|---|---|---|
| Oahu | Honolulu | Straub Clinic and Hospital | Emergency Room |

| 8. STATE OF BIRTH | 9. CITIZEN OF WHAT COUNTRY | 10. | 11. MARITAL STATUS | 11. SURVIVING SPOUSE | 12. ARMED FORCES? |
|---|---|---|---|---|---|
| Indiana | U.S.A. | 58 | Married | Raginae Gray | No |

| 13. SOCIAL SECURITY NUMBER | 14a. USUAL OCCUPATION | | 14b. KIND OF BUSINESS OR INDUSTRY | | 14c. EDUCATION |
|---|---|---|---|---|---|
| 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 | Consultant | 065 | Information Technology | 850 | Coll 5+ |

| 15a. RESIDENCE-STATE | 15b. COUNTY | 15c. CITY, TOWN OR LOCATION | 15d. INSIDE CITY LIMITS | 15e. NUMBER, STREET AND ZIP |
|---|---|---|---|---|
| Indiana | Marion | Indianapolis | Yes | 5863 N. Delaware  46220 |

| 16. FATHER — FIRST NAME | MIDDLE NAME | LAST NAME | 17. MOTHER — FIRST NAME | MIDDLE NAME | MAIDEN NAME |
|---|---|---|---|---|---|
| John | T | Laughlin | Eileen | | Smith |

| 18a. INFORMANT — NAME | 18b. MAILING ADDRESS |
|---|---|
| Raginae Laughlin | 5863 N. Delaware, Indianapolis, IN 46220 |

| 19a. BURIAL, CREMATION, REMOVAL | 19b. CEMETERY OR CREMATORY—NAME | 19c. LOCATION | CITY OR TOWN | STATE |
|---|---|---|---|---|
| Removal | Leppert and Hensley Mortuary | | Indianapolis | Indiana |

| 19d. DATE | 19e. PERMIT NUMBER | 20a. FUNERAL HOME—NAME | 20b. FUNERAL DIRECTOR—SIGNATURE |
|---|---|---|---|
| July 23, 2002 | #3784 | Williams Funeral Services | F. Sampaio |

21a. (Signature and Title) [blank]
22a. (Signature and Title) Kanthi von Guenther

| 21b. DATE SIGNED | 21c. TIME OF DEATH | 22b. DATE SIGNED | 22c. TIME OF DEATH |
|---|---|---|---|
| | | July 22, 2002 | 1:19 p M |

| 21d. NAME OF ATTENDING PHYSICIAN | 22d. PRONOUNCED DEAD (MO., DAY, YR.) | 22e. PRONOUNCED DEAD (TIME) |
|---|---|---|
| | July 19, 2002 | 1:19 p M |

23. NAME AND ADDRESS OF CERTIFIER: Kanthi von Guenthner, M.D., 835 Iwilei Road, Honolulu, Hawaii 96817   7/24/2002

24a. REGISTRAR - SIGNATURE: A. Shim
24b. DATE RECEIVED BY LOCAL REGISTRAR: JUL 23 2002
24c. DATE FILED BY STATE REGISTRAR: JUL 23 2002

**PART I. DEATH WAS CAUSED BY:**

| | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| IMMEDIATE CAUSE (a) | Asphyxia | |
| DUE TO, OR AS A CONSEQUENCE OF: (b) | Drowning | |
| DUE TO, OR AS A CONSEQUENCE OF: (c) | | |

PART II. OTHER SIGNIFICANT CONDITIONS:

26a. AUTOPSY (YES OR NO): Yes
26b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH? Yes

| 27a. ACCIDENT, SUICIDE, HOMICIDE | 27b. DATE OF INJURY | 27c. TIME OF INJURY | 27d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| Accident | July 19, 2002 | 1:10 p.m. | The decedent was snorkeling and was later found unresponsive. |

| 27e. INJURY AT WORK? | 27f. PLACE OF INJURY |
|---|---|
| No | Ocean |

27g. LOCATION: Waters offshore from Hanauma Bay Nature Park, 7455 Kalanianaole Highway, Honolulu, Hawaii

AUG - 5 2002

Alvin T. Onaka, Ph.D.