# Transcript of the Testimony of
# RONALD BREGMAN

**Date:** March 6, 2006
**Case No.:** CV04-00428
**Case:** POWELL v. CITY & COUNTY OF HONOLULU

Carnazzo Court Reporting Company, Ltd.
Phone: (808)532-0222
Fax: (808)532-0234
Internet: www.carnazzo.com

EXHIBIT "22"

Page 37

One of the things I forgot to mention was tides have a big influence on this, this current here.
Q. That, meaning the slot or the cable channel?
A. Yes.
Q. How do the tides --
A. At low tide, the current really runs hard through there.
Q. In or out?
A. Out. Away from the beach.
Q. Right.
A. High tide, it's not nearly as strong in most cases, most days. The Witches Brew can be dangerous any time there's trade winds. And when there's northeast swell or waves, it hits this side of the bay (indicating).
Q. Would you mind marking Witches Brew? And you can maybe it a thicker line or whatever. Again, a circle and "WB" in the area that indicates Witches Brew.
A. (Indicating.)
Q. And you said high winds, high trades?
A. I'm not sure if I said high.
MR. MAYESHIRO: Let me object. Misstates testimony. I think he said trade winds.
BY MS. WATERS:
Q. Trade winds make Witches Brew --
A. Trade winds, 20 knots or higher. I don't know

Page 38

whether that's high or not.
Q. Do you know in miles per hour?
A. Oh, knots translate to approximately miles per hour, unless you're an oceanographer. But it's close.
Q. Any other areas that are particularly hazardous?
A. Toilet Bowl.
Q. And that's --
A. Actually, the whole ledge. Toilet Bowl Ledge and -- I'm sorry -- Toilet Bowl Ledge can be very hazardous. Other areas are not as affected by conditions.
Q. Such as?
A. Key Hole, Triangle. Some people call it Devil's Triangle or Bermuda Triangle.
There's an area here (indicating), I believe it's called the Dropoff.
Q. Now, I did want to ask you about where the Triangle was. If you wouldn't mind, while we're talking about it, drawing the Triangle.
A. Drawing the Triangle?
Q. Sure. And that's the Triangle. That indicates the area that's called the Triangle?
A. Yes.
Q. Then Key Hole, can you circle that area or outline it, "KH" for Key Hole.
A. (Indicating.)

Page 39

Q. Then the other area you're talking about is where?
A. It's here (indicating).
Q. What is that called?
A. I don't really know the name. Oh, wait. Here you go. This is Sandman's Patch.
Q. Can you do a line and write "Sandman's" or something to indicate that is Sandman's Patch.
A. This area, the only thing I heard it referred to as Deep Holes (indicating).
Q. Sure. Deep Hole. That's fine. Just so we know what we're talking about.
A. (Indicating.)
Q. This has all been marked on Exhibit 1.
Now, the areas you've just marked Deep Hole, Sandman, the Triangle, indicated by a triangle, and the Key Hole, indicated by "KH."
Is it correct to say that all of these areas are not as affected by the conditions as the other places we just discussed?
A. Yes.
Q. Do you know why that is?
A. Well, could I backtrack?
Q. Sure.
A. The only conditions that those are affected a lot by is tide. So if you consider that tide is a condition,

Page 40

then they would be.
But they are inside the reef. So you have a protecting reef. Hanauma Bay is generally divided into three areas, I was taught. So they are in Area 1, which is the safest zone.
Q. That's inside the reef?
A. Inside the reef. They would all be inside Zone 1. And I don't know if you want me to continue.
Q. Please.
A. Back Door, and the slot is what leads from Zone 1 to Zone 2, which is more for advanced swimmers and snorkelers. Then Zone 3 is Outer Bay, 60 to 100 feet deep, more for scuba divers.
Q. Would Witches Brew area be in Zone 3?
A. That would be my -- yes, it would be.
Q. What was your experience as far as Witches Brew in terms of accidents? Were there more accidents in Witches Brew than other areas?
A. No. There were less.
Q. Where are the most frequent accidents?
A. The most frequent in terms of accidents --
MR. MAYESHIRO: Let me object. Vague and ambiguous as to "accidents." But go ahead.
A. I don't want to rephrase for you. But as far as the most rescues, 80 to 90 percent of our rescues occur

Page 41

here (indicating).
Q. That would be?
A. In the Slot.
Q. In the Slot or outside of the Slot?
A. Within the current that runs through that channel.
Q. And does it have to do with people who get sucked in undertow?
A. Yes. Outside. Outside. People that are not able to swim through the current, or are in the current.
Q. Of the Slot?
A. Yes.
Q. How about in the Back Door area?
A. Back Door area, also. But I believe it's less accessible.
Q. You mean by swimmers?
A. By swimmers and snorkelers, yes. I believe -- I believe that accessibility is the reason why there aren't more.
Q. In your experience working at Hanauma Bay, how many accidents do you recall, other than the two drownings that we're here for today, did you witness occurring at or near Witches Brew?
A. Five.
Q. And that's in your eight years of experience there?

Page 42

A. Yes.
Q. And does that include these two? Or no?
A. I would have to say in addition to those two.
Q. Can you describe them, to the best of your ability, when, approximately, they happened and what type of rescue?
MR. MAYESHIRO: Objection. Lack of foundation. Calls for speculation. You can answer.
A. To the honest, I really can't recall the individual cases.
Q. Let me ask you, then, this way: Did any of them result in death?
A. I can remember at least one other one that resulted in death.
Q. Maybe more?
A. It could have been -- well, I can't recall any others.
Q. How about the circumstances with any of the other rescues at Witches Brew?
A. I remember one other case where a person was on a boogie board flotation device, and somebody had helped him around this point (indicating) to this side.
Q. And you're referring to the peninsula point of Witches Brew?
A. We call it Witches Brew Point.

Page 43

Q. And you're referring to the inside of the bay?
A. Inside. The person was exhausted and needed medical assistance. I think we called it a near drowning.
Q. Do you know who decides how many -- strike that.
How many lifeguards, while the bay is open, how many lifeguards are on duty?
A. Today?
Q. Back in 2002.
A. Four.
Q. And where are they located?
A. Two at 3 Alpha. Two at 3 Bravo.
Q. These are towers that house two lifeguards each?
A. Yes.
Q. Do you know who decides how many people to staff each park, or Hanauma Bay, in particular?
A. No, I don't.
Q. For as long as you were working there, had it always been four lifeguards on duty?
A. Yes.
THE DEPONENT: I need to take a break in about five minutes.
MS. WATERS: We can take a break now. It's been about an hour.
(Whereupon, a recess was taken.)
BY MS. WATERS:

Page 44

Q. I am going to have you look at this document before I mark it and see if you recognize it, if you filled it out?
A. It looks familiar, yes.
(Whereupon, a Major Incident Report was marked as Exhibit 2 for Identification.)
Q. Can you tell me what this is?
A. Well, it's a Major Incident Checkoff cover sheet.
Q. And we'll mark this as Exhibit 2.
Is this prepared in the normal course and scope of Water Safety Officer duty?
A. Any time there is a drowning or a spinal injury that could possibly result in paralysis.
Q. Is that why it's designated as major?
A. Yes.
Q. Did you fill this out?
A. Part of it.
Q. What part did you fill out?
A. Well, I definitely filled out the third paragraph, "Signage," because that's my signature. I also filled out the sixth section about media statements, because that's my handwriting.
Q. Okay.
A. And the others, I don't recall.
Q. So the notes on the top --