1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

THE ESTATE OF ERIK A. ) CIVIL NO.CV04-00428 LEK
POWELL, THROUGH )
PERSONAL REPRESENTATIVE )
MARY K. POWELL; THE )
ESTATE OF JAMES D. )
LAUGHLIN, THROUGH )
PERSONAL REPRESENTATIVE )
RAGINAE C. LAUGHLIN; )
MARY K. POWELL, )
INDIVIDUALLY; RAGINAE )
C. LAUGHLIN, )
INDIVIDUALLY; CHLOE )
LAUGHLIN, A MINOR, )
THROUGH HER NEXT )
FRIEND, RAGINAE C. )
LAUGHLIN, )
                              )
           Plaintiffs,        )
                              )
     vs.                      )
                              )
CITY AND COUNTY OF            )
HONOLULU,                     )
                              )
           Defendant.         )
                              )
     and                      ) DEPOSITION OF:
                              )
CITY AND COUNTY OF            ) RALPH S. GOTO
HONOLULU,                     )
                              ) Wednesday
           Third-Party        )
           Plaintiff,         ) October 11, 2006
                              )
     vs.                      )
                              )
UNIVERSITY OF HAWAII, a       )
body corporate; JOHN          )
DOES 1-10, JANE DOES          )
1-10, DOE CORPORATIONS        )
and DOE ENTITIES,             )
                              )
           Third-Party        )
           Defendants.        )

**EXHIBIT "29"**

POWERS & ASSOCIATES (808)536-2001

## Page 30

1  A. Well, the replacement plan originally
2  was approved five years ago. The budget request
3  for that specific tower was, I believe, approved
4  for the 2006 or 2007 fiscal year.
5  Q. And do you know where that new tower is
6  to be located?
7  A. We intend to place that new tower at
8  the far end of -- let's see. What direction is
9  that? South. The southern end.
10  Q. The side closest to Witches Brew?
11  A. Yes.
12  Q. Do you ever have a surplus in your
13  budget?
14  A. No, ma'am.
15  Q. Okay. I had to ask.
16  The jet ski that was being used in
17  2002, I understand that it covered an area, and
18  that area spanned from Kailua Beach to Hanauma
19  Bay. Is that right?
20  A. Yes.
21  Q. And who determined where the area
22  should span, where it should begin, where it
23  should end?
24  A. Those are the boundaries of that
25  district. Hanauma Bay is included in what we

## Page 31

1  call the Windward District, which begins,
2  actually, from Maunalua Bay in Hawaii Kai and
3  goes all the way to Kailua. So the captain that
4  we talked about is responsible for that
5  district. And that ski was assigned to that
6  district. I think at that time we had one ski
7  per district.
8  Q. And now how many do you have?
9  A. We try to have one in service at each
10  district every day. As far as how many do we
11  have, I think we have probably eighteen actual,
12  you know, craft. But the requirement is to put
13  one operational ski out there every day.
14  Q. And the purpose of the roaming jet
15  ski?
16  By "roaming," I mean that it covers an
17  entire district.
18  A. Respond to situations as they occur.
19  Q. Are there instances when the jet ski is
20  not able to reach the destination based on where
21  it is at the time of the call?
22  A. There may be times when that occurs,
23  yes.
24  Q. Going to 2002, the year that the
25  incidents in this case occurred, you're aware

## Page 32

1  that there were twelve drownings that year?
2  A. I am.
3  Q. And prior to 2002, what is your
4  recollection as to the most drownings that
5  occurred at Hanauma Bay prior to 2002?
6  A. Three or four.
7  Q. So you agree that twelve drownings is a
8  significant number?
9  A. Yes, I do.
10  Q. And ever since 2002, have there been as
11  many as twelve --
12  A. No.
13  Q. -- in one year?
14  During that year -- well, in your
15  opinion, from your experience, what do you
16  attribute that number of drownings to?
17  MR. MAYESHIRO: You mean his personal
18  opinion?
19  MS. WATERS: Yes.
20  THE WITNESS: I wish I could tell you.
21  Obviously, twelve drownings at any beach is cause
22  for concern. And it certainly caused a lot of
23  concern in the division. Why they drowned, I
24  don't know. I think what we try to do in those
25  situations is to gather enough information or as

## Page 33

1  much information as we possibly can of events
2  leading to the event. We did look at those
3  twelve drownings very, very closely and tried to
4  figure out what exactly was the cause of the
5  drownings and what could be implemented to, you
6  know, remedy that situation. Unfortunately, you
7  can't interview these people, so you don't know
8  exactly what happened and exactly what led up to
9  their demise.
10  But there are some things that you can
11  look at, I believe. It's my opinion that you can
12  look at, for instance, experience, the level of
13  fitness, their level -- their medical
14  conditions, look at where they were, what kind of
15  activity they were engaged in.
16  In fact, all twelve of those people
17  were snorkeling. And what may have happened
18  during the time -- because I don't think --
19  well, strike that. I'm sorry. It's just really
20  hard to determine because you don't know. And
21  you just try your best to recreate or to look at
22  maybe common things that happened to these
23  people.
24  They were, I think, without exception
25  visitors. Half of the twelve were from the