IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | ) CIVIL NO. CV04-00428 LEK |
| Plaintiffs, | |
| vs. | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant. | |
| and | ) DEPOSITION OF: |
| CITY AND COUNTY OF HONOLULU, | ) RALPH S. GOTO |
| Third-Party Plaintiff, | ) Wednesday<br>) October 11, 2006 |
| vs. | |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | |
| Third-Party Defendants. | |

EXHIBIT "30"

Page 26

beach. And Hanauma Bay would be no exception.
Q. Would you say that the requests from Hanauma Bay are more than other parks?
A. No.
Q. Has it ever been raised to have somebody in the water at all times at Hanauma Bay?
  MR. MAYESHIRO: Objection.
  Vague and ambiguous.
Q. BY MS. WATERS: I mean a lifeguard.
A. In the water?
Q. In the water.
A. Floating around? Treading water?
Q. On a surfboard. Whatever.
A. The concept has been discussed, yes.
Q. And what are the considerations that went into that discussion of whether or not it's feasible?
A. I think the reality of assigning a person to be in the water, whether it be on a surfboard or treading water, however, you have to look at what that would entail. There would also, unfortunately or fortunately, however you look at it, be labor and union issues because it would be a change in duties, et cetera, et

Page 27

cetera. There was some suggestion at one point to station a person in the water at the area known as The Slot. And I know it was discussed. There were some plans to do that. But ultimately there wasn't enough justification for it.
Q. The labor and union, that has to do with which labor union?
A. The Hawaii Government Employees Association.
Q. Oh, the HGEA. Sorry. I'm very familiar with that.
  So ultimately it was something that was discussed, but not --
A. Not implemented.
Q. How about having a jet ski only for Hanauma Bay, was that discussed?
A. I know that there was a suggestion or request from the park manager about it, and that also ultimately was not implemented.
Q. And going back to the person being in the water, do you know if this issue was discussed prior to 2002?
A. I can't recall the chronology.
Q. What about the jet ski issue?
A. I can't recall.

Page 28

Q. What considerations went into the jet ski not being implemented?
A. Financial. And, you know, realistically, we have jet -- we have incorporated jet skis in our operation. In fact, Hawaii has pioneered the use of jet skis. To assign a jet ski at Hanauma Bay specifically for Hanauma Bay operation just didn't really make sense. I mean, we use the skis, for instance, on the North Shore. We use the skis on the windward side of the island and -- not Hanauma Bay, but Makapuu, Sandy Beach, where things occur offshore or in the surf. And that has definitely changed the way we do rescues, for instance. Hanauma Bay, most of the people are inside the reef. It wouldn't be real practical to have a jet ski buzzing in and out of a few thousand people.
Q. How about has anyone discussed the possibility of installing another lifeguard tower at Hanauma Bay?
A. Yes.
Q. And do you know if this was discussed prior to 2002?
A. Once again, chronologically, I'm not sure.

Page 29

Q. Do you have any records with regards to these discussions that would indicate the time frame?
A. We could look at -- for instance, at that time, we had weekly staff meetings. We could try to look at the minutes of those meetings and see exactly when it was discussed.
Q. What was the discussion with regards to adding another tower at Hanauma Bay?
A. There is going to be an additional tower installed at Hanauma Bay. That has been approved through the budget procedure. We are involved in an island-wide replacement program for all of our towers, and a third tower for Hanauma Bay is included in that plan. Originally, that was a five-year plan. We are now in year six of the five-year plan. And we just installed the last tower on the North Shore, so we have -- we're probably about halfway completed. And, you know, there's reasons for that: contracts, manufacturers on the Mainland, et cetera. But there is a third tower slated to be installed at Hanauma Bay.
Q. Do you know when -- I guess the plan was approved six years ago.