COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendant,<br><br>  and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Third-Party Plaintiff,<br><br>  vs.<br><br>UNIVERSITY OF HAWAII, a body Corporate; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS and DOE ENTITIES,<br><br>      Third-Party Defendants. | Civil No.<br>CV04-00428 LEK |

*[handwritten: 4/3 email EW nst 4/3]*

**EXHIBIT "34"**

DEPOSITION OF ROBERT DORR

Taken on behalf of Plaintiffs at the Law Offices of Ian L. Mattoch, 737 Bishop Street, Suite 1835, Honolulu Hawaii, commencing at 10:00 a.m. on March 17, 2006, pursuant to Notice.

Before:   WILLIAM T. BARTON, RPR, CSR NO. 391
          Notary Public, State of Hawaii

1   A.   Well, we were on our way to Kailua to do junior
2   lifeguard -- presentation to the junior guards on jet ski.
3   Q.   Who was "we"?
4   A.   Me and Billy Goodwin.  And we were down at Kailua
5   boat ramp for a couple hours, I think.  I can't really
6   recall.  Heard it over the radio.
7   Q.   What did you hear?
8   A.   I heard that there was a Condition 5 at Hanauma
9   Bay.
10  Q.   What is Condition 5?
11  A.   A drowning.  So we just continued with our
12  presentation.
13  Q.   Let me stop you there.
14       Do you remember what time it was when you got
15  that?
16  A.   God, I can't remember.  I can't remember exact
17  time.  I don't know.
18  Q.   Go ahead.
19  A.   And so we finished our presentation.  And usually
20  Fridays, we have lunch with the kids.  And then we left the
21  area, headed back in the -- we call it Zone 1, Sandy Beach,
22  to stand by there.  And we got a call saying there's
23  possibly another missing swimmer at Hanauma Bay.  And they
24  wanted us to come down there.
25       So we responded down to Hanauma Bay.  Then we