LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH          898-0
DANIEL P. KIRLEY         6205-0
EMILY KAWASHIMA WATERS   6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>                Plaintiffs,<br><br>        vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>                Defendant. | CIVIL NO. CV04-00428 DAE-LEK<br><br>DECLARATION OF THOMAS EBRO |



EXHIBIT "35"

## DECLARATION OF THOMAS EBRO

1. I am an expert retained by Plaintiffs in <u>The Estates of Powell/Laughlin v. City and County of Honolulu</u>, Civil No. CV04-00428 LEK.

2. Attached as Exhibit "1" is my curriculum vitae.

3. Attached as Exhibit "2" is a true and correct copy of my amended report which was generated on December 7, 2006.

4. Attached as Exhibit "3" is a true and correct copy of my amended rebuttal report which was generated on January 16, 2007.

5. The attached reports are based on sufficient facts and data which are described therein.

6. The reports contain my findings based on reliable principles and methods as described therein.

7. I applied these principles and methods reliably to the facts of this case.

8. My findings are contained in Exhibit "2" and Exhibit "3."

I, THOMAS EBRO, do declare under penalty of law that the foregoing is true and correct.

DATED: Lutz, Florida, January __16__, 2007.

_____
THOMAS EBRO