LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH 898-0
DANIEL P. KIRLEY 6205-0
EMILY KAWASHIMA WATERS 6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br>           Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>           Defendant. | CIVIL NO. CV04-00428 DAE-LEK<br><br>DECLARATION OF ROGER LUKAS, PH.D. |

EXHIBIT "36"

## DECLARATION OF ROGER LUKAS, PH.D.

1. I am an expert retained by Plaintiffs in <u>The Estates of Powell/Laughlin v. City and County of Honolulu</u>, Civil No. CV04-00428 LEK.

2. Attached as Exhibit "1" is my curriculum vitae.

3. Attached as Exhibit "2" is a true and correct copy of my report which was generated on October 16, 2006.

4. The attached report is based on sufficient facts and data which are described therein.

5. The report contains my findings based on reliable principles and methods as described therein.

6. I applied these principles and methods reliably to the facts of this case.

7. My findings are contained in Exhibit "2."

I, ROGER LUKAS, PH.D., do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai'i, January __16__, 2007.

_____
ROGER LUKAS, PH.D.

2