THE ESTATE OF ERIK A. POWELL, etc., et al. v. CITY AND COUNTY OF HONOLULU

U.S. District Court for the District of Hawaii
Civil No. CV04-00428 DAE-LEK

EXHIBIT  "36a"

# Roger Lukas

Professor of Oceanography
School of Ocean and Earth Science and Technology
University of Hawaii at Manoa
1000 Pope Road, Honolulu, Hawaii  96822

(808) 956-7896 (Office)
(808) 737-8049 (Home)
(808) 956-9222 (Fax)
Internet address: rlukas@hawaii.edu
WWW home page: http://www.soest.hawaii.edu/~rlukas

## Education

Ph.D., Oceanography, 1981, University of Hawaii
M.S., Oceanography, 1977, University of Hawaii
A.B., Mathematics, 1973, University of Southern California

## Employment

| | |
|---|---|
| 08/98-01/99 | sabbatical leave |
| 07/91–Present | Professor, Dept. of Oceanography, University of Hawaii |
| 07/90 | Tenure awarded |
| 01/87–06/91 | Associate Professor, Dept. of Oceanography, University of Hawaii |
| 07/86–12/86 | Associate Oceanographer, Hawaii Institute of Geophysics, University of Hawaii |
| 04/84–Present | Senior Fellow, Joint Institute for Marine and Atmospheric Research, University of Hawaii |
| 10/82–06/86 | Assistant Oceanographer, Hawaii Institute of Geophysics, University of Hawaii |
| 12/81–09/82 | Visiting Scientist, Joint Institute for Marine and Atmospheric Research, University of Hawaii |
| 01/75–12/81 | Graduate Research Assistant, University of Hawaii |
| 09/74–01/75 | Graduate Teaching Assistant, University of Hawaii |
| 01/74–04/74 | Laboratory Assistant, Woods Hole Oceanographic Institution |

1



# Committee and Other Service

## International

| | |
|---|---|
| 2004 | adviser, Volkswagen Foundation |
| 2002-2003 | member, Organizing Committee, Symposium on New Perspectives of Coupled Tropical Ocean-Atmosphere Dynamics and Predictability, IUGG/IAPSO Congress, Sapporo, July 2003 |
| 2000– | member, GOOS/GCOS/CLIVAR Time Series Science Steering Group |
| 2000-2001 | member, Organizing Committee, International Workshop on the Implementation of CLIVAR Programs in the Pacific |
| 1999 | External Review Committee, Univ. of Tokyo |
| 1998–2002 | Program Coordinator, Ocean Dynamics and Climate, IOC/WESTPAC |
| 1996–1998 | co-Chair, Organizing Committee for COARE98 Conference |
| 1996-1997 | co-Chair, Feasibility Study Working Group for the International Pacific Research Center |
| 1995–2001 | member, World Climate Research Programme CLIVAR Asian-Australian Monsoon Panel |
| 1995 | Chair, Organizing Committee for CLIVAR-GOALS Workshop on Asian-Australian Monsoon Oceanography and Meteorology |
| 1995 | co-Convenor, COARE Symposium, Int. Assoc. Phys. Sci. Ocean. XX General Assembly, Honolulu, Hawaii, August 1995 |
| 1993–1997 | member, TOGA TAO Implementation Panel |
| 1993 | member, World Climate Research Programme Pacific Ocean Panel |
| 1992–1993 | member, CCCO (Committee on Climate Change and the Ocean) Pacific Ocean Climate Studies Panel |
| 1991 | Convenor, Workshop on Low-Latitude Western Boundary Currents in the Pacific Ocean (Honolulu, Hawaii, February 25–March 1, 1991) |
| 1989–1994 | member, WCRP TOGA COARE Panel |
| 1989 | co-Convenor, Western Pacific International Meeting and Workshop on TOGA/COARE (Nouméa, New Caledonia, May 1989) |
| 1988 | Member of Organizing Committee for US/PRC Symposium on Western Pacific Air-Sea Interactions, Beijing, November 1988 |
| 1984-2002 | U.S. representative for Task Team on Ocean Dynamics in the Tropical Pacific for WESTPAC (under the Intergovernmental Oceanographic Commission of the United Nations) |

## National

| | |
|---|---|
| 2004 | reviewer, NAS/NRC report "Review of the U.S. Climate Variability and Predictability (CLIVAR) Project Office" |
| 2002 | reviewer, NAS/NRC reports (Exploration of the Seas; Abrupt Climate Change) |
| 2001 | member, NSF physical oceanography review panel |
| 2000–present | member, US CLIVAR Asian-Australian Monsoon Working Group |
| 2000-2001 | member, American Meteorological Society Oceanographic Awards Committee |

| | |
|---|---|
| 1999-2002 | member, US CLIVAR Pacific Implementation Panel |
| 1999-2001 | member, Ocean Studies Board, National Academy of Sciences |
| 1999-2000 | member, Committee on Seafloor Observatories, National Research Council |
| 1999-2000 | member, American Meteorological Society Meetings Committee |
| 1999 | member, US delegation, IOC/WESTPAC IV, Seoul, South Korea |
| 1998-2000 | member, American Meteorological Society Stommel Research Award Committee |
| 1998 | co-Chair, COARE-98 Organizing Committee |
| 1997 | member, US delegation, IOC/WESTPAC III, Tokyo, Japan |
| 1996-1998 | member, Committee on Major U.S. Oceanographic Research Programs, National Academy of Sciences |
| 1995-1996 | member, US Ocean CLIVAR Central Coordinating Committee |
| 1995-1996 | member, US Ocean CLIVAR Project Steering Committee on Process Experiments |
| 1995-1997 | member, American Meteorological Society Committee on Membership Diversification |
| 1995-1996 | Organizer and Co-Convenor, Eighth Conference on Air-Sea Interaction, 1996 Annual Meeting of the American Meteorological Society. |
| 1995-1996 | Organizer and Co-Convenor, GOALS Symposium, 1996 Annual Meeting of the American Meteorological Society. |
| 1995 | Invited Participant, National Research Council Workshop on the U.S. Global Change Research Program and NASA's Mission to Planet Earth/Earth Observing System |
| 1994-1997 | member, National Academy of Sciences GOALS Advisory Panel |
| 1994 | member, National Research Council Committee to Review U.S. Planning for the Global Ocean Observing System |
| 1994–1996 | Chair, Science and Technology Advisory Committee on Interaction of the Sea and Atmosphere, American Meteorological Society |
| 1993–1997 | member, NOAA Climate and Global Change Advisory Panel |
| 1988–1996 | member, National Academy of Sciences TOGA Advisory Panel |
| 1988–1994 | Co-Chair, U. S. TOGA/COARE Science Working Group |
| 1988–1997 | member, TOPEX/Poseidon Science Working Team |
| 1989 | Convenor, Klaus Wyrtki Symposium, American Geophysical Union 1989 Fall Meeting |
| 1987 | Co-Convenor of the U.S. TOGA Western Pacific Air-Sea Interaction Workshop (Honolulu, Hawaii, September 1987) |
| 1985–1987 | member, National Science Foundation Ocean Sciences Advisory Panels |
| 1984–1989 | member, Scientific Steering Committee for the US/PRC Bilateral Agreement on Air-Sea Interaction Studies in the Western Pacific |

