ORIGINAL

59

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4890
Facsimile: (808) 523-4583
e-mail: Dmayeshiro@honolulu.gov

EW
nsc 6/16

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; REGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, REGINAE C. LAUGHLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendants. | Civil No. CV04 00428 DAE-LEK<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT CITY AND COUNTY OF HONOLULU DATED APRIL 4, 2006; EXHIBITS "A-C" |

I:/Powell/

EXHIBIT "37"

    (a)    If so, please identify the document which would indicate those numbers and the person who has possession of them.

ANSWER:

Attendance Summary Report. Jacqueline Nerona, Cashiering Supervisor of Hanauma Bay.

What was the number of documented visitors to Hanauma Bay on July 19, 2002?

ANSWER:

DPR: 3,773

    (a)    Where did you obtain this information?

ANSWER:

DPR: Attendance Summary Report.

3. Did anyone in the City and County Parks and Recreation Division receive any memos, letters or written requests for increased lifeguard staffing at Hanauma Bay from 2000-2003?

Objection. Vague and ambiguous. Request for information after the date of the incident is not reasonably calculated to lead to admissible evidence. Subsequent remedial measures.

_____
Derek T. Mayeshiro

Without waiving said objections, DPR responds as follows:

DPR is not aware of receiving such documents.

-6-