**ORIGINAL**

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:  (808) 523-4583
e-mail:  Dmayeshiro@honolulu.gov

Attorneys for Defendant
 CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; REGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, REGINAE C. LAUGHLIN,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>    Defendants. | Civil No. CV04 00428 DAE-LEK<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY AND COUNTY OF HONOLULU DATED DECEMBER 21, 2004<br>[Bate Stamp 00001 - 00164] |

I:/Powell/

**EXHIBIT "38"**

11.    Please produce all documents related to any City and County Hanauma Bay employee manual, instructions or procedures related to any employee position in the vicinity of the beach, including any such documents related to Daniel Neves, Ron Brogham, William Goodwin and Robb Dorr's positions as well as the Lifeguard and Beach Information Manager position.

Answer:

Objection.  Overly broad.  Unduly burdensome.  Vague and ambiguous.  Violates copyright laws.

Derek T. Mayeshiro

See attached documents.

12.    Please produce all documents or signage related to any City warnings or safety instructions related to the hotel pool or the ocean, including any warnings or instructions that were allegedly given to Plaintiffs.

Answer:

Objection.  Overly broad.  Unduly burdensome.  Vague and ambiguous.

Derek T. Mayeshiro

See attached documents.