IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, ) | CIVIL NO. CV04-00428 LEK |
| THROUGH PERSONAL ) | |
| REPRESENTATIVE MARY K. ) | |
| POWELL; THE ESTATE OF JAMES ) | CERTIFICATE OF SERVICE |
| D. LAUGHLIN, THROUGH ) | |
| PERSONAL REPRESENTATIVE ) | |
| RAGINAE C. LAUGHLIN; MARY K. ) | |
| POWELL, INDIVIDUALLY; ) | |
| RAGINAE C. LAUGHLIN, ) | |
| INDIVIDUALLY; CHLOE ) | **TRIAL**:   April 3, 2007 |
| LAUGHLIN, A MINOR, THROUGH ) | |
| HER NEXT FRIEND, RAGINAE C. ) | |
| LAUGHLIN, ) | |
| ) | |
|            Plaintiffs, ) | |
| ) | |
|   vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU, ) | |
| ) | |
|            Defendant. ) | |
| ) | |
|   and ) | |
| ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU, ) | |
| ) | |
|            Third-Party Plaintiff, ) | |
| ) | |
|   vs. ) | |
| ) | |
| UNIVERSITY OF HAWAII, a body ) | |
| corporate; JOHN DOES 1-10, JANE ) | |

DOES 1-10, DOE CORPORATIONS )
and DOE ENTITIES, )
                                                    )
            Third-Party )
            Defendants. )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

                                                                                DATE:

Derek T. Mayeshiro, Esq.       dmayeshiro@honolulu.gov       January 18, 2007

       Attorney for Defendant CITY AND COUNTY OF HONOLULU

       DATED:  Honolulu, Hawai`i, January 18, 2007.

                                                  /s/ Emily Kawashima Waters
                                                  IAN L. MATTOCH
                                                  EMILY KAWASHIMA WATERS
                                                  Attorneys for Plaintiffs