LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                  898-0
EMILY KAWASHIMA WATERS   6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[Deponent: Ben Lee] |
| Plaintiffs, | ) ) | |
| vs. | ) ) | TRIAL: April 3, 2007 |
| CITY AND COUNTY OF HONOLULU, | ) ) | |
| Defendant. | ) ) | |
| and | ) ) | |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE RE:  PLAINTIFFS' NOTICE
OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of Plaintiffs' Notice of Taking Deposition Upon Oral Examination [Ben Lee] was duly served via hand delivery to the following parties addressed as follows on January 22, 2007:

> CARRIE K.S. OKINAGA, ESQ.
> Corporation Counsel
> DEREK T. MAYESHIRO, ESQ.
> Deputy Corporation Counsel
> City and County of Honolulu
> 530 South King Street, Room 110
> Honolulu, Hawai`i  96813
>   Attorneys for Defendant
>     CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, January 22, 2007.

/s/ Emily Kawashima Waters
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

2