LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                 898-0
EMILY KAWASHIMA WATERS   6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　　Defendant.<br><br>　　and<br><br>CITY AND COUNTY OF HONOLULU, | CIVIL NO. CV04-00428 LEK<br><br>STIPULATION TO EXTEND (1) DISCOVERY CUTOFF, (2) DEPOSITION DESIGNATIONS, (3) OBJECTIONS TO DEPOSITION DESIGNATIONS, AND (4) COUNTER-DEPOSITION DESIGNATIONS; ORDER<br><br><br>TRIAL: April 3, 2007 |

|  |  |
|---|---|
| Third-Party Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| UNIVERSITY OF HAWAI`I, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
|  | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

STIPULATION TO EXTEND (1) DISCOVERY CUTOFF, (2) DEPOSITION DESIGNATIONS, (3) OBJECTIONS TO DEPOSITION DESIGNATIONS, AND (4) COUNTER-DEPOSITION DESIGNATIONS

IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant, by and through their undersigned counsel, that the following deadlines be extended as follows:

|  | Current deadline | Proposed deadline |
|---|---|---|
| Discovery cutoff | February 2, 2007 | March 16, 2007 |
| Deposition designations | March 13, 2007 | March 23, 2007 |
| Objections to deposition designations/Counter-deposition designations | March 20, 2007 | March 30, 2007 |

DATED:  Honolulu, Hawai`i, January 25, 2007.

        /s/ Emily Kawashima Waters
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs

        /s/ Derek T. Mayeshiro
CARRIE S. OKINAGA
DEREK T. MAYESHIRO
Attorneys for Defendant
CITY AND COUNTY OF
 HONOLULU

APPROVED AND SO ORDERED:



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

========================================
The Estate of Erik A. Powell, Through Personal Representative Mary K. Powell, et al. v. City and County of Honolulu, Civil No. CV04-00428 LEK; STIPULATION TO EXTEND (1) DISCOVERY CUTOFF, (2) DEPOSITION DESIGNATIONS, (3) OBJECTIONS TO DEPOSITION DESIGNATIONS; AND (4) COUNTER-DEPOSITION DESIGNATIONS; ORDER.