IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; REGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, REGINAE C. LAUGHLIN,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendant.<br><br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Third-Party Plaintiff,<br><br>vs<br><br>UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE | Civil No. CV04 00428 LEK<br><br>SUPPLEMENTAL DECLARATION OF RALPH GOTO |

```
CORPORATIONS and DOE        )
ENTITIES,                   )
                            )
                            )
        Third-Party Defendants. )
_____)
```

## SUPPLEMENTAL DECLARATION OF RALPH S. GOTO

I, RALPH S. GOTO, hereby declare as follows:

1.  I am the Administrator of the Ocean Safety and Lifeguard Services Division, Honolulu Emergency Services Department, City & County of Honolulu, and have served in this capacity since 1981.

2.  I have personal knowledge of and am competent to testify to the following:

3.  In addition to being the Administrator of the Ocean Safety and Lifeguard Services for the City and County of Honolulu, I am also a member of the Task Force established under Act 190 of the 1996 Session Laws of Hawaii ("Task Force").

4.  I have been a continuous member of the Task Force since it was created in 1996.

5.  As a member of the Task Force, I have received documentation pertaining to Act 190 petitions and approvals, including the documents described below.

2

6. Exhibit "H" is true and correct documents that the Task Force submitted to the Chair of BLNR in 1997 that described the design and placement of proposed Act 190 signs at Hanauma Bay and requesting approval of the same.

7. Attached as Exhibit "I" is a true and correct copy of a memorandum dated October 13, 1997 from the Task Force to the Chair of the Board of Land and Natural Resources ("BLNR").

8. Exhibit "I" reflects the request by the Task Force and the approval from the Chair of BLNR of the proposed Act 190 signs at Hanauma Bay.

9. The Act 190 signs described in Exhibit "H" were placed at Hanauma Bay and were present at their described location on July 19, 2002.

I, RALPH S. GOTO, declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, January 25, 2007.

_____
Ralph S. Goto