# PUBLIC BEACH PARK WARNING OF EXTREMELY DANGEROUS OCEAN CONDITIONS

BEACH PARK NAME: Hanauma Bay Beach Park

NARRATIVE LOCATION OF BEACH PARK:
(Refer also to island map)
7455 Kalanianaole Hwy.; Honolulu, HI 96825

TAX MAP KEY (optional): 3 - 9 - 012:002.

TYPE OF HAZARD(S): Current __X__    Shorebreak _____    Other _____

NARRATIVE DESCRIPTION OF POSTED SIGN LOCATION(S):
(Refer also to sketch map)

LOCATION # 1 : On side, lifeguard tower 3A which is located in front of the center comfort station, facing the comfort station.

LOCATION # 2 : Behind lifeguard tower 3B which is located in front of the vehicle turnaround area, facing the turnaround.

LOCATION # 3 : At the end of the sand area before the rock ledge starts. Sign would face the sand and bathhouse area.

LOCATION # ___:

LOCATION # ___:

LOCATION # ___:

LOCATION # ___:

LOCATION # ___:

LOCATION # ___:

OCT 16 1997

EXHIBIT H

