Case 1:04-cv-00428-LEK    Document 130-4    Filed 01/26/2007    Page 1 of 3



BENJAMIN J. CAYETANO
GOVERNOR OF HAWAII

**STATE OF HAWAII
DEPARTMENT OF LAND AND NATURAL RESOURCES**
P. O. BOX 621
HONOLULU, HAWAII 96809

October 13, 1997

CHAIRPERSON
MICHAEL D. WILSON
BOARD OF LAND AND NATURAL RESOURCES

DEPUTY DIRECTOR
GILBERT S. COLOMA-AGARAN

AQUACULTURE DEVELOPMENT
PROGRAM
AQUATIC RESOURCES
BOATING AND OCEAN RECREATION
CONSERVATION AND
ENVIRONMENTAL AFFAIRS
CONSERVATION AND
RESOURCES ENFORCEMENT
CONVEYANCES
FORESTRY AND WILDLIFE
HISTORIC PRESERVATION
LAND MANAGEMENT
STATE PARKS
WATER AND LAND DEVELOPMENT

## MEMORANDUM

**TO:** Mr. Michael D. Wilson, Chairperson
Board of Land and Natural Resources

**FROM:** Ralston Nagata, Chairperson's Designee
Task Force on Beach and Water Safety

**SUBJECT:** Sign Placement Documentation

The Task Force has reviewed documentation prepared for your approval action. The Task Force "Guidelines for Signage Placement" provided general guidance for locations selected. The attached documentation on the City and County of Honolulu's parks include recommended revisions as described in the Task Force's May 29 and July 17, 1997 minutes.

All submitted documentation sheets will be date stamped, as your sign placement approval, together with your previous sign design approval, are necessary steps in administering Act 190. Once approved, such date stamped copies of the documentation will be disseminated to the Task Force Members.

Thereafter, the signs will be installed at the approved placement locations.

RALSTON NAGATA

I hereby approve all sign placements for City and County of Honolulu's parks submitted via this memorandum:

MICHAEL D. WILSON, Chairperson
Date  OCT 16 1997

Att. May 29 and July 17, 1997 Minutes
Guidelines for Signage Placement
City and County of Honolulu Documentation

c   Task Force Members w/o atts.

EXHIBIT I

# CITY & COUNTY OF HONOLULU
## BEACH PARKS

| | ADDRESS | DISTRICT |
|---|---|---|
| Ala Moana\Aina Moana | 1201 Ala Moana Blvd;Hono. 96814 | I |
| Barbers Point | 91-021 Olai St;Ewa Beach 96707 | IV |
| Bellows Field | Kalanianaole Hwy;Waimanalo 96795 | II |
| Diamond Head | Diamond Head Beach Rd;Hono. 96815 | I |
| Ehukai | 59-337 Ke Nui Rd;Haleiwa 96712 | III |
| Ewa Beach | 91-027 Ft. Weaver Rd;Ewa Beach 96706 | IV |
| Haleiwa Alii | 66-167 Haleiwa Rd;Haleiwa 96712 | III |
| Haleiwa | 62-449/492 Kamehameha Hwy;Hono. 96712 | III |
| Hanauma Bay | 7455 Kalanianaole Hwy;Hono. 96825 | II |
| Hauula | 54-050 Kam. Hwy;Hauula 96717 | II |
| Kaaawa | 51-392 Kam. Hwy;Kaaawa 96730 | II |
| Kahe Point | 92-301 Farrington Hwy;Nanakuli 96792 | IV |
| Kalaeoio | 51-237 Kam. Hwy;Kaaawa 96730 | II |
| Kalama | 248 North Kalaheo Ave;Kailua 96734 | II |
| Kawaikui | 5475 Kalanianaole Hwy;Hono. 96821 | I |
| Keaau | 83-431 Farrington Hwy;Waianae 96792 | IV |
| Kualoa | 49-479 Kam. Hwy;Kualoa 96744 | II |
| Kuilei Cliffs | 3451 Diamond Head Rd;Hono. 96815 | I |
| Kuliouou | 96 Bay St;Hono. 96812 | I |
| Laie | 55-205 Kam. Hwy;Laie 96762 | II |
| Leahi | 3187 Diamond Head Rd;Hono. 96815 | I |
| Lualualei | 86-221 Farrington Hwy;Waianae 96792 | IV |
| Maili | 87-021 Farrington Hwy; Waianae 96792 | IV |
| Makaha | 84-369 Farrington Hwy;Waianae 96792 | IV |
| Makalei | 3111 Diamond Head Rd;Hono. 96815 | I |
| Makapuu | 41-095 Kalanianaole;Waimanalo 96795 | II |
| Mauna Lahilahi | 84-1161 Farrington Hwy;Waianae 96792 | IV |
| Maunalua Bay | 6505 Kalanianaole Hwy;Hono. 96825 | I |
| Mokuleia | 68-919 Kaena Point Rd;Waialua 96791 | III |
| Nanakuli | 89-269 Farrington Hwy;Waianae 96792 | IV |
| Oneula | 91-101 Papipi Rd;Ewa Beach 96706 | IV |
| Pupukea | 59-727 Kam. Hwy;Haleiwa 96712 | III |
| Sandy | Kalanianaole Hwy;Hono. 96825 | II |
| Sunset | Kam. Hwy; Sunset Beach 96712 | III |
| Swanzy | 51-369 Kam. Hwy;Kaaawa 96730 | II |
| Ulehawa | 87-1581 Farrington Hwy;Waianae 96792 | IV |
| Waialae | 4925 Kahala Ave;Hono. 96816 | I |
| Wailupe | 5045 Kalanianaole Hwy;Hono. 96821 | I |
| Waimanalo Bay | 61-031 Kalanianaole;Waimanalo 96795 | II |
| Waimanalo | 41-741 Kalanianaole;Waimanalo 96795 | II |
| Waimea Bay | 61-031 Kam. Hwy;Haleiwa 96712 | III |

OCT 16 1997

Map of Oahu with coastal locations labeled:

- Makapuu
- Waimanalo Bay
- Waimanalo
- Bellows
- Kalama
- Sandy
- Hanauma Bay
- Maunalua Bay
- Kuliouou
- Kawaikui
- Wailupe
- Waialae
- Kuilei Cliffs
- Diamond Head
- Leahi
- Makalei
- Ala Moana
- Ewa
- Oneula
- Barbers Point
- Kahe Point
- Nanakuli
- Ulehawa
- Maili
- Lualualei
- Mauna Lahilahi
- Makaha
- Keaau
- Mokuleia
- Haleiwa
- Alii
- Waimea Bay
- Pupukea
- Ehukai
- Sunset
- Laie
- Hauula
- Swanzy
- Kaaawa
- Kalaeoio
- Kualoa

OAHU

OCT 16 1997