IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; REGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, REGINAE C. LAUGHLIN,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendant.<br><br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE | CIVIL NO. CV04 00428 LEK<br><br>SUPPLEMENTAL DECLARATION OF DEREK T. MAYESHIRO |

| | |
|---|---|
| CORPORATIONS and DOE ENTITIES, | ) ) ) |
| Third-Party Defendants. | ) ) ) |

## SUPPLEMENTAL DECLARATION OF DEREK T. MAYESHIRO

I, DEREK T. MAYESHIRO, do hereby declare as follows:

1. I am an attorney licensed to practice law in all of the courts of the State of Hawaii, the United States District Court for the District of Hawaii, and the United States Court of Appeals for the Ninth Circuit. I am a member in good standing of all of the aforementioned courts.

2. I am a deputy corporation counsel for the City and County of Honolulu (hereinafter referred to as the "City") and one of the attorneys representing Defendant City and County of Honolulu in this action.

3. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

4. Attached hereto as Exhibit "J" are true and correct copies of documents Bate Stamped Nos. 00022 and 00023 that the City produced to Plaintiffs in response to their First Request for Production of Documents.

I, DEREK T. MAYESHIRO, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  Honolulu, Hawaii, January 26, 2007.

                                                  <u>/s/ Derek T. Mayeshiro</u>
                                                  Derek T. Mayeshiro