IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendant.<br><br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Third-Party Plaintiff,<br><br>vs<br><br>UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE | Civil No. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE |

ENTITIES,                                      )
                                               )
       Third-Party Defendants. )
                                               )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on January 26, 2007:

**Served Electronically through CM/ECF**:

| | |
|---|---|
| IAN L. MATTOCH, ESQ. | ian@ianmattoch.com |
| EMILY KAWASHIMA WATERS, ESQ. | emily@ianmattoch.com |
| Suite 1835, Pacific Guardian Center | |
| 737 Bishop Street | |
| Honolulu, Hawaii  96813 | |
| Attorneys for Plaintiffs | |

    DATED:  Honolulu, Hawaii, January 26, 2007.

                            CARRIE K.S. OKINAGA
                            Corporation Counsel


                            By /s/Derek T. Mayeshiro
                               DEREK T. MAYESHIRO
                               Deputy Corporation Counsel
                               Attorney for Defendant
                               CITY AND COUNTY OF HONOLULU