LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH  898-0
EMILY KAWASHIMA WATERS  6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br>  Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU, <br><br>  Defendant. <br><br> and | CIVIL NO. CV04-00428 LEK <br><br> CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION <br><br> [Deponent: Salvatore Lanzilotti] <br><br><br> TRIAL: April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

CERTIFICATE OF SERVICE RE:  PLAINTIFFS' NOTICE
OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of Plaintiffs' Notice of Taking Deposition Upon Oral Examination [Salvatore Lanzilotti] was duly served via U.S. mail to the following parties addressed as follows on February 2, 2007:

>   CARRIE K.S. OKINAGA, ESQ.
>   Corporation Counsel
>   DEREK T. MAYESHIRO, ESQ.
>   Deputy Corporation Counsel
>   City and County of Honolulu
>   530 South King Street, Room 110
>   Honolulu, Hawai`i  96813
>      Attorneys for Defendant
>        CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, February 2, 2007.

>                              /s/ Emily Kawashima Waters
>                              IAN L. MATTOCH
>                              EMILY KAWASHIMA WATERS
>                              Attorneys for Plaintiffs

2