ntc appearance

CARRIE K.S. OKINAGA          5958
Corporation Counsel
DEREK T. MAYESHIRO 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:  (808) 523-4583
e-mail:  dmayeshiro@honolulu.gov


ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
JOHN-ANDERSON L. MEYER 8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

Attorneys for Defendant and Third-Party Plaintiff
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, ) | CIVIL NO. 04-00428 DAE LEK |
| THROUGH PRESONAL ) | |
| REPRESENTATIVE MARY K. ) | NOTICE OF APPEARANCE OF |
| POWELL; THE ESTATE OF JAMES D. ) | COUNSEL; CERTIFICATE OF |
| LAUGHLIN, THROUGH PERSONAL ) | SERVICE |
| REPRESENTATIVE RAGINAE C. ) | |
| LAUGHLIN; MARY K. POWELL, ) | |

| | |
|---|---|
| INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY AND COUNTY OF HONOLULU, | ) ) |
| Defendant. | ) ) |
| and | ) ) |
| CITY AND COUNTY OF HONOLULU, | ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) ) |
| Third-Party Defendants. | ) ) |
| _____ | ) |

2

NOTICE OF APPEARANCE OF COUNSEL

COMES NOW the law firm of ROBBINS & ASSOCIATES and hereby makes its appearance as co-counsel for Defendant and Third-Party Plaintiff City and County of Honolulu.

DATED:  Honolulu, Hawaii, February 5, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF HONOLULU

Civil No. 04-00428 DAE LEK; Powell, et al. v. City and County of Honolulu