cos

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PRESONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br>          Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>          Defendant.<br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>          Third-Party Plaintiff,<br><br>    vs.<br><br>UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES,<br><br>          Third-Party Defendants.<br>_____ | CIVIL NO. 04-00428 DAE LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | |
|---|---|
| EMILY KAWASHIMA WATERS, ESQ.<br>emily@ianmattoch.com | February 5, 2007 |
| IAN L. MATTOCH, ESQ.<br>ian@ianmattoch.com | February 5, 2007 |
| DEREK T. MAYESHIRO, ESQ.<br>dmayeshiro@honolulu.gov | February 5, 2007 |

DATED:  Honolulu, Hawaii, February 5, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

Civil No. 04-00428 DAE LEK; <u>Powell, et al. v. City and County of Honolulu</u>; CERTIFICATE OF SERVICE (RE: NOTICE OF APPEARANCE OF COUNSEL)