LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

THOMAS E. COOK  1752-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  tcook@lbchlaw.com

Co-Counsel for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARK K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>         Plaintiffs,<br><br>    vs. | CIVIL NO. CV04 00428 LEK<br><br>APPEARANCE OF CO-COUNSEL FOR DEFENDANT CITY AND COUNTY OF HONOLULU; CERTIFICATE OF SERVICE |

|  |  |
|---|---|
| CITY AND COUNTY OF HONOLULU, | )<br>)<br>) |
| Defendant. | )<br>) |

### APPEARANCE OF CO-COUNSEL FOR
### DEFENDANT CITY AND COUNTY OF HONOLULU

COME NOW, Thomas E. Cook and Lyons, Brandt, Cook & Hiramatsu, and hereby enter their appearance as co-counsel for Defendant City and County of Honolulu. Corporation Counsel Carey K.S. Okinaga, Deputy Corporation Counsel Derek T. Mayeshiro, and Kenneth S. Robbins and Robbins & Associates shall continue to remain as co-counsel for Defendant City and County of Honolulu.

DATED: Honolulu, Hawaii, February 5, 2007.

/s/ Thomas E. Cook
THOMAS E. COOK
Appearing Co-Counsel for Defendant
CITY AND COUNTY OF
HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARK K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>    Defendants. | CIVIL NO. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2007 and by the methods of service noted below, a true and correct copy of the foregoing was duly served on the following at their last known addresses:

**Served Electronically through CM/ECF:**   E-mail address

IAN L. MATTOCH, ESQ.   ian@ianmattoch.com
EMILY KAWASHIMA WATERS, ESQ.   emily@ianmattoch.com
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii  96813
   Attorneys for Plaintiffs

CARRIE S. OKINAGA
Corporation Counsel
DEREK T. MAYESHIRO   dmayeshiro@honolulu.gov
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii  96813
   Co-Counsel for Defendants
   CITY AND COUNTY OF
   HONOLULU

**Served by U.S. mail postage prepaid:**

KENNETH S. ROBBINS, ESQ.
Suite 2200, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
   Co-Counsel for Defendant
   CITY AND COUNTY OF
   HONOLULU

   DATED:  Honolulu, Hawaii, February 5, 2007.


                                   /s/Thomas E. Cook
                                   THOMAS E. COOK
                                   Co-Counsel for Defendant
                                   CITY AND COUNTY OF
                                   HONOLULU

2