LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                    898-0
EMILY KAWASHIMA WATERS    6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　　　Defendant.<br><br>　and | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>(1) Plaintiffs' Notice of Taking Deposition Upon Oral Examination Via Videoconference [Deponent: Jerold Udinsky, Ph.D.], and (2) Plaintiffs' Notice of Taking Deposition Upon Oral Examination Via Videoconference [Deponent: Maj. Vic Maceo]<br><br><br>TRIAL: April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of

(1) Plaintiffs' Notice of Taking Deposition Upon Oral Examination Via Videoconference [Deponent: Jerold Udinsky, Ph.D.], and

(2) Plaintiffs' Notice of Taking Deposition Upon Oral Examination Via Videoconference [Deponent: Maj. Vic Maceo]

were duly served via U.S. mail to the following parties addressed as follows on February 6, 2007:

    CARRIE K.S. OKINAGA, ESQ.
    Corporation Counsel
    DEREK T. MAYESHIRO, ESQ.
    Deputy Corporation Counsel
    City and County of Honolulu
    530 South King Street, Room 110
    Honolulu, Hawai`i  96813

KENNETH S. ROBBINS, ESQ.
JOHN-ANDERSON L. MEYER, ESQ.
2200 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

THOMAS E. COOK, ESQ.
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, February 6, 2007.


                    /s/ Emily Kawashima Waters
                    IAN L. MATTOCH
                    EMILY KAWASHIMA WATERS
                    Attorneys for Plaintiffs