LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                    898-0
EMILY KAWASHIMA WATERS     6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>Plaintiffs' First Amended Notice of Taking Deposition Upon Oral Examination Via Videoconference [Deponent:  Jerold Udinsky, Ph.D.] |
|     Plaintiffs, ) ) | |
|   vs. ) ) | TRIAL:  April 3, 2007 |
| CITY AND COUNTY OF HONOLULU, ) ) | |
|     Defendant. ) ) | |
|   and ) ) | |

CITY AND COUNTY OF HONOLULU,  )
    )
             Third-Party Plaintiff,  )
    )
    vs.    )
    )
UNIVERSITY OF HAWAII, a body  )
corporate; JOHN DOES 1-10, JANE  )
DOES 1-10, DOE CORPORATIONS and  )
DOE ENTITIES,  )
    )
             Third-Party Defendants.)
_____)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' First Amended Notice of

Taking Deposition Upon Oral Examination Via Videoconference [Deponent:

Jerold Udinsky, Ph.D.] was duly served via hand delivery to the following parties

addressed as follows on February 7, 2007:

> CARRIE K.S. OKINAGA, ESQ.
> Corporation Counsel
> DEREK T. MAYESHIRO, ESQ.
> Deputy Corporation Counsel
> City and County of Honolulu
> 530 South King Street, Room 110
> Honolulu, Hawai`i  96813
>
> KENNETH S. ROBBINS, ESQ.
> JOHN-ANDERSON L. MEYER, ESQ.
> 2200 Davies Pacific Center
> 841 Bishop Street
> Honolulu, HI  96813

THOMAS E. COOK, ESQ.
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, February 7, 2007.


                                   /s/ Emily Kawashima Waters
                                   IAN L. MATTOCH
                                   EMILY KAWASHIMA WATERS
                                   Attorneys for Plaintiffs