# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/07/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00428LEK |
| CASE NAME: | The Estate of Erik A. Powell, et al. Vs. City and County of Honolulu |
| ATTYS FOR PLA: | Ian L. Mattoch<br>Emily Kawashima Waters |
| ATTYS FOR DEFT: | Derek T. Mayeshiro<br>Kenneth S. Robbins<br>Thomas E. Cook |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 02/07/2007 | TIME: | 11:00-12:30 |

COURT ACTION:   EP: Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager