# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/08/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00428LEK |
| CASE NAME: | The Estate of Erik A. Powell, et al. Vs. City and County of Honolulu |
| ATTYS FOR PLA: | Emily Kawashima Waters |
| ATTYS FOR DEFT: | Derek T. Mayeshiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 02/08/2007 | TIME: | 10:10-10:54 |

COURT ACTION:  EP: Defendant City and County of Honolulu's Motion for Partial Summary Judgment - Arguments heard.

Supplemental Briefing (5 pages or less).

Defendant's Brief is due 2/15/07.
Plaintiffs' Response is due 2/22/07.

Defendant City and County of Honolulu's Motion for Partial Summary Judgment will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager