LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH            898-0
EMILY KAWASHIMA WATERS    6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>            Defendant.<br><br>     and | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>Plaintiffs' Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6)<br><br>[Deponent: Representative of Ocean Safety Division, Emergency Services Department, City and County of Honolulu]<br><br>TRIAL: April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) <br> ) |
| Third-Party Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) <br> ) <br> ) <br> ) <br> ) |
| Third-Party Defendants. | ) <br> ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) [Deponent: Representative of Ocean Safety Division, Emergency Services Department, City and County of Honolulu] was duly served via hand delivery to the following parties addressed as follows on February 13, 2007:

      CARRIE K.S. OKINAGA, ESQ.
      Corporation Counsel
      DEREK T. MAYESHIRO, ESQ.
      Deputy Corporation Counsel
      City and County of Honolulu
      530 South King Street, Room 110
      Honolulu, Hawai`i  96813

      KENNETH S. ROBBINS, ESQ.
      JOHN-ANDERSON L. MEYER, ESQ.
      2200 Davies Pacific Center
      841 Bishop Street
      Honolulu, HI  96813

THOMAS E. COOK, ESQ.
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i, February 13, 2007.

        /s/ Emily Kawashima Waters
        IAN L. MATTOCH
        EMILY KAWASHIMA WATERS
        Attorneys for Plaintiffs

Case 1:04-cv-00428-LEK   Document 140   Filed 02/13/2007   Page 3 of 3

3