LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                    898-0
EMILY KAWASHIMA WATERS    6498-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU, <br><br> Defendant. <br><br> and | CIVIL NO. CV04-00428 LEK <br><br> CERTIFICATE OF SERVICE <br><br> Plaintiffs' Third Request for Production of Documents to Defendant City and County of Honolulu; Exhibit "1" <br><br> TRIAL: April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Third Request for Production of Documents to Defendant City and County of Honolulu; Exhibit "1", was duly served via hand delivery to the following parties addressed as follows on February 13, 2007:

    CARRIE K.S. OKINAGA, ESQ.
    Corporation Counsel
    DEREK T. MAYESHIRO, ESQ.
    Deputy Corporation Counsel
    City and County of Honolulu
    530 South King Street, Room 110
    Honolulu, Hawai`i  96813

    KENNETH S. ROBBINS, ESQ.
    JOHN-ANDERSON L. MEYER, ESQ.
    2200 Davies Pacific Center
    841 Bishop Street
    Honolulu, HI  96813

THOMAS E. COOK, ESQ.
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, February 13, 2007.

                                /s/ Emily Kawashima Waters
                                IAN L. MATTOCH
                                EMILY KAWASHIMA WATERS
                                Attorneys for Plaintiffs