IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>**TRIAL**:   April 3, 2007 |
| Plaintiffs, | |
| vs. | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant. | |
| and | |
| CITY AND COUNTY OF HONOLULU, | |
| Third-Party Plaintiff, | |
| vs. | |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE | |

| | |
|---|---|
| DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) |
| Third-Party Defendants. | ) ) ) ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Derek T. Mayeshiro, Esq. | dmayeshiro@honolulu.gov |
| Kenneth S. Robbins, Esq. | krobbins@robbinsandassociates.net |
| Thomas E. Cook, Esq. | tcook@lbchlaw.com |

Attorneys for Defendant CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawai`i, February 13, 2007.

/s/ Emily Kawashima Waters
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
STUART M. KODISH
Attorneys for Plaintiffs

2