IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendant.<br><br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Third-Party Plaintiff,<br><br>vs<br><br>UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE | Civil No. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE |

```
ENTITIES,                            )
                                     )
         Third-Party Defendants.     )
                                     )
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on February 13, 2007:

**Served Electronically through CM/ECF**:

IAN L. MATTOCH, ESQ.                ian@ianmattoch.com
EMILY KAWASHIMA WATERS, ESQ.        emily@ianmattoch.com
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii  96813
Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, February 13, 2007.

        CARRIE K.S. OKINAGA
        Corporation Counsel


By /s/Derek T. Mayeshiro
   DEREK T. MAYESHIRO
   Deputy Corporation Counsel
   Attorney for Defendant
   CITY AND COUNTY OF HONOLULU