LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |
| STUART M. KODISH | 4698-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone:  808-523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>            Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>            Defendant.<br><br>   and | CIVIL NO. CV04-00428 LEK<br><br>NOTICE OF APPEARANCE OF CO-COUNSEL; CERTIFICATE OF SERVICE<br><br><br><br>TRIAL:  April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE OF CO-COUNSEL

COMES NOW, Stuart M. Kodish of The Law Offices of Ian L. Mattoch, and hereby enters his appearance as co-counsel for Plaintiffs above named. Ian L. Mattoch and Emily Kawashima Waters shall remain as co-counsel for Plaintiffs.

DATED: Honolulu, Hawai`i, February 14, 2007.

        /s/ Stuart M. Kodish
        IAN L. MATTOCH
        EMILY KAWASHIMA WATERS
        STUART M. KODISH
        Attorneys for Plaintiffs