LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |
| STUART M. KODISH | 4698-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00428 LEK<br><br>PLAINTIFFS' MOTION TO EXCEED LIMIT ON DEPOSITIONS UPON ORAL EXAMINATION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS "1" – "2"; CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | TRIAL:  April 3, 2007 |
| CITY AND COUNTY OF HONOLULU, | ) ) | |
| Defendant. | ) ) | |
| and | ) ) | |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

PLAINTIFFS' MOTION TO EXCEED LIMIT ON DEPOSITIONS
UPON ORAL EXAMINATION

Come now Plaintiffs THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN (hereinafter "Plaintiffs"), by and through their attorneys, The Law Offices of Ian L. Mattoch, and hereby move this Court for an order allowing Plaintiffs to exceed the limit on the number of depositions upon oral examination pursuant to Fed. R. Civ. P. 30.

This motion is based upon the records and files herein, Federal Rules of Civil Procedure 26(b)(2), 30(a)(2)(A), the memorandum in support of motion, and the declaration of counsel and exhibits attached hereto and made a part hereof.

DATED:  Honolulu, Hawai`i, February 14, 2007.

/s/ Emily Kawashima Waters
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
Attorneys for Plaintiffs