LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |
| STUART M. KODISH | 4698-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　　　　Defendant.<br><br>　and | CIVIL NO. CV04-00428 LEK<br><br>PLAINTIFFS' *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO EXCEED LIMIT ON DEPOSITIONS UPON ORAL EXAMINATION, FILED FEBRUARY 14, 2007; DECLARATION OF EMILY KAWASHIMA WATERS; CERTIFICATE OF SERVICE<br><br><br>TRIAL: April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

PLAINTIFFS' *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING
ON PLAINTIFFS' MOTION TO EXCEED LIMIT ON DEPOSITIONS
UPON ORAL EXAMINATION, FILED FEBRUARY 14, 2007

Plaintiffs, by and though their attorneys, The Law Offices of Ian L. Mattoch, hereby move this Honorable Court, *ex parte*, for an order shortening time for hearing on Plaintiffs' Motion to Exceed Deposition Limit, filed on February 14, 2007.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and LR 6.2, 7.2, 7.5 and 7.6, and is based on the attached Declaration of Emily Kawashima Waters and the records and files herein.

DATED:  Honolulu, Hawai`i, February 14, 2007.

/s/ Emily Kawashima Waters
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
STUART M. KODISH
Attorneys for Plaintiffs

2