CARRIE K.S. OKINAGA   5958-0
Corporation Counsel
DEREK T. MAYESHIRO   6858-0
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:  (808) 523-4583
E-mail:  dmayeshiro@honolulu.gov


ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS   1000-0
JOHN ANDERSON I. MEYER  8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:   (808) 526-0290
E-mail:  defend@robbinsandassociates.net


LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

THOMAS E. COOK  1752-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  tcook@lbchlaw.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARK K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　　Defendant,<br><br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　vs. | CIVIL NO. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Defendant City and County of Honolulu's Notice of Taking Depositions Upon Oral Examination<br><br>Re: Thomas A. Loudat, Ph.D. – February 27, 2007 @ 2:00 p.m.<br><br>Richard Gill, Ph.D., CHFP, CXLT – March 2, 2007 @ 9:00 a.m.<br><br>Roger Lukas, Ph.D. – March 7, 2007 @ 2:00 p.m.)<br><br>TRIAL:  April 3, 2007 |

2

|  |  |
|---|---|
| UNIVERSITY OF HAWAII, a body corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007and by the methods of service noted below, a true and correct copy of "Defendant City and County of Honolulu's Notice of Taking Depositions Upon Oral Examination (Re:  Thomas A. Loudat, Ph.D. –  February 27, 2007 @ 2:00 p.m.; Richard Gill, Ph.D., CHFP, CXLT – March 2, 2007 @ 9:00 a.m.; and Roger Lukas, Ph.D. – March 7, 2007 @ 2:00 p.m.)" was duly served on the following at their last known addresses:

| **Served Electronically through CM/ECF:** | <u>E-mail address</u> |
|---|---|
| IAN L. MATTOCH, ESQ.<br>EMILY KAWASHIMA WATERS, ESQ.<br>Suite 1835, Pacific Guardian Center<br>737 Bishop Street<br>Honolulu, Hawaii  96813<br>     Attorneys for Plaintiffs | ian@ianmattoch.com<br>emily@ianmattoch.com |

3

**Served Electronically through CM/ECF:**    E-mail address

CARRIE S. OKINAGA
Corporation Counsel
DEREK T. MAYESHIRO                   dmayeshiro@honolulu.gov
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813
   Co-Counsel for Defendants
   CITY AND COUNTY OF
   HONOLULU

KENNETH S. ROBBINS, ESQ.              defend@robbinsandassociates.net
Suite 2200, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
   Co-Counsel for Defendant
   CITY AND COUNTY OF

DATED: Honolulu, Hawaii, February 15, 2007.

/s/Thomas E. Cook
THOMAS E. COOK
Co-Counsel for Defendant
CITY AND COUNTY OF
HONOLULU