IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, ) <br> THROUGH PERSONAL ) <br> REPRESENTATIVE MARY K. ) <br> POWELL; THE ESTATE OF JAMES ) <br> D. LAUGHLIN, THROUGH ) <br> PERSONAL REPRESENTATIVE ) <br> RAGINAE C. LAUGHLIN; MARY K. ) <br> POWELL, INDIVIDUALLY; ) <br> RAGINAE C. LAUGHLIN, ) <br> INDIVIDUALLY; CHLOE ) <br> LAUGHLIN, A MINOR, THROUGH ) <br> HER NEXT FRIEND, RAGINAE C. ) <br> LAUGHLIN, ) <br> ) <br>            Plaintiffs, ) <br> ) <br>   vs. ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU, ) <br> ) <br>            Defendant. ) <br> ) <br>   and ) <br> ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU, ) <br> ) <br>            Third-Party Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> UNIVERSITY OF HAWAII, a body ) <br> corporate; JOHN DOES 1-10, JANE ) | CIVIL NO. CV04-00428 LEK <br><br> CERTIFICATE OF SERVICE <br><br><br> **TRIAL**:   April 3, 2007 |

```
DOES 1-10, DOE CORPORATIONS    )
and DOE ENTITIES,              )
                               )
        Third-Party            )
        Defendants.            )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Derek T. Mayeshiro, Esq. | dmayeshiro@honolulu.gov |
| Kenneth S. Robbins, Esq. | krobbins@robbinsandassociates.net |
| Thomas E. Cook, Esq. | tcook@lbchlaw.com |

Attorneys for Defendant CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, February 15, 2007.


                              /s/ Emily Kawashima Waters
                              IAN L. MATTOCH
                              EMILY KAWASHIMA WATERS
                              STUART M. KODISH
                              Attorneys for Plaintiffs

2