LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |
| STUART M. KODISH | 4698-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiffs' First Request for Admissions to Defendant City and County of Honolulu)<br><br><br>TRIAL: April 3, 2007 |
| Plaintiffs, | |
| vs. | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant. | |
| and | |

```
CITY AND COUNTY OF HONOLULU,     )
                                 )
          Third-Party Plaintiff, )
                                 )
     vs.                         )
                                 )
UNIVERSITY OF HAWAII, a body     )
corporate; JOHN DOES 1-10, JANE  )
DOES 1-10, DOE CORPORATIONS and  )
DOE ENTITIES,                    )
                                 )
          Third-Party Defendants.)
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' First Request for Admissions to Defendant City and County of Honolulu was duly served via hand delivery to the following parties addressed as follows on February 16, 2007:

> CARRIE K.S. OKINAGA, ESQ.
> Corporation Counsel
> DEREK T. MAYESHIRO, ESQ.
> Deputy Corporation Counsel
> City and County of Honolulu
> 530 South King Street, Room 110
> Honolulu, Hawai`i  96813
>
> KENNETH S. ROBBINS, ESQ.
> JOHN-ANDERSON L. MEYER, ESQ.
> 2200 Davies Pacific Center
> 841 Bishop Street
> Honolulu, HI  96813

THOMAS E. COOK, ESQ.
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, February 16, 2007.


/s/ Emily Kawashima Waters
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
STUART M. KODISH
Attorneys for Plaintiffs