# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/20/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00428LEK |
| CASE NAME: | The Estate of Erik A. Powell, et al. Vs. City and County of Honolulu |
| ATTYS FOR PLA: | Emily Kawashima Waters |
| ATTYS FOR DEFT: | Derek T. Mayeshiro<br>Thomas E. Cook |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 02/20/2007 | TIME: | 9:13-9:38 |

COURT ACTION:  EP: Final Pretrial Conference held.

Trial Days: Plaintiffs - 10, Defendant - 3.
Witnesses: Plaintiffs - 20, Defendant - 5.
Motions in Limine: Plaintiffs - 5 to 6, Defendant - 8 to 9.

Exhibits: Plaintiffs - 1 to 100, Defendant - 200 to 299.

Motion in Limine Re: Expert Witness Richard Gill to be filed by 3/7/07.  Opposition by 3/14/07.  Hearing to be set.

Stipulation to Amend Caption to be submitted.

Submitted by: Warren N. Nakamura, Courtroom Manager