LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |
| STUART M. KODISH | 4698-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant.<br><br>  and | CIVIL NO. CV04-00428 LEK<br><br>STIPULATION TO AMEND CAPTION TO REMOVE THIRD-PARTY DEFENDANT UNIVERSITY OF HAWAII; ORDER<br><br><br>TRIAL: April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) ) |
| _____ | ) |

## STIPULATION TO AMEND CAPTION TO REMOVE THIRD-PARTY DEFENDANT UNIVERSITY OF HAWAII

IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant, by and through their undersigned counsel, that Third-Party Defendant University of Hawaii be removed from the caption in the above-referenced matter.

DATED:  Honolulu, Hawai`i, February 22, 2007.

/s/ Emily Kawashima Waters
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
STUART M. KODISH
Attorneys for Plaintiffs

/s/ Derek T. Mayeshiro
DEREK T. MAYESHIRO
KENNETH S. ROBBINS
THOMAS E. COOK
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

APPROVED AND SO ORDERED:



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

<u>Powell v. City and County of Honolulu</u>, Civil No. CV04-00428 LEK, U.S. District Court, District of Hawaii, STIPULATION TO AMEND CAPTION TO REMOVE THIRD-PARTY DEFENDANT UNIVERSITY OF HAWAII; ORDER.