LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |
| STUART M. KODISH | 4698-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　　　Defendant.<br><br>　and | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>Re: Plaintiffs' Notice of Taking Depositions Upon Written Questions; Questions; Exhibits "1" – "3" [Deponents: Custodian of Records of (1) The Whitehouse (2) Walt Disney Pictures & TV (3) Talent Partners]<br><br><br><br><br>TRIAL: April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

CITY AND COUNTY OF HONOLULU,         )
                                     )
            Third-Party Plaintiff,   )
                                     )
      vs.                            )
                                     )
UNIVERSITY OF HAWAII, a body         )
corporate; JOHN DOES 1-10, JANE      )
DOES 1-10, DOE CORPORATIONS and      )
DOE ENTITIES,                        )
                                     )
            Third-Party Defendants.  )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Notice of Taking Depositions Upon Written Questions; Questions; Exhibits "1" – "3" [Deponents: Custodian of Records of (1) The Whitehouse (2) Walt Disney Pictures & TV (3) Talent Partners] was duly served via hand delivery to the following parties addressed as follows on February 23, 2007:

>CARRIE K.S. OKINAGA, ESQ.
>Corporation Counsel
>DEREK T. MAYESHIRO, ESQ.
>Deputy Corporation Counsel
>City and County of Honolulu
>530 South King Street, Room 110
>Honolulu, Hawai`i  96813
>
>KENNETH S. ROBBINS, ESQ.
>JOHN-ANDERSON L. MEYER, ESQ.
>2200 Davies Pacific Center
>841 Bishop Street
>Honolulu, HI  96813

THOMAS E. COOK, ESQ.
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, February 23, 2007.


           /s/ Emily Kawashima Waters
           IAN L. MATTOCH
           EMILY KAWASHIMA WATERS
           STUART M. KODISH
           Attorneys for Plaintiffs