# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/23/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00428LEK |
| CASE NAME: | The Estate of Erik A. Powell, et al. Vs. City and County of Honolulu |
| ATTYS FOR PLA: | Ian L. Mattoch<br>Emily Kawashima Waters |
| ATTYS FOR DEFT: | Derek T. Mayeshiro<br>Kenneth S. Robbins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 02/23/2007 | TIME: | 9:50-10:17 |

COURT ACTION:  EP: Discovery Conference held.

Counsel present were Ian L. Mattoch, Emily Kawashima Waters, Derek T. Mayeshiro and Kenneth S. Robbins.

By agreement, the following discovery depositions will be conducted, Shawn Chun, Defendant's water safety expert, Defendant's economics expert and Rule 30(b)(6) witness.

If Plaintiffs seek the depositions of Jeremy Harris and Salvatorre Lanzalotti, they must file the appropriate motion.

Declaration to be submitted by 3/30/07 as to the efforts to locate Hanauma Bay logs.

Plaintiffs' Motion to Exceed Limit on Depositions Upon Oral Examination is deemed Withdrawn and terminated.

Submitted by: Warren N. Nakamura, Courtroom Manager