LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                  898-0
EMILY KAWASHIMA WATERS    6498-0
STUART M. KODISH              4698-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00428 LEK  CERTIFICATE OF SERVICE  Re:  Plaintiffs' First Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6), F.R.C.P. [Deponent: Representative of Ocean Safety Division, Emergency Services Department, City and County of Honolulu] |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | TRIAL:  April 3, 2007 |
| CITY AND COUNTY OF HONOLULU, | ) ) | |
| Defendant. | ) ) | |
| and | ) ) | |

CITY AND COUNTY OF HONOLULU,  )
 )
               Third-Party Plaintiff,  )
 )
    vs.  )
 )
UNIVERSITY OF HAWAII, a body  )
corporate; JOHN DOES 1-10, JANE  )
DOES 1-10, DOE CORPORATIONS and  )
DOE ENTITIES,  )
 )
            Third-Party Defendants. )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' First Amended Notice of

Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6), F.R.C.P.

[Deponent:  Representative of Ocean Safety Division, Emergency Services

Department, City and County of Honolulu] was duly served via hand delivery to

the following parties addressed as follows on February 26, 2007:

        CARRIE K.S. OKINAGA, ESQ.
        Corporation Counsel
        DEREK T. MAYESHIRO, ESQ.
        Deputy Corporation Counsel
        City and County of Honolulu
        530 South King Street, Room 110
        Honolulu, Hawai`i  96813

        KENNETH S. ROBBINS, ESQ.
        JOHN-ANDERSON L. MEYER, ESQ.
        2200 Davies Pacific Center
        841 Bishop Street
        Honolulu, HI  96813

THOMAS E. COOK, ESQ.
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, February 26, 2007.


/s/ Emily Kawashima Waters
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
STUART M. KODISH
Attorneys for Plaintiffs

3