CARRIE K.S. OKINAGA   5958-0
Corporation Counsel
DEREK T. MAYESHIRO   6858-0
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:  (808) 523-4583
E-mail:  dmayeshiro@honolulu.gov

ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS   1000-0
JOHN ANDERSON I. MEYER  8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:   (808) 526-0290
E-mail:  defend@robbinsandassociates.net

LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

THOMAS E. COOK  1752-0
BRADFORD F.K. BLISS  3161-0
STEFAN M. REINKE  3747-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:      tcook@lbchlaw.com
             bbliss@lbchlaw.com
             sreinke@lbchlaw.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARK K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant. | CIVIL NO. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Defendant City and County of Honolulu's First Amended Notice of Taking Deposition Upon Oral Examination<br><br>Re: Thomas A. Loudat, Ph.D. – March 1, 2007 @ 2:00 p.m.)<br><br><br><br>TRIAL: April 3, 2007 |

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007 a true and correct copy of "Defendant City and County of Honolulu's First Amended Notice of Taking Deposition Upon Oral Examination (Re: Thomas A. Loudat, Ph.D. – March 1, 2007 @ 2:00 p.m.)" was duly served via hand delivery on the following at their last known addresses.

| **Served Electronically through CM/ECF:** | E-mail address |
|---|---|
| IAN L. MATTOCH, ESQ.<br>EMILY KAWASHIMA WATERS, ESQ.<br>Suite 1835, Pacific Guardian Center<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br>   Attorneys for Plaintiffs | ian@ianmattoch.com<br>emily@ianmattoch.com |
| CARRIE S. OKINAGA<br>Corporation Counsel<br>DEREK T. MAYESHIRO<br>Deputy Corporation Counsel<br>530 South King Street, Room 110<br>Honolulu, Hawaii 96813<br>   Co-Counsel for Defendants<br>   CITY AND COUNTY OF<br>   HONOLULU | dmayeshiro@honolulu.gov |
| KENNETH S. ROBBINS, ESQ.<br>Suite 2200, Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br>   Co-Counsel for Defendant<br>   CITY AND COUNTY OF<br>   HONOLULU | defend@robbinsandassociates.net |

DATED: Honolulu, Hawaii, February 27, 2007.

/s/Thomas E. Cook
THOMAS E. COOK
Co-Counsel for Defendant
CITY AND COUNTY OF
HONOLULU