# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/27/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00428LEK |
| CASE NAME: | The Estate of Erik A. Powell, et al. Vs. City and County of Honolulu |
| ATTYS FOR PLA: | Emily Kawashima Waters |
| ATTYS FOR DEFT: | Derek T. Mayeshiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 02/27/2007 | TIME: | 1:38-1:52 |

COURT ACTION:  EP: Discovery Conference held.

Appearing were Emily Kawashima Waters for Plaintiff and Derek T. Mayeshiro for Defendant.

Plaintiff will be permitted to have Defendant respond to requests for admissions which were due 3/19/07.  Production of documents will be made by Defendant of the ambulance reports requested with protective order granted as to: (1) identifying information such as Social Security number, names and dates of birth; (2) medical information such as diagnoses and medical history.

Defendant to produce documents on date mutually agreed upon by parties but no later than 3/19/07.

Submitted by: Warren N. Nakamura, Courtroom Manager