CARRIE K.S. OKINAGA, 5958
Corporation Counsel
DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:  (808) 523-4583
e-mail:  dmayeshiro@honolulu.gov


ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS,  1000-0
JOHN ANDERSON I. MEYER  8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813
Telephone:  (808) 524-2355
email:  defend@robbinsandassociates.net


LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

THOMAS E. COOK,  1752-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
e-mail:  tcook@lbchlaw.com

Attorneys for Defendant
  CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>       Defendant. | Civil No. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>(Re:  Notice of Taking Deposition Upon Written Interrogatories; Interrogatories -- State of Hawaii-Dept of Land and Natural Resources, Division of State Parks – 3/7/07 – 10:00 a.m.)<br><br><br>Trial:  4/3/07 |

I:/Powell/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Notice of Taking Deposition

Upon Written Interrogatories; Interrogatories -- State of Hawaii-Dept of

Land and Natural Resources, Division of State Parks – 3/7/07 – 10:00 a.m.

2

was hand delivered to the following individuals at their address listed below on March 1, 2007:

    IAN L. MATTOCH, ESQ.
    EMILY KAWASHIMA WATERS, ESQ.
    Suite 1835, Pacific Guardian Center
    737 Bishop Street
    Honolulu, Hawaii 96813
    Attorneys for Plaintiffs

    DATED: Honolulu, Hawaii, March 1, 2007.

                        CARRIE K.S. OKINAGA
                        Corporation Counsel


                        By /s/Derek T. Mayeshiro
                           DEREK T. MAYESHIRO
                           Deputy Corporation Counsel
                           Co-Counsel for Defendant
                           CITY AND COUNTY OF HONOLULU