CARRIE K.S. OKINAGA   5958-0
Corporation Counsel
DEREK T. MAYESHIRO   6858-0
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:   (808) 523-4583
E-mail:  dmayeshiro@honolulu.gov


ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS   1000-0
JOHN ANDERSON I. MEYER  8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:   (808) 526-0290
E-mail:  defend@robbinsandassociates.net


LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

THOMAS E. COOK  1752-0
STEFAN M. REINKE  3747-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:   (808) 533-3011
E-mail:  tcook@lbchlaw.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

17004 MOTION 01 PSR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARK K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04 00428 LEK<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION TO EXCLUDE TO RICHARD GILL, PH.D.<br><br><br>Hearing:<br>  Date: _____<br>  Time: _____<br>Judge:  Hon. Leslie E. Kobayashi |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| CITY AND COUNTY OF HONOLULU, ) ) ) | |
| Defendant, ) ) | |
| and ) ) | |
| CITY AND COUNTY OF HONOLULU, ) ) ) | |
| Third-Party Plaintiff, ) ) ) | |
| vs. ) ) | |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10; JANE DOES 1-10; DOE ) ) ) | TRIAL:  April 3, 2007 |

| | |
|---|---|
| CORPORATIONS and DOE ENTITIES, | ) ) ) |
| Third-Party Defendants. | ) ) ) ) |

### DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION TO EXCLUDE TO RICHARD GILL, PH.D.

Defendant CITY AND COUNTY OF HONOLULU, by and through its attorneys, Lyons, Brandt, Cook & Hiramatsu, hereby moves this Honorable Court for an order to exclude Plaintiff's expert, Richard Gill, Ph.D., and prevent him from testifying at trial on any matter relating to lifeguard performance or duty of care and the provision of lifeguard services by the City and County of Honolulu, matters relating to water safety, and other matters outside the scope of his expertise or which are not properly the subject of expert testimony.

This Motion is brought pursuant to Rules 104 and 702 of the Federal Rules of Evidence and Rule 7 of the Federal Rules of Civil Procedure, and is based upon the memorandum, declaration and exhibits attached hereto, and the record and file herein.

DATED:  Honolulu, Hawaii, March 7, 2007.

/s/ Stefan M. Reinke
THOMAS E. COOK
STEFAN M. REINKE
Co-Counsel for Defendant
CITY AND COUNTY OF HONOLULU

17004 MOTION 01 PSR

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARK K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| CITY AND COUNTY OF HONOLULU, ) ) ) | |
| Defendant, ) ) | TRIAL:  April 3, 2007 |
| and ) ) | |
| CITY AND COUNTY OF HONOLULU, ) ) ) | |
| Third-Party Plaintiff, ) ) ) | |
| vs. ) ) | |
| UNIVERSITY OF HAWAII, a body corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE ) ) ) | |

17004 MOTION 01 PSR

| | |
|---|---|
| CORPORATIONS and DOE ENTITIES, | ) ) ) |
|         Third-Party Defendants. | ) ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007 and by the methods of service noted below, a true and correct copy of the foregoing was duly served on the following at their last known addresses:

**Served Electronically through CM/ECF:**     <u>E-mail address</u>

| | |
|---|---|
| IAN L. MATTOCH, ESQ. | ian@ianmattoch.com |
| EMILY KAWASHIMA WATERS, ESQ. | emily@ianmattoch.com |
| Suite 1835, Pacific Guardian Center | |
| 737 Bishop Street | |
| Honolulu, Hawaii 96813 | |
|     Attorneys for Plaintiffs | |

CARRIE S. OKINAGA
Corporation Counsel
DEREK T. MAYESHIRO                  dmayeshiro@honolulu.gov
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813
    Co-Counsel for Defendants
    CITY AND COUNTY OF
    HONOLULU

**Served Electronically through CM/ECF:**   E-mail address

KENNETH S. ROBBINS, ESQ.  defend@robbinsandassociates.net
Suite 2200, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
   Co-Counsel for Defendant
  CITY AND COUNTY OF

DATED:  Honolulu, Hawaii, March 7, 2007.

       /s/ Stefan M. Reinke
       THOMAS E. COOK
       Stefan M. Reinke
       Co-Counsel for Defendant
       CITY AND COUNTY OF
       HONOLULU