CARRIE K.S. OKINAGA   5958-0
Corporation Counsel
DEREK T. MAYESHIRO   6858-0
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:  (808) 523-4583
E-mail:  dmayeshiro@honolulu.gov


ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS   1000-0
JOHN ANDERSON I. MEYER  8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
E-mail:  defend@robbinsandassociates.net


LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

THOMAS E. COOK  1752-0
STEFAN M. REINKE  3747-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  tcook@lbchlaw.com

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARK K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04 00428 LEK<br><br>DECLARATION OF STEFAN M. REINKE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| UNIVERSITY OF HAWAII, a body corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE | ) ) ) ) | |

CORPORATIONS and DOE          )
ENTITIES,                              )
                                           )
          Third-Party               )
          Defendants.              )
_____)

## DECLARATION OF STEFAN M. REINKE

STEFAN M. REINKE affirms and declares:

1.     Declarant is one of the attorneys for Defendant the City and County of Honolulu and submits this Declaration based upon his personal knowledge of the matters contained herein.

2.     That attached hereto as Exhibit "A" is a true and correct copy of Dr. Gill's March 2, 2007 deposition transcript and exhibits to the transcript.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, March 7, 2007.

/s/ Stefan M. Reinke
STEFAN M. REINKE