<mark>Case 1:04-cv-00428-LEK   Document 171-8   Filed 03/07/2007   Page 1 of 1</mark>



