LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH                    898-0
EMILY KAWASHIMA WATERS   6498-0
STUART M. KODISH              4698-0
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>                    Defendant.<br><br>     and | CIVIL NO. CV04-00428 LEK<br><br>CERTIFICATE OF SERVICE<br><br>Re:  Plaintiff Mary K. Powell, Individually and as Personal Representative of the Estate of Erik A. Powell's Third Supplemental Response to Defendant City and County of Honolulu's First Request for Answers to Interrogatories<br><br><br><br><br>TRIAL:  April 3, 2007 |

```
CITY AND COUNTY OF HONOLULU,  )
                              )
         Third-Party Plaintiff, )
                              )
    vs.                       )
                              )
UNIVERSITY OF HAWAII, a body  )
corporate; JOHN DOES 1-10, JANE )
DOES 1-10, DOE CORPORATIONS and )
DOE ENTITIES,                 )
                              )
         Third-Party Defendants. )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that two copies of Plaintiff Mary K. Powell, Individually and as Personal Representative of the Estate of Erik A. Powell's Third Supplemental Response to Defendant City and County of Honolulu's First Request for Answers to Interrogatories were duly served via hand delivery to the following parties addressed as follows on March 8, 2007:

> CARRIE K.S. OKINAGA, ESQ.
> Corporation Counsel
> DEREK T. MAYESHIRO, ESQ.
> Deputy Corporation Counsel
> City and County of Honolulu
> 530 South King Street, Room 110
> Honolulu, Hawai`i  96813

and a copy of same was duly served via hand delivery to the following parties addressed as follows on March 8, 2007:

KENNETH S. ROBBINS, ESQ.
JOHN-ANDERSON L. MEYER, ESQ.
2200 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

THOMAS E. COOK, ESQ.
1800 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED:  Honolulu, Hawai`i, March 8, 2007.


/s/ Emily Kawashima Waters
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
STUART M. KODISH
Attorneys for Plaintiffs