# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/13/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00428LEK |
| CASE NAME: | The Estate of Erik A. Powell, et al. Vs. City and County of Honolulu |
| ATTYS FOR PLA: | Emily Kawashima Waters |
| ATTYS FOR DEFT: | Derek T. Mayeshiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 6 |
| DATE: | 03/13/2007 | TIME: | 12:16-12:21 |

COURT ACTION:  EP: Settlement on the Record held.

Terms stated. Trial date and all deadlines are Vacated. Motions in Limine terminated.

Status Conference Re: Dismissal set for 9:30 5/7/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager