CARRIE K.S. OKINAGA, 5958
Corporation Counsel
MARIE MANUELE GAVIGAN, 6585
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 527-5585
Facsimile:  (808) 523-4583
e-mail:  mgavigan@honolulu.gov


ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS,  1000-0
JOHN ANDERSON I. MEYER  8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
email:  defend@robbinsandassociates.net


LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

THOMAS E. COOK,  1752-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
e-mail:  tcook@lbchlaw.com

Attorneys for Defendant
  CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant. | Civil No. CV04 00428 LEK<br><br>NOTICE OF SUBSTITUTION OF COUNSEL; CERTIFICATE OF SERVICE |

NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Marie Manuele Gavigan, Deputy Corporation Counsel, hereby substitutes as counsel for Defendant City and County of Honolulu ("Defendant") as Derek T. Mayeshiro is no longer lead counsel for Defendant. Marie Manuele Gavigan is now lead counsel for Defendant.

2

DATED:  Honolulu, Hawaii, April 16, 2007.

          CARRIE K.S. OKINAGA
          Corporation Counsel


          By/s/Marie Manuele Gavigan
             MARIE MANUELE GAVIGAN
             Deputy Corporation Counsel
             Attorney for Defendant
             CITY AND COUNTY OF HONOLULU