IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF ERIC A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>          Defendant. | Civil No. CV04 00428 LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on April 16, 2007:

**Served Electronically through CM/ECF**:

IAN L. MATTOCH, ESQ.                    ian@ianmattoch.com
EMILY KAWASHIMA WATERS, ESQ.            emily@ianmattoch.com
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii  96813
Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, April 16, 2007.

                                           CARRIE K.S. OKINAGA
                                           Corporation Counsel


                                           By /s/Marie Manuele Gavigan
                                              MARIE MANUELE GAVIGAN
                                               Deputy Corporation Counsel
                                              Attorney for Defendant
                                              CITY AND COUNTY OF HONOLULU