LAW OFFICES OF IAN L. MATTOCH

| | |
|---|---|
| IAN L. MATTOCH | 898-0 |
| EMILY KAWASHIMA WATERS | 6498-0 |
| STUART M. KODISH | 4698-0 |

Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 523-2451

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN,<br><br>          Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>          Defendant.<br><br>   and | CIVIL NO. CV04-00428 LEK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES and ORDER<br><br><br>TRIAL: April 3, 2007 |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY OF HAWAII, a body corporate; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS and DOE ENTITIES, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiffs THE ESTATE OF ERIK A. POWELL, THROUGH PERSONAL REPRESENTATIVE MARY K. POWELL; THE ESTATE OF JAMES D. LAUGHLIN, THROUGH PERSONAL REPRESENTATIVE RAGINAE C. LAUGHLIN; MARY K. POWELL, INDIVIDUALLY; RAGINAE C. LAUGHLIN, INDIVIDUALLY; CHLOE LAUGHLIN, A MINOR, THROUGH HER NEXT FRIEND, RAGINAE C. LAUGHLIN, by and through their attorneys, and Defendant CITY AND COUNTY OF HONOLULU, by and through its attorney, that the above-entitled matter be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorneys' fees and costs.

This stipulation for dismissal has been signed by counsel for all parties who have made an appearance in this action and there are no remaining parties and/or issues.  Third-Party Defendant University of Hawaii was dismissed from this action on May 3, 2005.  Trial was set for the week of April 3, 2007.

DATED:  Honolulu, Hawai`i, June 15, 2007.

/s/ Stuart M. Kodish
IAN L. MATTOCH
EMILY KAWASHIMA WATERS
STUART M. KODISH
Attorneys for Plaintiffs


/s/ Marie Manuele Gavigan
MARIE M. GAVIGAN
Attorney for Defendant
CITY AND COUNTY OF
    HONOLULU

APPROVED AND SO ORDERED:



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

<u>In the Matter of the Estate of Erik A. Powell</u>, *etc., et al*. v. City and County of Honolulu, U.S. District Court for the District of Hawai`i, Civil No. CV04-00428 LEK, STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES and ORDER.