## *State of Hawaii*

| | |
|---|---|
| 1999-2001 | member, Advisory Committee on Public Swimming Pool Rules |

3

## University of Hawaii

| | |
|---|---|
| 2004-2005 | member, Chancellor's Lyon Arboretum Research Task Force |
| 2004 | member, Chancellor's RTRF Flood Relief Committee |
| 2004 | member, Chancellor's Research Committee |
| 2003-present | UH System Task Force on RCUH Employment |
| 2003-present | UH System Business Process Council |
| 2004-2005 | SEC liaison to Committee on Research; Committee on Student Affairs |
| 2003-2004 | SEC liaison to Committee on Administration and Budget; Committee on Professional Matters |
| 2003-2005 | Manoa Faculty Senate Executive Committee |
| 2003-2005 | Manoa Faculty Senate |
| 2002-2004 | President's Advisory Council on Plans and Priorities |
| 2002-2004 | SOEST Computer Committee |
| 2002 | Manoa Strategic Planning Committee |
| 2002 | Department of Oceanography Merit Increase Review Committee |
| 2002 | Department of Oceanography Student Attrition Committee |
| 2001-2002 | Department of Oceanography Teaching Policy Committee |
| 1997-present | Executive Committee, University of Hawaii Association of Research Investigators |
| 1995-1997 | Department of Oceanography Select Committee on Ocean Resources |
| 1995-1997 | Department of Oceanography Budget and Resources Committee |
| 1995-1997 | Department of Oceanography Space Committee |
| 1995 | Chair, Physical Oceanography Division |
| 1991 | SOEST Climate Initiative Faculty Search Committee |
| 1990–1991 | Tenure and Promotion Review Committee #7 |
| 1990–1995 | SOEST Ship Users' Advisory Committee |
| 1990 | Chair, Physical Oceanography Faculty Search Committee |
| 1990–1992 | Department of Oceanography Space Committee |
| 1988–1989 | Physical Oceanography Faculty Search Committee |
| 1988–1989 | Physical Oceanography Admissions Committee |
| 1988–1989 | Oceanography Department Personnel Committee |
| 1988 | UH/APT Personnel Committee for Hawaii Institute of Geophysics |
| 1988 | Department of Oceanography Undergraduate Education Committee |
| 1986–1988 | University of Hawaii Diving Control Board |
| 1984–1989 | Chair, MSB Computer Committee |
| 1984–1990 | JIMAR Council member |
| 1982–1989 | Hawaii Institute of Geophysics Computer Users Committee |
| 1982–1984 | UH/APT Personnel Committee for Hawaii Institute of Geophysics |

4

### *Research Corporation of the University of Hawaii*

| | |
|---|---|
| 2003 | co-Chair, RCUH Strategic Planning Committee |
| 2002-2003 | member, search committees (3) for RCUH Executive Director |

# Professional Society Membership

American Geophysical Union (life member)

American Meteorological Society

The Oceanography Society (life member)

# Honors and Awards

Special Award of the American Meteorological Society (1996)

Graduate Fellowship from the Achievement Rewards for College Scientists (ARCS) Foundation (two awards)

# Bibliography

## Books

Soloviev, A., and R. Lukas, 2004: The Near-Surface Layer of the Ocean. Springer, pending submission (final editing).

## Chapters in Books

Kessler, W.S., R.E. Davis, K. Takeuchi and R. Lukas, 2001: The Pacific Basin Extended Climate Study. In: Observing the Ocean for the 21st Century, C.J. Koblinsky and N.R. Smith (eds), Melbourne, Australia: Uniprint Pty. Ltd.

Send, U., R. Weller, S. Cunningham, C. Eriksen, T. Dickey, M. Kawabe, R. Lukas, M. McCartney and S. Osterhus, 2001: Oceanographic Timeseries Observatories. In: Observing the Ocean for the 21st century. C. Koblinsky and N. Smith, eds., Melbourne, Australia: Uniprint Pty. Ltd.

Lukas, R., 2001: Pacific Equatorial Currents. In: Encyclopedia of Ocean Sciences, J.H. Steele, S.A. Thorpe, and K.A. Turekian, eds., Academic Press, London.

Winn, C.D., R. Lukas, D. Hebel, C. Carrillo, R. Letelier and D.M. Karl, 1993: The Hawaii Ocean Time-series program: Resolving variability in the North Pacific. In: Recent Advances in Marine Science and Technology. N. Saxena, ed., 139-150.

Lindstrom, E., J. Butt, R. Lukas and S. Godfrey, 1990: The flow through Vitiaz Strait and St. George's Channel, Papua New Guinea. In: The Physical Oceanography of Sea Straits, Kluwer Academic Publishers, The Netherlands, 171–189.

Lukas, R., 1990: Freshwater Input to the Western Equatorial Pacific Ocean and Air-Sea Interaction. Air-Sea Interaction in Tropical Western Pacific: Proceedings of US-PRC International TOGA Symposium, 1988 Beijing. C. Jiping and J.A. Young, eds., China Ocean Press, China, 305–327.

## Edited Volumes

Bradley, F. and R. Lukas, 1999: COARE'98: Proceedings of a conference on the TOGA Coupled Ocean-Atmosphere Response Experiment (COARE). WCRP-107, WMO/TD-No. 940. World Climate Research Programme/World Meteorological Organization, Geneva, 416 pp.

Lukas, R., T. Yamagata, and J. McCreary, guest eds., 1996: Pacific Low-Latitude Western Boundary Currents. Special section of J. Geophys. Res. (Oceans), Vol. 101, No. C5.

Lukas, R., P. Webster and J. Picaut, guest eds., 1991: Oceanography and Meteorology of the Western Pacific Warm Pool: Papers from the Western Pacific International Meeting and Workshop on TOGA/COARE. J. Geophys. Res., 96, Supplement to JGR-Atmospheres and -Oceans, 313 pp.

Picaut, J., R. Lukas and T. Delcroix, eds., 1989: Proceedings of the Western Pacific International Meeting and Workshop on TOGA COARE, Noumea, New Caledonia, 24–30 May, ORSTOM/Nouméa, New Caledonia, 833 pp.

Lukas, R. and P. Webster, eds., 1988: Proceedings of the U.S. TOGA Western Pacific Air-Sea Interaction Workshop, Honolulu, Hawaii 16–18 September 1987. U.S. TOGA Rept. USTOGA-8, U. Corp. Atmos. Res., 207 pp.

## Articles in Refereed Journals

Lukas, R., P. Hacker, and J. Hummon, 2001: An Extremely Sharp Thermocline Observed in the Near-Equatorial Indian Ocean. Manuscript in progress for submission to GRL.

Lukas, R., F. Santiago-Mandujano and C. Nosse, 2001: Temporal evolution of intrusive features in the intermediate waters north of Hawaii. J. Geophys. Res., planned submission.

Lukas, R. and F. Santiago-Mandujano, 2001: High frequency abyssal variations near Hawaii. J. Geophys. Res., planned submission.

Hacker, P., R. Lukas, J. Hummon, E. Firing, T.M. Shaun Johnston, Peter J. Webster and K. Sahami, 2001: Observations of upper ocean, intraseasonal variability in the Bay of Bengal during the southwest monsoon onset. Geophys. Res. Lett. (in preparation)

Soloviev, A., R. Lukas, P. Hacker, and K. Richards, 2000: Space and time variability of the upper ocean density and velocity fields in the western equatorial Pacific warm pool. J. Geophys. Res., manuscript for submission.

Feng, M., R. Lukas, P. Hacker, A. Pluedemann, and R. Weller, 2004: Upper ocean momentum balances in the western equatorial Pacific on the intraseasonal time scale. Deep-Sea Research, accepted.

Han, W., P.J. Webster, R.B. Lukas, P.W. Hacker, and A. Hu, 2004: Impact of atmospheric intraseasonal variability in the equatorial Indian Ocean: low-frequency rectification in equatorial surface current and transport. J. Phys. Oceanogr., 34, 1350--1372.

Weller, R.A., F. Bradley and R. Lukas, 2004: The interface or air-sea flux component of the TOGA Coupled Ocean–Atmosphere Response Experiment and its impact on subsequent air-sea interaction studies. J. Oceanic Atmos. Tech., 21, 223-257.

J.E. Dore, R. Lukas, D.W. Sadler, and D.M. Karl, 2003: Climate-driven changes to the atmospheric $CO_2$ sink in the subtropical North Pacific Ocean. Nature, 424, 754 - 757 (14 August 2003); doi:10.1038/nature01885.

Lagerloef, G., R. Lukas, F. Bonjean, J. Gunn, G. Mitchum, M. Bourassa, A.J. Busalacchi, 2003: El Niño Tropical Pacific Ocean surface current and temperature evolution in 2002 and outlook for early 2003. Geophys. Res. Lett., 30, 1514, doi:10.1029/2003GL017096.

Ioualalen, M., R. Lukas, G. Eldin, and Y. Gouriou, 2003: Some aspects of the southern Pacific subtropical overturning cell (STC) during WESPALIS-1 cruise in Oct./Nov. 1999, Geophy. Res. Lett., 30, 1400, doi:10.1029/2002GL016683, pp. 53-1 -- 53-4.

Soloviev, A. and R. Lukas, 2003: Observation of wave-enhanced turbulence in the near-surface layer of the ocean during TOGA COARE. Deep-Sea Res I., 50, 371-395. doi:10.1016/S0967-0637(03)00004-9

Qu, T. and R. Lukas, 2003: The bifurcation of the North Equatorial Current in the Pacific. J. Phys. Oceanogr., 33, 5-18.

Lomas, M.W., N.R. Bates, A.H. Knap, D.M. Karl, R. Lukas, M.R. Landry, R.R. Bidigare and D.K. Steinberg, 2002: Modernization of Our Understanding of Oceanic Biogeochemistry and Ecosystem Functioning. Eos, 83, 559; 566-567.

Finnigan, T.D., D.S. Luther and R. Lukas, 2002: Observations of enhanced diapycnal mixing near the Hawaiian Ridge. J. Phys. Oceanogr., 32, 2988-3002.

Soloviev, A., R. Lukas and H. Matsuura, 2002: Sharp frontal interfaces in the near-surface layer of the tropical ocean. J. Marine Systems (Special Issue on Oceanic Fronts), 37(1-3), 47-68.

P.J. Webster, E.F. Bradley, C.W. Fairall, J.S. Godfrey, P. Hacker, R.A. Houze Jr., R. Lukas, Y. Serra, J.M. Hummon, T.D.M. Lawrence, C.A. Russell, M.N. Ryan, K. Sahami, and P. Zuidema, 2002: JASMINE: The Field Phase. Bull. Am. Met. Soc., 83, 1603-1630.

Karl, D.M., J.E. Dore, R. Lukas, A.F. Michaels, N.R. Bates and A. Knap, 2001: Building the long-term picture: The U.S. JGOFS time-series programs. Oceanography, 14, 6-17.

Wang, B., R. Wu, R. Lukas, and S.I. An, 2001: A possible mechanism for ENSO turnabout. In "Dynamics of Atmospheric General Circulation and Climate", Ed. IAP/ Academia Sinica, China Meteor. Press. pp. 552-578.

Lukas, R., 2001: Freshening of the Upper Thermocline in the North Pacific Subtropical Gyre Associated With Decadal Changes of Rainfall. Geophys. Res. Lett., 28, 3485-3488.

Lukas, R. and F. Santiago-Mandujano, 2001: Extreme Water Mass Anomaly Observed in the Hawaii Ocean Time-series. Geophys. Res. Lett., 28, 2931-2934.

Meehl, G.A., R. Lukas, G.N. Kiladis, K.M. Weickmann, A.J. Mathews and M. Wheeler, 2001: A conceptual framework for time and space scale interactions in the climate system. Climate Dynamics, 17, 753-775.

Soloviev, A., R. Lukas and P. Hacker, 2001: An approach to parameterization of the oceanic turbulent boundary layer in the western Pacific warm pool. J. Geophys. Res., 106, 4421-4435.

Feng, M., R. Lukas and P. Hacker, 2001: Spin-up of a sub-mesoscale eddy in the TOGA COARE Intensive Flux Array during the spin-down of an intense eastward jet. J. Phys. Oceanogr., 31, 711-724.

Lukas, R., F. Santiago-Mandujano, F. Bingham and A. Mantyla, 2001: Cold bottom water events observed in the Hawaii Ocean time-series: Implications for vertical mixing. Deep-Sea Res. I, 48 (4), 995-1021.

Letelier, R.M, D.M. Karl, M.R. Abbott, P. Flament, M. Freilich, R. Lukas and T. Strub, 2000: Role of late winter mesoscale events in the biogeochemical variability of the upper water column of the North Pacific Subtropical Gyre J. Geophys. Res. Vol. 105, No. C12, p. 28,723-28,740.

Feng, M., P. Hacker, R. Lukas, R. Weller and S.P. Anderson, 2000: Upper ocean heat and salt balances in the western equatorial Pacific in response to the intraseasonal oscillation during TOGA COARE. J. Climate, 13, 2409-2427.

Wang, B., R. Wu and R. Lukas, 2000: Annual adjustment of the thermocline in the tropical Pacific Ocean. J. Climate, 13, 596-616.

Soloviev, A., R. Lukas, and P. Hacker, 2000: Horizontal structure of the upper ocean velocity and density fields in the western equatorial Pacific warm pool. J. Phys. Oceanogr., 30, 416-432.

Potemra, J.T., and R. Lukas, 1999: Seasonal to interannual modes of sea level variability in the western Pacific and eastern Indian Oceans. Geophys. Res. Lett., 26, 365-368.

Wang, B., R. Wu and R. Lukas, 1999: Roles of the western North Pacific wind variation in thermocline adjustment and ENSO phase transition. J. Met. Soc. Japan, 77, 1-16.

Lagerloef, G.S.E., G.T. Mitchum, R. Lukas, and P.P. Niiler, 1999: Tropical Pacific Near Surface Currents Estimated From Altimeter, Wind and Drifter Data. J. Geophys. Res., 104 (C10), 23,313-23,326.

Soloviev, A., R. Lukas, P. Hacker, H. Schoeberlein, M. Baker, and A. Arjannikov, 1999: A near-surface microstructure sensor system used during TOGA COARE. Part II: Turbulence measurements. J. Atmos. Oceanic. Tech., 16, 1598-1618.

Feng, M., P. Hacker and R. Lukas, 1998: Upper ocean heat and salt balances in response to a westerly wind burst in the western equatorial Pacific during TOGA COARE. J. Geophys. Res., 103, 10,289-10,311.

Feng, M., M.A. Merrifield, R. Pinkel, P. Hacker, A.J. Plueddemann, E. Firing, R. Lukas and C. Eriksen, 1998: Semidiurnal tides observed in the western equatorial Pacific during the Tropical Ocean-Global Atmosphere Coupled Ocean-Atmosphere Response Experiment. J. Geophys. Res., 103, 10,253-10,272.

Lagerloef, G.S.E., R. Lukas, R.A. Weller, and S.P. Anderson, 1998: Pacific warm pool sea surface temperature regulation as indicated by a stochastic model and TOGA COARE measurements. J. Climate, 11, 2297-2309.

Godfrey, J.S., R.A. Houze, Jr., R.H. Johnson, R. Lukas, J.-L. Redelsperger, A. Sumi and R. Weller, 1998: Coupled Ocean-Atmosphere Response Experiment (COARE): An interim report. J. Geophys. Res., 103, 14,395-14,450.

Soloviev, A., R. Lukas, S. DeCarlo, J. Snyder, A. Arjannikov, V. Turenko, M. Baker and D. Khlebnikov, 1998: A near-surface microstructure sensor system used during TOGA COARE. Part I: Bow measurements. J. Atm. Ocean. Tech., 15(2), 563-578.

Potemra, J.T., R. Lukas and G. Mitchum, 1997: Large-scale estimation of transport from the Pacific to the Indian Ocean. J. Geophys. Res., 102, 27,795-27,812.

7

Huyer, A.J., P.M. Kosro, P. Hacker, and R. Lukas, 1997: Upper ocean thermohaline fields near 2°S, 156°E, during the Coupled Ocean–Atmosphere Response Experiment, November 1992 to February 1993. J. Geophys. Res., 102, 12,749–12,784.

Soloviev, A. and R. Lukas, 1997: Observation of large diurnal warming events in the near-surface layer of the western equatorial Pacific warm pool. Deep-Sea Res. I, 44, 1055–1076.

Soloviev, A. and R. Lukas, 1997: Sharp frontal interfaces in the near-surface layer of the ocean in the western equatorial Pacific warm pool. J. Phys. Oceanogr., 27, 999–1017.

Soloviev, A. and R. Lukas, 1996: Observation of spatial variability of diurnal thermocline and rain-formed halocline in the western Pacific warm pool. J. Phys. Oceanogr., 26, 2529-2538.

Anderson, S.P., R.A. Weller, and R. Lukas, 1996: Surface buoyancy forcing and the mixed layer of the western Pacific warm pool: Observations and 1-D model results. J. Climate, 9, 3056-3085.

Lukas, R., T. Yamagata, and J. McCreary, 1996: Pacific Low-Latitude Western Boundary Currents. J. Geophys. Res., 101, 12,209–12,216.

Qiu, B. and R. Lukas, 1996: Seasonal and interannual variability of the North Equatorial Current, the Mindanao Current and the Kuroshio along the Pacific Western Boundary. J. Geophys. Res., 101, 12,315-12,330.

Lukas, R. and F. Santiago-Mandujano, 1996: Interannual variability of Pacific Deep and Bottom Waters observed in the Hawaii Ocean Time-series. Deep-Sea Res. II, 43, 243-255.

Kennan, S.C. and R. Lukas, 1996: Saline intrusions in the intermediate waters north of Oahu, Hawaii. Deep-Sea Res. II, 43, 215-241.

Karl, D.M. and R. Lukas, 1996: The Hawaii Ocean Time-series (HOT) Program: Background, rationale and field implementation. Deep-Sea Res. II, 43, 129-156.

Bingham, F.M. and R. Lukas, 1996: Seasonal cycles of temperature, salinity and dissolved oxygen observed in the Hawaii Ocean Time-series. Deep-Sea Res. II, 43, 199-213.

Bingham, F.M. and R. Lukas, 1995: The distribution of intermediate water in the western equatorial Pacific during January-February, 1986. Deep-Sea Res. II, 42, 1545-1573.

Lukas, R., P.J. Webster, M. Ji, and A. Leetmaa, 1995: The large-scale context for the TOGA Coupled Ocean-Atmosphere Response Experiment. Meteorol. Atmos. Phys., 56, 3-16.

Shinoda, T. and R. Lukas, 1995: Lagrangian mixed layer modeling of the western equatorial Pacific. J. Geophys. Res., 100, 2523-2541.

Fine, R.A., R. Lukas, F.M. Bingham, M.J. Warner, and R.H. Gammon, 1994: The western equatorial Pacific is a water mass crossroads. J. Geophys. Res., 99, 25063-25080.

Bingham, F. and R. Lukas, 1994: The Southward Intrusion of North Pacific Intermediate Water along the Mindanao Coast. J. Phys. Oceanogr. 24, 141-154.

Donohue, K.A., M. Wimbush, X. Zhu, S.M. Chiswell, R. Lukas, L. Miller, and H.E. Hurlburt, 1994: Five years' central Pacific sea level from in situ array, satellite altimeter and numerical model. Atmos.-Ocean, 32, 495-506.

Webster, P. J. and R. Lukas, 1992: TOGA COARE: The Coupled Ocean-Atmosphere Response Experiment. Bull. Amer. Met. Soc., 73, 1377-1416.

Lukas, R., P. Webster and J. Picaut, 1991: Papers from the Western Pacific international Meeting and Workshop on TOGA/COARE. J. Geophys. Res., 96, 3123–3124.

Lukas, R., E. Firing, P. Hacker, P.L. Richardson, C.A. Collins, R. Fine, and R. Gammon, 1991: Observations of the Mindanao Current During the Western Equatorial Pacific Ocean Circulation Study (WEPOCS). J Geophys. Res., 96, 7089–7104.

8

Lukas, R. and E. Lindstrom, 1991: The Mixed Layer of the Western Equatorial Pacific Ocean. J. Geophys. Res., 96(suppl.), 3343–3357.

Mitchum, G.T. and R. Lukas, 1990: Westward Propagation of Annual Sea Level and Wind Signals in the Western Pacific Ocean. J. Climate, 3(10), 1102-1110.

Chiswell, S.M. and R. Lukas, 1990: Reply to Comment on Rossby-Gravity Waves in the Central Equatorial Pacific Ocean During the NORPAX Hawaii-to-Tahiti Shuttle Experiment. J. Geophys. Res., 95(C1), 807.

Wimbush, M., S.M. Chiswell, R. Lukas and K.A. Donohue, 1990: Stability of Inverted Echo Sounder Sensitivity to Dynamic Height Through ENSO and Anti-ENSO Conditions in the Central Equatorial Pacific. IEEE J. of Ocean. Tech., 15, 380–383.

Tsuchiya, M., R. Lukas, R.A. Fine, E. Firing and E. Lindstrom, 1989: Source Waters of the Pacific Equatorial Undercurrent. Prog. Oceanogr., 23, 101–147.

Joyce, T.M., R. Lukas and E. Firing, 1989: On the Hydrostatic Balance and Equatorial Geostrophy, Deep-Sea Res., 35, 1255–1257.

Chiswell, S.M. and R. Lukas, 1989: Rossby-gravity waves in the Central Equatorial Pacific Ocean during the NORPAX Hawaii-to-Tahiti Shuttle Experiment. J. Geophys. Res., 94, 2091–2098.

Chiswell, S.M. and R. Lukas, 1989: The low-frequency drift of Paroscientific pressure transducers. J. Atmos. Ocean. Tech., 6(3), 389–395.

Chiswell, S. M. and R. Lukas, 1989: Rossby-gravity waves in the central equatorial Pacific Ocean during the NORPAX Hawaii-to-Tahiti Shuttle Experiment. J. Geophys. Res., 94, 2091–2098.

Lukas, R., 1988: Interannual fluctuations of the Mindanao Current inferred from sea level. J. Geophys. Res., 93, 6744–6748.

Chiswell, S.M., M. Wimbush and R. Lukas, 1988: Comparison of dynamic height measurements from an inverted echo sounder and an island tide gauge in the central Pacific. J. Geophys. Res., 93, 2277–2283.

Lindstrom, E., R. Lukas, R. Fine, E. Firing, S. Godfrey, G. Meyers, and M. Tsuchiya, 1987: The Western Equatorial Pacific Ocean Circulation Study. Nature, 330, 533–537.

Mitchum, G. and R. Lukas, 1987: The latitude-frequency structure of Pacific sea level variance. J. Phys. Oceanogr., 17, 2362–2365.

Lukas, R., 1987: Horizontal Reynolds stresses in the central equatorial Pacific. J. Geophys. Res., 92, 9453–9463.

McCreary, J.P. and R. Lukas, 1986: The Response of the Equatorial Ocean to a Moving Wind Field. J. Geophys. Res., 91, 11,691–11,705.

Lukas, R., 1986: The termination of the Equatorial Undercurrent in the eastern Pacific. Prog. Oceanogr., 16, 63–90.

Firing, E. and R. Lukas, 1985: Sampling and aliasing during the NORPAX Tahiti Shuttle Experiment. J. Geophys. Res., 90(C6), 11,709–11,718.

Lukas, R. and E. Firing, 1985: The annual Rossby wave in the central equatorial Pacific Ocean. J. Phys. Oceanogr., 15, 55–67.

Lukas, R., S. P. Hayes, and K. Wyrtki, 1984: Equatorial sea level response during the 1982–83 El Niño. J. Geophys. Res., 89, 10,425–10,430.

Lukas, R. and E. Firing, 1984: The geostrophic balance of the Pacific Equatorial Undercurrent, Deep-Sea Res., 31, 61–66.

Firing, E., R. Lukas, J. C. Sadler, and K. Wyrtki, 1983: Equatorial Undercurrent disappears during 1982–83 El Niño. Science, 222, 1121–1123.

Woodcock, A. and R. Lukas, 1983: Comments concerning "Convection Patterns in a Pond". Bull. Amer. Met. Soc., 64, 274–279.

## Other Peer-Reviewed Documents

National Research Council, 2000: Illuminating the Hidden Planet: The Future of Seafloor Observatory Science. National Academy Press, Washington, D.C., 135 pp. (panel member and contributing author)

National Research Council, 1999: Global Ocean Science: Toward an Integrated Approach. National Academy Press, Washington, D.C., 165 pp. (panel member and contributing author)

CLIVAR Scientific Steering Group, 1998: CLIVAR Initial Implementation Plan. ICPO #14, WMO/TD #869, WCRP #103, World Meteorological Organization, Geneva, 314 pp. [panel member and contributing author]

National Research Council, 1998: A Scientific Strategy for U.S. Participation in the GOALS (Global Ocean-Atmosphere-Land System) Component of the CLIVAR (Climate Variability and Predictability) Programme. National Academy Press, Washington, D.C., 69 pp. (panel member and contributing author)

National Research Council, 1996: Learning to Predict Climate Variations Associated with El Niño and the Southern Oscillation: Accomplishments and Legacies of the TOGA Program. National Academy Press, Washington, D.C., 171 pp., (panel member and contributing author)

National Research Council, 1995: A Review of the U.S. Global Change Research Program and NASA's Mission to Planet Earth/Earth Observing System. National Academy Press, Washington, D.C., 96 pp. (Contributing author)

National Research Council, 1994: Review of US Planning for the Global Ocean Observing System. National Academy Press, Washington, D.C., 25 pp. (Committee member, editorial contributions)

National Research Council, 1994: Ocean-Atmosphere Observations Supporting Short-Term Climate Predictions. National Academy Press, Washington, D.C., 51 pp. (Panel member and contributing author)

National Research Council, 1994: GOALS: Global Ocean-Atmosphere-Land System for Predicting Seasonal-to-Interannual Climate. National Academy Press, Washington, D.C., 103 pp. (Panel member and contributing author)

National Research Council, 1990: TOGA: A Review of Progress and Future Opportunities. National Academy Press, Washington, D.C., 66 pp. (Panel member and contributing author)

## Articles in Other Periodicals

Lukas, R., 2001: Freshening of the Upper Thermocline in the North Pacific Subtropical Gyre Associated With Decadal Increase of Rainfall. CLIVAR Exchanges, 6(2), 16—21.

Lukas, R., 1994: Interannual Variability of Pacific Deep and Bottom Waters Observed in the Hawaii Ocean Time-series. WOCE Notes, 6(2). 1, 3, 14-15

Lukas, R. and P. Webster, 1992: TOGA-COARE Tropical Ocean–Global Atmosphere Program and Coupled Ocean–Atmosphere Response Experiment. Oceanus, 35(2), 62–65.

Lukas, R. and S. Chiswell, 1991: HOT Results: Submesoscale Water Mass Variations in the Salinity Maximum of the North Pacific. WOCE Notes, 3(1), 1,6–8.

Lukas, R., 1991: The diurnal cycle of sea surface temperature in the western equatorial Pacific. TOGA Notes 1(2), 1–5

Lukas, R., W. Patzert, G. Meyers, W. Emery, 1990: Klaus Wyrtki's Forty Years of Contributions to Oceanography: His Students' Perspective. Oceanography 3(1), 36–38.

Enfield, D. and R. Lukas, 1984: Low-frequency sea level variability along the South American coast in 1981–83. Tropical Ocean-Atmosphere Newsletter, 28, 2–4.

Firing, E. and R. Lukas, 1983: El Niño at the equator and 159°W. Tropical Ocean-Atmosphere Newsletter, 21, 9–11.

Lukas, R. and E. Firing, 1983: Anomalous sea level, sea surface temperature and currents in the central equatorial Pacific in 1982. Tropical Ocean-Atmosphere Newsletter, 16, 9–10.

Lukas, R. and E. Firing, 1982: The geostrophic balance of the Pacific Equatorial Undercurrent. Tropical Ocean-Atmosphere Newsletter, 14, 3–4.

Lukas, R. and E. Firing, 1982: An annual Rossby wave in the central equatorial Pacific. Tropical Ocean-Atmosphere Newsletter, 12, 3–4.

## *Conference Proceedings*

Morrison, A. T. III, J.M. Toole, R. Lukas, S.E. Worrilow, and K.W. Doherty, 2001: Results From the First Successful Field Deployment of the McLane Moored Profiler. Proceedings of Oceans 2001, Honolulu, Hawaii.

Bradley, F., R. Lukas and S. DeCarlo, 2001: A fresh look at rainfall estimates during TOGA-COARE. Proceedings of the WCRP/SCOR Workshop on Intercomparison and Validation of Ocean-Atmosphere Flux Fields, G. White, Ed., Potomac, MD., USA, May 21-24, 2001. 325-328.

Hacker, P., P.J. Webster, R. Lukas, C.W. Fairall, S. Godfrey, J. P. Duvel, and J. C. Kindle, 2000: Intraseasonal processes and variability associated with the Asian-Australian monsoon, and observational plans and requirements for the future. Workshop on Sustained Observations of Climate in the Indian Ocean (SOCIO) 13–15 November 2000, Perth, Western Australia.

Send, U., R. Weller, S. Cunningham, C. Eriksen, T. Dickey, M. Kawabe, R. Lukas, M. McCartney, and S. Osterhuis, 2001: Oceanographic time series observatories, Observing the Ocean for Climate in the 21st Century, eds. C.J. Koblinsky and N.R. Smith, Australian Bureau of Meteorology, 376-390.

Feng, M., P. Hacker and R. Lukas, 1999: Upper ocean Heat and Salt Balances in the Western Equatorial Pacific during TOGA COARE. COARE'98: Proceedings of a Conference on the TOGA Coupled Ocean-Atmosphere Response Experiment (COARE), Boulder, Colorado, USA, 7-14 July 1998. WCRP-107, WMO/TD-No. 940. World Climate Research Programme/World Meteorological Organization, Geneva, 301-302.

Soloviev, A., R. Lukas, P. Hacker, M. Baker, H. Schoeberlein and A. Arjannikov, 1999: Fine Thermohaline Structure and Turbulent Mixing in Near-Surface Layer of the Ocean. COARE'98: Proceedings of a Conference on the TOGA Coupled Ocean-Atmosphere Response Experiment (COARE), Boulder, Colorado, USA, 7-14 July 1998. WCRP-107, WMO/TD-No. 940. World Climate Research Programme/World Meteorological Organization, Geneva, 275-276.

Soloviev, A., R. Lukas and P. Hacker, 1999: An Approach to Parameterization of the Oceanic Turbulent Boundary Layer in the Western Pacific Warm Pool. COARE'98: Proceedings of a Conference on the TOGA Coupled Ocean-Atmosphere Response Experiment (COARE), Boulder, Colorado, USA, 7-14 July 1998. WCRP-107, WMO/TD-No. 940. World Climate Research Programme/World Meteorological Organization, Geneva, 367-368.

Soloviev, A., R. Lukas and P. Hacker, 1999: Horizontal Structure of the Upper Ocean Velocity and Density Fields in the Western Equatorial Pacific Warm Pool. COARE'98: Proceedings of a Conference on the TOGA Coupled Ocean-Atmosphere Response Experiment (COARE), Boulder, Colorado, USA, 7-14 July 1998. WCRP-107, WMO/TD-No. 940. World Climate Research Programme/World Meteorological Organization, Geneva, 289-290.

Godfrey, J.S., R.A. Houze, K.-M. Lau, R. Lukas, P.J. Webster and R.A. Weller, 1999: TOGA-COARE: How Well Have we Progressed Towards Understanding Air-Sea Coupling in the Warm Pool? COARE'98: Proceedings of a Conference on the TOGA Coupled Ocean-Atmosphere Response Experiment (COARE), Boulder, Colorado, USA, 7-14 July 1998. WCRP-107, WMO/TD-No. 940. World Climate Research Programme/World Meteorological Organization, Geneva, 1-15.

Anderson, S.P., F. Bradley, S. Chen, S.K. Esbensen, R. Lukas, G.A. Meehl, L.M. Rothstein, S.A. Rutledge and J.A. Young, 1999: The "Gaps Group" Report: The Challenges That Remain To Complete The Goals Of

11

COARE. COARE'98: Proceedings of a Conference on the TOGA Coupled Ocean-Atmosphere Response Experiment (COARE), Boulder, Colorado, USA, 7-14 July 1998. WCRP-107, WMO/TD-No. 940. World Climate Research Programme/World Meteorological Organization, Geneva, 142-147

Lagerloef, G.S.E. and R. Lukas, 1999: Large Scale Upper Ocean Circulation and Heat Fluxes. COARE'98: Proceedings of a Conference on the TOGA Coupled Ocean-Atmosphere Response Experiment (COARE), Boulder, Colorado, USA, 7-14 July 1998. WCRP-107, WMO/TD-No. 940. World Climate Research Programme/World Meteorological Organization, Geneva, 155-156

Webster, P.J. and R. Lukas, 1999: The Legacy of TOGA COAR for CLIVAR. COARE'98: Proceedings of a Conference on the TOGA Coupled Ocean-Atmosphere Response Experiment (COARE), Boulder, Colorado, USA, 7-14 July 1998. WCRP-107, WMO/TD-No. 940. World Climate Research Programme/World Meteorological Organization, Geneva, 71-79

Lukas, R., 1998: A Freshening of the Upper Pycnocline in the North Pacific Subtropical Gyre. In Proceedings of The International Symposium TRIANGLE '98, September 29 – October 2, 1998. Japan Marine Science and Technology Center, Yokosuka, Japan, 294-303.

Lukas, R., 1997: Seasonal-to-Decadal Variability of the Pacific North Equatorial Current: A Downstream Predictability and Impacts Assessment. Proceedings of the 1stInternational Symposium on Ocean Acoustic Tomography (13-14 March 1997). Japan Marine Science and Technology Center, Yokosuka, Japan, 84-99.

Lukas, R., 1997: Modes of ocean temperature variability in relation to the monsoons and their interannual variations. In: Preprint of abstracts of papers for the First WMO International Workshop on Monsoon Studies (Denpasar, Bali Island, Indonesia, 24-28 February 1997). Trop. Met. Res. Prog. Rept. Ser., Rept. No. 57, WMO/TD – No. 786, World Meteorological Organization, Geneva, 146-147.

Lukas, R., F. Santiago-Mandujano and E. Firing, 1997: Long-term hydrographic variations observed in the Hawaii Ocean Time-series. In: Proceedings of the OOPC Ocean Climate Time-series Workshop, The Johns Hopkins University, Baltimore, Maryland, 18-20 March, 1997. GCOS Rept. No. 41, Annex XX.

Lukas, R., 1996: Seasonal-to-Decadal Variability of the Pacific North Equatorial Current: A Downstream Predictability and Impacts Assessment. International Workshop on Ocean Climate Variations from Seasonal to Decades with Special Emphasis on Pacific Ocean Buoy Network, Mutsu, Japan, May 29-31, 1996. Japan Marine Science and Technology Center, Yokosuka, Japan, 40-55.

Lagerloef, G., R. Lukas, and R.A. Weller, 1996: Pacific Warm Pool Sea Surface Temperature Regulation as Indicated by a Stochastic Forcing Model and TOGA COARE Measurements. Preprints for the Eighth Conference on Air-Sea Interaction, American Meterological Society, J177–J121.

Sui, C.-H., X. Li, K.-M. Lau, D. Adamec, and R. Lukas, 1996: Multi-Scale Air-Sea Interactions During TOGA COARE. Preprints for the Eighth Conference on Air-Sea Interaction, American Meterological Society, J108–J111.

Skyllingstad, E.D., A. Soloviev, R. Lukas, and W. Smyth, 1996: The Role of Rainfall, Surface Heat Flux, and Wind in Controlling the Sea Surface Temperature of the Western Tropical Pacific Ocean. Preprints for the Eighth Conference on Air-Sea Interaction, American Meterological Society, J50–J53.

Lukas, R. and A. Soloviev, 1996: Small-Scale Spatial Variability in Near-Surface Temperature and Salinity in the Western Pacific Warm Pool. Preprints for the Eighth Conference on Air-Sea Interaction, American Meterological Society, J46–J49.

Lukas, R., G. Mitchum, and J. Potemra 1995: Large-Scale Estimation of Transport From the Pacific to the Indian Ocean. Proceedings of International Workshop on the Throughflow Studies in and Around Indonesian Waters. Jakarta, Indonesia, 10-12 October 1995, publ. BPPT, Jakarta. 197–211.

Lukas, R. and P.J. Webster, 1995: The Role of the Hydrological Cycle in Interannual Climate Variability. TOGA '95 Conference Proceedings, Melbourne, Australia, WCRP-91, WMO/TD No. 717, 509–513.

Lukas, R., P. Hacker, M. Mao, E. Firing, A. Huyer, and P. M. Kosro, 1995: Upper Ocean Currents in the Intensive Flux Array During TOGA COARE. TOGA '95 Conference Proceedings, Melbourne, Australia, WCRP-91, WMO/TD No. 717, 542–546.

Huyer, A, P.M. Kosro, P. Hacker and R. Lukas, 1995: Temporal variability of thermohaline fields in the COARE Intensive Flux Array. TOGA '95 Conference Proceedings, Melbourne, Australia, WCRP-91, WMO/TD No. 717, 479–483.

Henin, C. Y. du Penhoat, M. Ioualalen and R. Lukas, 1995: Large-scale sea-surface salinity changes in the western equatorial Pacific Ocean during 1992–1994. TOGA '95 Conference Proceedings, Melbourne, Australia, WCRP-91, WMO/TD No. 717, 434–438.

Potemra, J.T., R. Lukas and B. Qiu, 1994: Interannual fluctuations of the bifurcation of the North Equatorial Current in the western Pacific. Proceedings of the IOC/WESTPAC Symposium III, Bali, Indonesia, November 22-26, 1994. Presented by R. Lukas.

Qiu, B., J.T. Potemra and R. Lukas, 1994: On the seasonal and interannual bifurcation of the north equatorial current along the Pacific western boundary. Proceedings of the IOC/WESTPAC Symposium III, Bali, Indonesia, November 22-26, 1994. Presented by R. Lukas.

Lukas, R., 1992: The Global Ocean-Atmosphere-Land System (GOALS) Program. Proceedings of the First Workshop of the TOGA-TAO Implementation Panel, Honolulu, HI, November 9–10, 1992. 17.

Lukas, R., 1992: University of Hawaii Ocean Circulation Research in the Western Tropical Pacific Region. Workshop 1992 on Ocean Research Program, JAMSTEC, Yokosuka, JAPAN, September 7–9, 1992, 93–94.

Lukas, R., 1991: Preliminary Observations of Salinity Variations in the Western Equatorial Pacific and Implications for COARE. US-Japan Bilateral Workshop on ENSO: Collection of Abstracts, Seattle, Washington, September 10–14, 1990, 11–16.

Lukas, R., 1991: The Role of Salinity in the Dynamics and Thermodynamics of the Western Pacific Warm Pool. International TOGA Scientific Conference Proceedings (Invited Papers), Honolulu, Hawaii, U.S.A., 16–20 July 1990, World Climate Research Programme rept. WCRP-43, World Met. Org. rept. WMO/TD-No. 379, 73–81.

Lukas, R., 1989: The Thermohaline Structure of the Western Equatorial Pacific Upper Ocean. Proceedings of the International Symposium on Japanese Pacific Climate Study (JAPACS), Tsukuba, Japan, October 19–20, 23-1–23-2.

Picaut, J., R. Lukas and T. Delcroix, eds., 1989: Proceedings of the Western Pacific International Meeting and Workshop on TOGA/COARE, Nouméa, 24–30 May. ORSTOM/Nouméa, New Caledonia, 833 pp.

Hacker, P., E. Firing, R. Lukas, P. Richardson, and C. Collins, 1989: Observations of the Low-latitude Western Boundary Circulation in the Pacific during WEPOCS III. Proceedings of the Western Pacific International Meeting and Workshop on TOGA/COARE, Nouméa, New Caledonia, 24–30 May, 135–143.

Lukas, R., 1989: Observations of air-sea interactions in the western Pacific warm pool during WEPOCS. Proceedings of the Western Pacific International Meeting and Workshop on TOGA/COARE, Nouméa, New Caledonia, 24–30 May, 599–610.

Lukas, R., 1989: The Impact of Clouds and Fresh Water Flux on the Dynamics and Thermodynamics of the Tropical Ocean. Preprints, Symposium on the Role of Clouds in Atmospheric Chemistry and Global Climate, Anaheim, California, Jan. 30–Feb. 2, Amer. Meteor. Soc., 35–38.

Lukas, R., 1988: On The Role of Western Pacific Air-Sea Interaction in the El Niño/Southern Oscillation Phenomenon. Proceedings of the U. S. TOGA Western Pacific Air-Sea Interaction Workshop, Honolulu, Hawaii, 16–18 September, 1987. R. Lukas and P. Webster, eds., U.S. TOGA Rept. USTOGA-8, U. Corp. Atmos. Res., 43–69.

Lukas, R. and E. Lindstrom, 1987: The mixed layer of the western equatorial Pacific Ocean. Proceedings of the 'Aha Huliko'a Hawaiian Winter Workshop on the Dynamics of the Oceanic Surface Mixed Layer, Honolulu, Hawaii, P. Müller and D. Henderson, eds., Hawaii Institute of Geophysics Special Pub., 67–94.

Lukas, R., 1987: WEPOCS and the US/PRC Bilateral: TOGA Western Tropical Pacific Air-Sea Interaction Studies. Further Progress in Equatorial Oceanography: A Report of the US TOGA Workshop on the Dynamics of Equatorial Oceans. E. Katz and J. Witte, eds., Nova University Press, Ft. Lauderdale, Florida.

Wyrtki, K. and R. Lukas, 1984: Sea level during the 1982–83 El Niño. Papers from 1982–83 El Niño/Southern Oscillation Workshop, J. Witte, ed., 25–32.

Lukas, R. and K. Wyrtki, 1984: Equatorial Kelvin and Rossby waves observed in sea level during 1982. Papers from 1982–83 El Niño/Southern Oscillation Workshop, J. Witte, ed. pp. 125–135.

## *Internal Reports*

Fujieki, L. A., F. Santiago-Mandujano, J. Johnson, C. Sheridan, R. Lukas, and D. Karl, 2002: Hawaii Ocean Time-series Data Report 12: 2000, School of Ocean and Earth Science and Technology, U. Hawaii, 213 pp. online at http://hahana.soest.hawaii.edu/hot/reports/rep_y12.pdf

Santiago-Mandujano, F., L. Tupas, D. Hebel, L. Fujieki, R. Lukas, and D. Karl, 2001: *Hawaii Ocean Time-series Program Data Report 11, 1999*. School of Ocean and Earth Science and Technology, Univ. of Hawaii, Honolulu, HI, 191 pp.

Lukas, R., P. Hacker, J. Hummon, S. DeCarlo, and F. Santiago-Mandujano, 2001: Hydrographic Observation During the Joint Air-Sea Monsoon Interaction Experiment (JASMINE) Pilot Study. SOEST data report 5319.

Davis, R., W. Kessler, R. Lukas et al., 1999: The Design of PBECS: Implementation Plan for the Pacific Basin Extended Climate Study. CLIVAR Project Office (available at www.usclivar.org)

Lukas, R. and D. Karl, 1999: Hawaii Ocean Time-series (HOT): A Decade of Interdisciplinary Oceanography. School of Ocean and Earth Science and Technology, U. Hawaii, Rept. SOEST-99-05, CD-ROM.

Freitag, H.P., M.E. McCarty, C. Nosse, R. Lukas, M.J. McPhaden and M.F. Cronin, 1999: COARE Seacat data: Calibrations and quality control procedures. NOAA Tech. Memo. ERL PMEL-115, Pacific Marine Environmental Laboratory, Seattle, Washington, 89 pp.

Tupas, L., F. Santiago-Mandujano, D. Hebel, E. Firing, R. Lukas, and D. Karl, 1998: Hawaii Ocean Time-series Data Report 9: 1997.

Tupas, L., F. Santiago-Mandujano, D. Hebel, C. Nosse, L. Fujieki, E. Firing, R. Lukas, and D. Karl, 1997: Hawaii Ocean Time-series Data Report 8: 1996. School of Ocean and Earth Science and Technology, U. Hawaii, Rept. SOEST-97-07, 296 pp.

Lukas, R., R. Davis, W. Kessler, et al., 1998: Prospectus for a Pacific Basin-wide Extended Climate Study. 35 pages, available from http://www.soest.hawaii.edu/~rlukas/PBECS/pbecs.html

Lukas, R., 1997: Science Plan for the International Pacific Research Center. 57 pages.

Karl, D., L. Tupas, F. Santiago-Mandujano, C. Nosse, D. Hebel, E. Firing and R. Lukas, 1996: Hawaii Ocean Time-series Data Report 7: 1995. School of Ocean and Earth Science and Technology, U. Hawaii, Rept. SOEST 96-09, 228 pp.

Tupas, L., F. Santiago-Mandujano, D. Hebel, E. Firing, R. Lukas, and D. Karl, 1995: Hawaii Ocean Time-series Data Report 6: 1994. School of Ocean and Earth Science and Technology, U. Hawaii, Rept. SOEST-95-6, 199 pp.

Shinoda, T., S. DeCarlo, S. Kennan, R. Lukas, F. Santiago-Mandujano, 1995: Shipboard measurements from R/V Moana Wave during TOGA COARE enhanced monitoring cruises. U. Hawaii Sch. Ocean & Earth Sci. & Tech. Rept. SOEST-95-05, 201 pp.

Soloviev, A., R. Lukas, S. DeCarlo, J. Snyder, A. Arjannikov, M. Baker, and D. Khlebnikov, 1995: Small-scale measurements near the ocean-air interface during TOGA COARE. U. Hawaii Sch. Ocean & Earth Sci. & Tech. Rept. SOEST-95-05, 257 pp.

Rual, P., F. Gallois, R. Lukas, G. Muckenhaupt, L. Stratton, and P. Verlaan, 1995: Rapport de la campagne COARE 156-1 à bord du N.O. LE NOROIT du 20 Août au 16 Septembre 1991 de 20°S à 10°N le long du méridien 156°E et en Mer du Corail. Rapports de Missions Science de la Mer, Océanographie-Physique, No. 14, ORSTOM Centre de Nouméa, 151 pp.

Tupas, L., F. Santiago-Mandujano, D. Hebel, E. Firing, F. Bingham, R. Lukas, and D. Karl, 1994: Hawaii Ocean Time-series Data Report 5, 1993. School of Ocean and Earth Science and Technology, U. Hawaii, Rept. SOEST-94-5.

Tupas, L., F. Santiago-Mandujano, D. Hebel, R. Lukas, D. Karl, and E. Firing, 1993: Hawaii Ocean Time-series Data Report 4, 1992. SOEST Tech. Rept. 93-14, University of Hawaii, 248 pp.

Winn, C., R. Lukas, D. Karl and E. Firing, 1993: Hawaii Ocean Time-series Data Report 3: 1991. SOEST Tech. Rept. 93-3, University of Hawaii, 228 pp.

Donohue, K.A., M. Wimbush, S.M. Chiswell and R. Lukas, 1992: Line Islands Array 1985-1989 data report: Dynamic height time series. Graduate School of Oceanogr. Tech. Rep. 92-5, U. Rhode Island, Narragansett, R.I.

Winn, C., S. Chiswell, E. Firing, D. Karl and R. Lukas, 1991: Hawaii Ocean Time-series Data Report 2: 1990. SOEST Tech. Rept. 92-1, University of Hawaii, 175 pp.

Chiswell, S., E. Firing, D. Karl, R. Lukas and C. Winn, 1990: Hawaii Ocean Time-series Data Report 1: 1988–1989. SOEST Tech. Rept. No. 1, University of Hawaii, 269 pp.

Picaut, J., R. Lukas, T. Delcroix, Y. Dandonneau and le Groupe SURTROPAC, 1990: Organisation et résultats du "Symposium International sur le Pacifique Ouest et Réunion de Travail TOGA COARE" (24–30 mai 1989, Centre ORSTOM de Nouméa). Sci. Mer: Océanogr. phys., ORSTOM, Nouméa, 64 pp.

Firing, E., R. Cabrera and R. Lukas, 1989: Currents in the Equatorial Pacific: An Atlas of the Line Islands Profiling Project. JIMAR Cont. No. 89-0167, University of Hawaii.

Tsuchiya, M. and R. Lukas, 1987: Western Equatorial Pacific Ocean Circulation Study (WEPOCS II), Shipboard Chemical and Physical Data Report. Scripps Institution of Oceanography Rept. 87-20, 253 pp.

Lukas, R. and M. Tsuchiya, 1986: Hydrographic observations from the first U.S. cruise of the Western Equatorial Pacific Ocean Circulation Study (WEPOCS). Data Report 001, Joint Institute for Marine and Atmospheric Research, University of Hawaii, 350 pp.

Lukas, R. 1985: PEQUOD Line Islands Profiling Program, In: El Niño Atlas, 1982-83. A. Leetmaa and J. Witte, eds., Nova University Press.

Lukas, R., 1985: Report of the Line Islands Array, Cruise I. 11 February–23 March, 1985. JIMAR Report 85-001, University of Hawaii.

Lukas, R., 1981: Termination of the Equatorial Undercurrent in the eastern Pacific. Ph.D. dissertation, University of Hawaii.

Lukas, R., 1978: The prediction of hypothetical oil slick trajectories at the Honolulu Harbor channel entrance. Hawaii Institute of Geophysics Report, HIG 78-3, University of Hawaii.